**CONDITIONS OF RELEASE**

                                        **RE: Williams, Leonard**
                                        **Docket No: 2:08-CR-376-EJG**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall submit to DNA testing as directed by the United States Attorney's Office;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer. If you continue to be employed in the real estate business you shall inform your supervisor of this pending federal case and provide proof of such to Pretrial Services;

8. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport or travel documents during the pendency of this case;

9. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

10. You shall not associate with the co-defendants in this case, unless in the presence of defense counsel; and,

11. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used.

6-21-10