```
                                                              FILED
                                                            June 21, 2010
         UNITED STATES DISTRICT COURT FOR THE            CLERK, US DISTRICT COURT
                                                          EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA                   CALIFORNIA
                                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA,    )
                             )     Case No. 2:08CR00376-06
    Plaintiff,           )
v.                           )     ORDER FOR RELEASE OF
                             )     PERSON IN CUSTODY
LEONARD WILLIAMS,            )
                             )
    Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __LEONARD WILLIAMS__, Case No. __2:08CR00376-06__, Charge __18USC § 1341, 1014__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __June 21, 2010__ at __2:00 pm__.

                                By   /s/ Gregory G. Hollows
                                     Gregory G. Hollows
                                     United States Magistrate Judge

Copy 5 - Court