AO 442 (Rev. 01/09) Arrest Warrant

19/9589

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

2010 JUN 17 PM 3:33

| | |
|---|---|
| United States of America<br>v.<br>**Leonard Williams**<br><br>*Defendant* | )<br>)<br>)  Case No.  2:08-cr-0376 EJG<br>)<br>)<br>) |

**FILED**
JUN 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Leonard Williams                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  18 USC 1341 Mail Fraud


Date:  06/17/2010                                                         *a. Kay* (signature)
                                                                                    *Issuing officer's signature*

City and state:   Sacramento, CA                              A. Kastilahn
                                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6-17-2010, and the person was arrested on *(date)* 06-21-2010
at *(city and state)* SACRAMENTO, CA.

Date:  6-21-2010                                                        *(signature)*
                                                                                    *Arresting officer's signature*

                                                                                    KEVIN BIERNAT, DUSM
                                                                                    *Printed name and title*