JOSEPH J. WISEMAN, ESQ., CSBN 107403
JOSEPH J. WISEMAN, P.C.
1477 Drew Avenue, Suite 106
Davis, California 95618
Telephone: 530.759.0700
Facsimile: 530.759.0800
Attorney for Defendant
LEONARD WILLIAMS



JUL 15 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 08-376 EJG |
| Plaintiff, | |
| vs. | REQUEST FOR WAIVER OF PRESENCE |
| LEONARD WILLIAMS, |  |
| Defendant. | As modified |
| | & Order |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, TCH plea, empanelment of jury, trial and imposition of sentence. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour

---

Request for Waiver of Presence  
1  
Case No. CR S 08- 0376 EJG

| | |
|---|---|
| 1 | the court may fix in his absence. |
| 2 | Defendant further acknowledges that he has been informed of his rights under |
| 3 | Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times |
| 4 | and delays under the Act without defendant being present. |

Dated: July 9, 2010                         /s/   Leonard Williams
                                            Defendant, LEONARD WILLIAMS


Approved: July 12, 2010                     By:   /s/  Joseph J. Wiseman
                                                  JOSEPH J. WISEMAN
                                                  Attorney for Defendant
                                                  LEONARD WILLIAMS


Dated:    July 12, 2010                     Respectfully submitted,

                                            JOSEPH J. WISEMAN, P.C.

                                            By:   /s/  Joseph J. Wiseman
                                                  JOSEPH J. WISEMAN
                                                  Attorney for Defendant
                                                  LEONARD WILLIAMS


I approve the above Request for Waiver of Presence.

Dated:    7/13/10

                                            EWARD J. GARCIA
                                            United States District Judge