**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

August 10, 2010

**FILED**

AUG 10 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Joseph J. Wiseman, Esq.
1477 Drew Avenue, Suite 106
Davis, CA 95618

Re:   **U.S. v. Leonard Williams**
      **Cr. S-08-0376 EJG**

Dear Mr. Wiseman:

This will confirm your appointment as counsel by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, to represent the above-named client. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Sincerely,

Yvonne Jurado
CJA Panel Assistant

:yj
Enclosures

cc:  Clerk's Office

# FINANCIAL AFFIDAVIT

IN UNITED STATES   ☐ MAGISTRATE   ☐ DISTRICT   ☐ APPEALS COURT or   ☐ OTHER PANEL (Specify below)

IN THE CASE

| | LOCATION NUMBER |
|---|---|
| V.S. | |
| FOR | |
| AT | |

PERSON REPRESENTED (Show your full name): Leonard E. Williams

1. ☒ Defendant--Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
- Magistrate:
- District Court:
- Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)   ☒ Felony   ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now   ☐ Yes   ☐ No   ☒ Am Self-Employed
Name and address of employer: Connect Realty 7700 Sunrise Blvd. #2900
IF YES, how much do you earn per month? $ $1000.00 Monthy (From
IF NO, give month and year of last employment
How much did you earn per month? $ ComF5 - Network Ma
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☒ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES | 1000.00 | $1000.00 Monthy (From Jan - Present 7000.00) |
| | $ 8 | ComF5 - Network Marketing |
| | 0 | Lifevantage Network Marketing |

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 1200.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, GIVE THE VALUE AND DESCRIBE IT | $ 3000.00 | Dodge Ram 1500 (2002) |

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:

| Creditors | Total Debt | Monthly Paym: |
|---|---|---|
| Office Space | $ | $ 350.00 |
| Cell Phone | $ | $ 130.00 |
| Lifevantage | $ | $ 120.00 |
| ComF5 | $ | $ 99.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) June 20, 2010

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *[signature: Leonard Williams]*

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| CAE | Williams, Leonard | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER  2:08-000376-006 | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)  U.S. v. Williams | 8. PAYMENT CATEGORY  Felony | 9. TYPE PERSON REPRESENTED  Adult Defendant | | 10. REPRESENTATION TYPE (See Instructions)  Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 1341.F -- FRAUDS AND SWINDLES

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
Wiseman, Joseph J.
1477 Drew Avenue
Suite 106
Davis CA 95618

Telephone Number: (530) 759-0700

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)
Joseph J. Wiseman, P.C.
1477 Drew Avenue, Suite 106
Davis CA 95616

13. COURT ORDER
☒ O  Appointing Counsel                    ☐ C  Co-Counsel
☐ F  Subs For Federal Defender             ☐ R  Subs For Retained Attorney
☐ P  Subs For Panel Attorney               ☐ Y  Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
or
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
GREGORY G. HOLLOWS
06/21/2010                        Aug 6, 2010
Date of Order                    Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☐ NO

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| In Court | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $      )   TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work  (Specify on additional sheets) | | | | | |
| | (Rate per hour = $      )   TOTALS: | | | | | |
| 17. | Travel Expenses   (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses   (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM _____ TO _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number ____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____   Date: _____

### APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |