LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile: (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
GARRET G. GILILLAND III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GARRET G. GILILLAND III, et al., <br> Defendants. | Case No. Cr. S-08-376 EJG <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUSION OF TIME <br><br> Date: September 10, 2010 <br> Time: 10:00 a.m. <br> Judge: Honorable Edward J. Garcia |

    The United States of America, by and through Assistant U.S. Attorney Russell L. Carlberg, and defendant Garret G. Gililland III, by and through counsel Scott L. Tedmon; defendant William E. Baker, by and through counsel Assistant Federal Defender Douglas J. Beevers; defendant Shane Burreson, by and through counsel Matthew G. Jacobs; defendant Christopher M. Chiavola, by and through counsel Clyde M. Blackmon; defendant Brandon Resendez, by and through counsel Peter Kmeto; defendant Leonard Williams, by and through counsel Joseph J. Wiseman; defendant Nicole Magpusao, by and through counsel Krista Hart; defendant Niche Fortune, by and through counsel Michael D. Long; defendant Kesha Haynie, by and through counsel Eduardo G. Roy; and defendant Remy Heng, by and through counsel Robert J. Saria, hereby stipulate that the Status Conference set for Friday, September 10, 2010 at 10:00 a.m., be continued to Friday, December 10, 2010 at 10:00 a.m. before United States District Judge Edward J. Garcia.

    The government has provided a substantial volume of discovery to defense counsel. The total number of pages of discovery produced by the government exceeds 50,000 pages. Each of the

1  above-enumerated defense counsel needs time to review the discovery materials produced by the
2  government and confer with their respective client.  As such, government and all defense counsel
3  stipulate it is appropriate to continue the current status conference to Friday, December 10, 2010 at
4  10:00 a.m.  Deputy Courtroom Clerk Colleen Lydon has confirmed the requested hearing date of
5  December 10, 2010 is available.  No jury trial date has been set.

6      The government and all defense counsel further stipulate the Court should find that time be
7  excluded through December 10, 2010 under the Speedy Trial Act based on complexity and the need
8  of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv); Local Code T2 and Local
9  Code T4.  The government and all defense counsel further stipulate and agree that the interests of
10 justice served by granting this continuance outweigh the best interests of the public and the defendant
11 in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

12     Finally, Scott L. Tedmon has been authorized by the government and all defense counsel to
13 sign this stipulation on their behalf.

14 **IT IS SO STIPULATED.**

15 DATED: September 7, 2010        BENJAMIN B. WAGNER
                                  United States Attorney
16
                                  /s/ Russell L. Carlberg
17                                RUSSELL L. CARLBERG
                                  Assistant U.S. Attorney
18

19 DATED: September 7, 2010        LAW OFFICES OF SCOTT L. TEDMON

20                                /s/ Scott L. Tedmon
                                  SCOTT L. TEDMON
21                                Attorney for Defendant Garret Gililland III

22 DATED: September 7, 2010        DANIEL J. BRODERICK
                                  Federal Defender
23
                                  /s/ Douglas J. Beevers
24                                DOUGLAS J. BEEVERS, AFD
                                  Attorney for Defendant William E. Baker
25
26 DATED: September 7, 2010        STEVENS, O'CONNELL & JACOBS

                                  /s/ Matthew G. Jacobs
27                                MATTHEW G. JACOBS
                                  Attorney for Defendant Shane Burreson
28

| | | |
|---|---|---|
| 1 | DATED: September 7, 2010 | BLACKMON & ASSOCIATES |
| 2 | | /s/ Clyde M. Blackmon |
| | | CLYDE M. BLACKMON |
| 3 | | Attorney for Defendant Christopher Chiavola |
| 4 | DATED: September 7, 2010 | LAW OFFICES OF PETER KMETO |
| 5 | | /s/ Peter Kmeto |
| | | PETER KMETO |
| 6 | | Attorney for Defendant Branson Resendez |
| 7 | DATED: September 7, 2010 | LAW OFFICES OF JOSEPH J. WISEMAN |
| 8 | | /s/ Joseph J. Wiseman |
| | | JOSEPH J. WISEMAN |
| 9 | | Attorney for Defendant Leonard Williams |
| 10 | DATED: September 7, 2010 | LAW OFFICES OF KRISTA HART |
| 11 | | /s/ Krista Hart |
| | | KRISTA HART |
| 12 | | Attorney for Defendant Nicole Magpusao |
| 13 | DATED: September 7, 2010 | LAW OFFICES OF MICHAEL D. LONG |
| 14 | | /s/ Michael D. Long |
| | | MICHAEL D. LONG |
| 15 | | Attorney for Defendant Niche Fortune |
| 16 | DATED: September 7, 2010 | DLA PIPER, LLP |
| 17 | | /s/ Eduardo G. Roy |
| | | EDUARDO D. ROY |
| 18 | | Attorney for Defendant Kesha Haynie |
| 19 | DATED: September 7, 2010 | LAW OFFICES OF SARIA & SARIA |
| 20 | | /s/ Robert J. Saria |
| | | ROBERT J. SARIA |
| 21 | | Attorney for Defendant Remy Heng |

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Friday, September 10, 2010 at 10:00 a.m., is hereby continued to Friday, December 10, 2010 at 10:00 a.m., before the Honorable Edward J. Garcia.  Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for complexity and need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), Local Code T2 and Local Code T4, through the Status Conference date of December 10, 2010.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and each defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: September 8 , 2010             /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
                                      United States District Judge