```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2748
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8               FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,      )
                                   )    No. 2:10-CR-405 JAM
12             Plaintiff,          )
                                   )
13        v.                       )
                                   )
14  CARLOS CHAMORRO,               )
                                   )
15             Defendant.          )
    _____)
16                                 )
                                   )
17  UNITED STATES OF AMERICA,      )
                                   )    No. 2:10-CR-0200 EJG
18             Plaintiff,          )
                                   )
19        v.                       )
                                   )
20  ANTHONY G. SYMMES,             )
                                   )
21             Defendant.          )
    _____)
22                                 )
                                   )
23  UNITED STATES OF AMERICA,      )
                                   )    No. 2:08-CR-0376 EJG
24             Plaintiff,          )
                                   )
25        v.                       )
                                   )
26  GARRET GRIFFITH GILILLAND III, and )
    NICOLE MAGPUSAO,               )
27                                 )
               Defendants.         )
28  _____)
```

1

**RELATED CASE MEMORANDUM**

The United States of America, through its undersigned counsel, Assistant United States Attorney Russell L. Carlberg, hereby gives notice that the above-captioned matters are related cases within the meaning of Local Rule 123 (a)(1)-(4) & (c). The three cases involve the same scheme to defraud, the same properties, the same loans, and the same witnesses. They could not be more closely related.

In United States v. Gililland, et al. (case no. 08-CR-379 EJG) (the "Gililland" case), Gililland is charged with a large scheme to defraud mortgage lenders. A major object of the scheme was to sell single family residences at artificially-inflated prices. The seller of the homes was a co-conspirator to Gililland, agreeing to falsely report sales prices to lenders. One day after the close of escrow on each home, the seller would issue a separate check to Gililland and others, rebating up to $60,000 per home without disclosing those rebates to the lenders. In the Gililland case, the seller is an unindicted co-conspirator. In the Information filed in United States v. Anthony G. Symmes, the seller of 62 of the homes at issue in the scheme has been charged and has entered a guilty plea to this scheme. In yesterday's filing, United States v. Carlos Chamorro, a loan officer inside 3rd Sky Mortgage and Escrow is charged with conspiring with Gililland and Symmes to execute the scheme to defraud. A plea agreement has also been filed in the Chamorro case. Like Symmes, Chamorro may testify against Gililland and other co-defendants at the same trial.

An analysis of the scheme, as charged in all three cases, shows the scheme is one-and-the-same. Accordingly, these matters concern "the same parties and are based on the same or a similar claim."

2

1  L.R. 123(a)(1).  They involve the same investigation, the same
2  fraudulent loans, the same witnesses, and the same evidence.  So,
3  both cases "involve the same propert(ies), transaction(s), and
4  event(s)."  L.R. 123(a)(2).  Because the same scheme, properties,
5  transactions, and evidence are implicated in all three cases, it
6  follows that the "same question(s) of fact and the same question(s)
7  of law" arise in the above-captioned cases.  L.R. 123(a)(3).
8      If these cases were heard by different judges, there would be
9  an extreme "duplication of labor."  L.R. 123(a)(4).  For that
10 reason, substantial judicial resources would be saved by relating
11 the above-captioned matters.  See L.R. 123 (c) (reassignment of case
12 appropriate where it is "likely to effect a substantial savings of
13 judicial effort" because it will necessarily avoid the "substantial
14 duplication of labor" by the judiciary of this district).
15     Accordingly, the United States respectfully requests that the
16 Court enter an order assigning all three cases to the same judge.
17
18 DATED: September 16, 2010          BENJAMIN B. WAGNER
                                       United States Attorney
19
20
                                    By:  */s/ Russell L. Carlberg*
21                                       RUSSELL L. CARLBERG
                                         Assistant U.S. Attorney
22
23
24
25
26
27
28

3