1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   1050 Fulton Avenue, Suite 218
3  Sacramento, California 95825
   Telephone: (916) 482-4545
4  Facsimile:  (916) 482-4550
   Email: tedmonlaw@comcast.net

5
   Attorney for Defendant
6  GARRET G. GILILLAND III

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )    Case No. Cr. S-08-376 EJG
12                 Plaintiff,          )
                                       )    STIPULATION AND [PROPOSED]
13                                     )    ORDER CONTINUING STATUS
          v.                           )    CONFERENCE; EXCLUSION OF TIME
14                                     )
    GARRET G. GILILLAND III, et al.,   )    Date:   February 25, 2011
15                                     )    Time:  10:00 a.m.
                 Defendants.           )    Judge: Honorable Edward J. Garcia
16  _____  )

17       The United States of America, by and through Assistant U.S. Attorney Russell L. Carlberg,

18  and defendant Garret G. Gililland III, by and through counsel Scott L. Tedmon; defendant William

19  E. Baker, by and through counsel Assistant Federal Defender Douglas J. Beevers; defendant

20  Christopher M. Chiavola, by and through counsel Clyde M. Blackmon; defendant Brandon

21  Resendez, by and through counsel Peter Kmeto; defendant Leonard Williams, by and through

22  counsel Joseph J. Wiseman; defendant Nicole Magpusao, by and through counsel Krista Hart;

23  defendant Niche Fortune, by and through counsel Michael D. Long; defendant Kesha Haynie, by and

24  through counsel Eduardo G. Roy; and defendant Remy Heng, by and through counsel Robert J.

25  Saria, hereby stipulate that the Status Conference set for Friday, February 25, 2010 at 10:00 a.m., be

26  continued to Friday, March 18, 2011 at 10:00 a.m. before United States District Judge Edward J.

27  Garcia.

28

                              - 1 -

1    The government has provided a substantial volume of discovery to defense counsel.  The

2  total number of pages of discovery produced by the government exceeds 50,000 pages.  Each of the

3  above-enumerated defense counsel need additional time to review the discovery materials produced

4  by the government and confer with their respective client.  The government agrees to this requested

5  continuance out of professional courtesy to defense counsel.  However, this is the last stipulated

6  continuance the government will agree upon and expects a trial date to be set at the March 18, 2011

7  status conference.

8    Based on the foregoing, the government and all defense counsel stipulate it is appropriate to

9  continue the current status conference to Friday, March 18, 2011 at 10:00 a.m.  The government and

10  all defense counsel further stipulate the Court should find that time be excluded through March 18,

11  2011 under the Speedy Trial Act based on complexity and the need of counsel to prepare pursuant

12  to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv); Local Code T2 and Local Code T4.  The government and

13  all defense counsel further stipulate and agree that the interests of justice served by granting this

14  continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant

15  to 18 U.S.C. § 3161(h)(8)(A).

16    As to defendant Christopher Chiavola, the government requests that defendant Chiavola's

17  matter be set for change of plea on February 25, 2011 at 10:00 a.m.

18    Finally, Scott L. Tedmon has been authorized by the government and all defense counsel to

19  sign this stipulation on their behalf.

20  **IT IS SO STIPULATED.**

21  DATED: February 18, 2011            BENJAMIN B. WAGNER
                                         United States Attorney
22
                                         /s/ Russell L. Carlberg
23                                       RUSSELL L. CARLBERG
                                         Assistant U.S. Attorney
24

25  DATED: February 18, 2011            LAW OFFICES OF SCOTT L. TEDMON

26                                       /s/ Scott L. Tedmon
                                         SCOTT L. TEDMON
27                                       Attorney for Defendant Garret Gililland III

28

1    DATED: February 18, 2011          DANIEL J. BRODERICK
                                       Federal Defender
2

3                                       /s/ Douglas J. Beevers
                                       DOUGLAS J. BEEVERS, AFD
                                       Attorney for Defendant William E. Baker
4
     DATED: February 18, 2011          BLACKMON & ASSOCIATES
5

6                                       /s/ Clyde M. Blackmon
                                       CLYDE M. BLACKMON
                                       Attorney for Defendant Christopher Chiavola
7
     DATED: February 18, 2011          LAW OFFICES OF PETER KMETO
8

9                                       /s/ Peter Kmeto
                                       PETER KMETO
                                       Attorney for Defendant Branson Resendez
10
     DATED: February 18, 2011          LAW OFFICES OF JOSEPH J. WISEMAN
11

12                                      /s/ Joseph J. Wiseman
                                       JOSEPH J. WISEMAN
                                       Attorney for Defendant Leonard Williams
13
     DATED: February 18, 2011          LAW OFFICES OF KRISTA HART
14

15                                      /s/ Krista Hart
                                       KRISTA HART
                                       Attorney for Defendant Nicole Magpusao
16
     DATED: February 18, 2011          LAW OFFICES OF MICHAEL D. LONG
17

18                                      /s/ Michael D. Long
                                       MICHAEL D. LONG
                                       Attorney for Defendant Niche Fortune
19
     DATED: February 18, 2011          DLA PIPER, LLP
20

21                                      /s/ Eduardo G. Roy
                                       EDUARDO G. ROY
                                       Attorney for Defendant Kesha Haynie
22
     DATED: February 18, 2011          LAW OFFICES OF SARIA & SARIA
23

24                                      /s/ Robert J. Saria
                                       ROBERT J. SARIA
                                       Attorney for Defendant Remy Heng
25

26

27

28

1

**<u>ORDER</u>**

2       GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY

3   ORDERED that the Status Conference now scheduled for Friday, February 25, 2011 at 10:00 a.m.,

4   is hereby continued to Friday, March 18, 2011 at 10:00 a.m., before the Honorable Edward J. Garcia.

5   Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act

6   for complexity and need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv),

7   Local Code T2 and Local Code T4, through the Status Conference date of March 18, 2011.   The

8   Court finds that the interests of justice served by granting this continuance outweigh the best interests

9   of the public and each defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

10       IT IS FURTHER ORDERED that as to defendant Christopher Chiavola, defendant Chiavola's

11   matter be placed on calendar for change of plea on Friday, February 25, 2011 at 10:00 a.m.

12       **IT IS SO ORDERED.**

13

14   DATED: February _____, 2011       _____

15                          EDWARD J. GARCIA
                       United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28