1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   1050 Fulton Avenue, Suite 218
3  Sacramento, California 95825
   Telephone: (916) 482-4545
4  Facsimile:  (916) 482-4550
   Email: tedmonlaw@comcast.net

5  Attorney for Defendant
6  GARRET G. GILILLAND III

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )
                                       )   Case No. Cr. S-08-376 EJG
12         Plaintiff,                  )
                                       )   STIPULATION AND
13                                     )   ORDER CONTINUING STATUS
        v.                             )   CONFERENCE; EXCLUSION OF TIME
14                                     )
   GARRET G. GILILLAND III, et al.,    )   Date:  February 25, 2011
15                                     )   Time:  10:00 a.m.
           Defendants.                 )   Judge: Honorable Edward J. Garcia
16 _____)

17     The United States of America, by and through Assistant U.S. Attorney Russell L. Carlberg,

18 and defendant Garret G. Gililland III, by and through counsel Scott L. Tedmon; defendant William

19 E. Baker, by and through counsel Assistant Federal Defender Douglas J. Beevers; defendant

20 Christopher M. Chiavola, by and through counsel Clyde M. Blackmon; defendant Brandon

21 Resendez, by and through counsel Peter Kmeto; defendant Leonard Williams, by and through

22 counsel Joseph J. Wiseman; defendant Nicole Magpusao, by and through counsel Krista Hart;

23 defendant Niche Fortune, by and through counsel Michael D. Long; defendant Kesha Haynie, by and

24 through counsel Eduardo G. Roy; and defendant Remy Heng, by and through counsel Robert J.

25 Saria, hereby stipulate that the Status Conference set for Friday, February 25, 2010 at 10:00 a.m., be

26 continued to Friday, March 18, 2011 at 10:00 a.m. before United States District Judge Edward J.

27 Garcia.

28

- 1 -

The government has provided a substantial volume of discovery to defense counsel. The total number of pages of discovery produced by the government exceeds 50,000 pages. Each of the above-enumerated defense counsel need additional time to review the discovery materials produced by the government and confer with their respective client. The government agrees to this requested continuance out of professional courtesy to defense counsel. However, this is the last stipulated continuance the government will agree upon and expects a trial date to be set at the March 18, 2011 status conference.

Based on the foregoing, the government and all defense counsel stipulate it is appropriate to continue the current status conference to Friday, March 18, 2011 at 10:00 a.m. The government and all defense counsel further stipulate the Court should find that time be excluded through March 18, 2011 under the Speedy Trial Act based on complexity and the need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv); Local Code T2 and Local Code T4. The government and all defense counsel further stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to18 U.S.C. § 3161(h)(8)(A).

As to defendant Christopher Chiavola, the government requests that defendant Chiavola's matter be set for change of plea on February 25, 2011 at 10:00 a.m.

Finally, Scott L. Tedmon has been authorized by the government and all defense counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: February 18, 2011            BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Russell L. Carlberg
                                    RUSSELL L. CARLBERG
                                    Assistant U.S. Attorney


DATED: February 18, 2011            LAW OFFICES OF SCOTT L. TEDMON

                                    /s/ Scott L. Tedmon
                                    SCOTT L. TEDMON
                                    Attorney for Defendant Garret Gililland III

| | |
|---|---|
| DATED: February 18, 2011 | DANIEL J. BRODERICK<br>Federal Defender<br><br> /s/ Douglas J. Beevers<br>DOUGLAS J. BEEVERS, AFD<br>Attorney for Defendant William E. Baker |
| DATED: February 18, 2011 | BLACKMON & ASSOCIATES<br><br> /s/ Clyde M. Blackmon<br>CLYDE M. BLACKMON<br>Attorney for Defendant Christopher Chiavola |
| DATED: February 18, 2011 | LAW OFFICES OF PETER KMETO<br><br> /s/ Peter Kmeto<br>PETER KMETO<br>Attorney for Defendant Branson Resendez |
| DATED: February 18, 2011 | LAW OFFICES OF JOSEPH J. WISEMAN<br><br> /s/ Joseph J. Wiseman<br>JOSEPH J. WISEMAN<br>Attorney for Defendant Leonard Williams |
| DATED: February 18, 2011 | LAW OFFICES OF KRISTA HART<br><br> /s/ Krista Hart<br>KRISTA HART<br>Attorney for Defendant Nicole Magpusao |
| DATED: February 18, 2011 | LAW OFFICES OF MICHAEL D. LONG<br><br> /s/ Michael D. Long<br>MICHAEL D. LONG<br>Attorney for Defendant Niche Fortune |
| DATED: February 18, 2011 | DLA PIPER, LLP<br><br> /s/ Eduardo G. Roy<br>EDUARDO G. ROY<br>Attorney for Defendant Kesha Haynie |
| DATED: February 18, 2011 | LAW OFFICES OF SARIA & SARIA<br><br> /s/ Robert J. Saria<br>ROBERT J. SARIA<br>Attorney for Defendant Remy Heng |

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Friday, February 25, 2011 at 10:00 a.m., is hereby continued to Friday, March 18, 2011 at 10:00 a.m., before the Honorable Edward J. Garcia. Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for complexity and need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), Local Code T2 and Local Code T4, through the Status Conference date of March 18, 2011. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and each defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS FURTHER ORDERED that as to defendant Christopher Chiavola, defendant Chiavola's matter be placed on calendar for change of plea on Friday, February 25, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: February 23, 2011         /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 United States District Judge