BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2748



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GARRET GRIFFITH GILILLAND III,<br>NICOLE MAGPUSAO, et al.<br><br>    Defendants. | CR. NO.  S-08-376 EJG<br><br>[PROPOSED] ORDER<br><br>Judge: Hon. Edward J. Garcia |

### [PROPOSED] ORDER

On January 28, 2010, the Court ordered from the bench that all briefs filed under seal regarding the government's attorney conflict motion be unsealed. Docket #175. For the reasons the Court stated on the record on January 28, 2011, the Court hereby further ORDERS that the formerly sealed transcripts of hearings that occurred on December 17, 2010 (see Docket #158) and January 28, 2011, be ordered unsealed.

IT IS SO ORDERED.

DATED: 3/2/11

_____
HON. EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

1