# EXHIBIT A

## Supplemental Declaration of Christopher Wing

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Cr.S. 08-376 EJG |
| Plaintiff, | SUPPLEMENTAL DECLARATION OF CHRISTOPHER H. WING |
| v. |  |
| Gilliland, et al. |  |
| Defendant, |  |

SUPPLEMENTAL DECLARATION OF CHRISTOPHER H. WING

I am an attorney licensed to practice law in the state of California and in the Eastern District of California and have been so licensed since December, 1974.

That I declare the following to be true and correct to the best of my knowledge:

1. That I have already filed a Declaration in this case;
2. That additionally, I have never disclosed to either my former client, Anthony Symmes or anyone in law enforcement any substance of information that I received from my meeting with Defendants Magpusao and Gilliland on or about June 26, 2008;
3. That my only comment to Anthony Symmes was that I had been in a meeting with Defendants Magpusao and Gilliland and that I had no confidential information that I believed would either cause me difficulty in being able to fully represent Anthony Symmes or which would be harmful to Defendant Gilliland or Defendant Magpusao;
4. That my only comment to AUSA Carlberg was to the same effect, that I had been in a meeting with both Defendants, that I had no confidential information that would preclude my representation of Anthony Symmes, and that I had not been retained;

/ / /

1

5. That during the only meeting at which I was present with Anthony Symmes, AUSA Carlberg and the three agents involved with the case, I made no disclosure of any information I had received during the meeting with Defendants Magpusao and Gililland, nor did I discuss anything in the e-mail that Mr. Bonjour had forwarded to me a few days after our meeting with the Defendants;

6. That the statements I made to the Court on December 17, 2010 are true and correct to the best of my recollection.

Executed under penalty of perjury at Sacramento, California this 14th day of March, 2011.

/s/ _____
CHRISTOPHER H. WING

/ / /