# EXHIBIT C

FBI FD-302 interview summary of Remy Heng

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  12/23/2008

Remy Heng, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was interviewed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ regarding Garret Gililland (Garret). Also participating in the interview was Investigating Lieutenant Bruce Wristen from the Butte County District Attorney's Office. After being advised of the official identities of the interviewing agents, Heng invited investigators into his home and then provided the following information:

Heng began by explaining his association with Garret. Heng met Garret through a friend named Chris Cargee when they worked at a Mercedes-Benz dealership. Chris took Heng to meet Garret in Chico regarding real estate investments. Chris had gotten involved himself. At that time, Garret tried to sell Heng a house in Chico. He said if he were to buy the house, Heng would get $40,000 cash back. It was a house on Ceanothus Avenue. But Heng decided not to buy it because his girlfriend told him she would leave him if he did.

Heng had to put his foot down and tell Garret that he was not buying the house; this was in the September 2007 time frame. This caused a bit of the shock to the relationship and they did not speak again for about seven months, until approximately May 2008. At that time, Garret called Heng and tried to patch the relationship up. He said he wanted Heng to meet with him and a guy named Jay Grivette (Grivette).

Heng and Garret met with Grivette at the Hooter's Restaurant in Sacramento. Grivette showed Heng a PowerPoint presentation regarding the Tires to Fuel business plan they were developing with David Listiak. Heng thought that the presentation was lacking and told Grivette as much. Heng joined the team in a marketing capacity. At that time, Garret and Grivette were working on real estate together with business partners Chris Warren and Scott Cavell. Thus Heng met Warren and Cavell through Garret. They all became friends and would socialize together. Warren began helping Heng with his care home business plan. Heng seriously explored buying a house through Garret and Warren in the Sacramento area. Warren ran Heng's credit history.

Then Garret and Grivette became all "himmed up" due to their association with Lee Loomis. After a federal search warrant was

---

Investigation on  12/22/2008  at  Elk Grove, CA

# 329A-SC-42060-302                                   Date dictated  12/23/2008

by  Mark H. Roberts:mhr                                           359mhr01.302

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

09

GGG-LEO-00000096

FD-302a (Rev. 10-6-95)



329A-SC-42060-302

Continuation of FD-302 of __Remy Heng__ , On __12/22/2008__ , Page __2__

done at Garret's house, Garret asked Heng if he knew of a good attorney. In fact, the very day of the executed search warrant Garret called Heng and requested that he drive to Chico to help him out. He met Garret and Grivette for lunch. Grivette did not say much during lunch. Heng later went with Garret to Garret's El Dorado Hills home where they further discussed the federal search warrant with Warren, who met them there.

During the time that Garret had been trying to get Heng to buy a house, Garret explained to him that he was working closely with a man named Tony Symmes, whom he described as an "old school cat." Garret would get contracts through Tony at wholesale prices and then he would turnaround and sell them for more. The houses were overvalued in the appraisals and that is how they were able to extract so much profit. Garret was going to rent the house out for Heng and Heng would be responsible for paying the mortgage. Since he would get $40,000 back from Garret, Heng would have the money to pay that difference between the mortgage payment and what could be earned through rental income. If the house were to go up in value in three or four years, then he would be able to sell it at a profit.

Garret also worked with another builder named Baker. In fact, the plan had been for Heng to buy two houses, one from Baker and one from Symmes. Garret said he would push the paper through on both of them and that Heng would get money back.

On one occasion, Grivette talked to Heng about the house that he had sold through Garret to an investor named Earl Armor. The house was clearly was not worth the money that Armor paid for it. Grivette became very worried about the deal because he was afraid that Armor would not make payments on the house and this would be a red flag for investigators. Heng believes that Grivette sold the house knowing that Armor was merely a straw buyer from Los Angeles and that he would never really occupy the house.

After Garret fled the country, Heng took care of disposing of his property, including his vehicles. In fact, Heng recently parked Garret's expensive black Dooley truck next to the dealership so it could be re-possessed. Heng also brought Garret's "souped-up" Jeep Wrangler to a consignment dealer called Big Kids Toys in Napa. The consignment dealer recently called Heng to tell Heng that Garret's vehicle was being re-possessed at that moment. Because Heng realized that the vehicle was worth about $45,000 and yet Garret only owed $22,000, Heng explored paying off the Jeep and



GGG-LEO-00000097

FD-302a (Rev. 10-6-95)



329A-SC-42060-302

Continuation of FD-302 of __Remy Heng__ , On __12/22/2008__ , Page __3__

selling it so Garret could recoup the money. However, Heng eventually gave up on the idea, and to his knowledge, the Jeep has been re-possessed.

At this point in the interview, Heng was shown a picture of him in October leaving the FedEx-Kinko's store in Sacramento from which he had sent $20,000 cash to Gililland in Spain. Upon looking at the photo of himself leaving the store, Heng commented, "I'm going to jail." Heng then admitted that when he sent the $20,000 to Spain, it was after the news broke that Garret had been indicted. He said that Warren had also been there and had pressured him into sending it. Heng was then asked whether he had been planning on sending the money to Garret for a while before that date. Heng then admitted that he had intended to send to Garret all along. Heng also said that Garret had taken about $28,000 from one of Heng's accounts through various ATMs in Spain. This money had originally come from Warren from the closings from Garret's pipeline with Chamorro and Estrada in Los Angeles. Heng believes that those two, Chamorro and Estrada, are crooks. Heng knows that they are big into mortgage fraud, and he has heard that they sell drugs, too. Garret, Chamorro, and Estrada alter the documents for the fraudulent loans. Garret has told Heng directly that he alters documents using the software Photo Shop.



Heng was also one of the potential investors to buy a condominium in Florida at the exaggerated price of roughly $400,000. It was estimated that he was to receive approximately $1,500 in rent. Heng was going to need to pay the mortgage through the proceeds from the rent. While he does not understand the exact fraud, it involved something called "double escrow accounts" with a man named Mike Llamas. As far as he knew, this deal was Garret's idea. Garret and Grivette were going to take the proceeds and use that money to invest in the Tires to Fuel project. Heng does not know how but believes that Garret may have actually been getting real appraisals for that hefty amount of $400,000 plus.

On one occasion, Heng met Carlos Chamorro and Eric Estrada in Sacramento. Shortly after Garret fled the country, Warren called and had him meet them at a restaurant in the Equinox Building in downtown Sacramento at J and 14th Streets. Heng was introduced by Warren to Estrada as the person who is taking care of Garret's business when he was away. He sat down with Estrada one-on-one. Estrada said that he did not anticipate any problems in Heng's taking care of Garret's business. Also at that meeting, Carlos Chamorro talked badly about Garret and told Heng that was better

GGG-LEO-00000098

FD-302a (Rev. 10-6-95)



329A-SC-42060-302

Continuation of FD-302 of __Remy Heng__ , On __12/22/2008__ , Page __4__

for him to cut off contact with him. Heng was clearly due to collect money from the commissions that stemmed from Garret's business with Estrada and Chamorro at 3rd Sky Mortgage and Escrow.

When Garret got "himmed up", Grivette decided that Garret was too risky to continue doing business with. This made Garret start to "trip out" and he caught a flight down to Los Angeles. Heng does not know with whom he met in Los Angeles but estimates it was probably Chamorro and Estrada. When Garret came back, he told Heng that he was leaving the country and that he needed Remy to help him out and help him sell everything. He said that Heng was the only one that he could count on. Garret told that he should involve himself in his pipeline and keep it going. He did not expect Heng to do all this for free. He said that he could use the proceeds from the pipeline to live off and to pay his bills. Garret was justifying it that it was okay and that Heng would not get in trouble for doing this. Garret said that the pipeline deals did not involve the houses in Chico, but rather the ones in the Sacramento area, which were legit.

Heng is the one that referred Garret to Garret's current attorney. Heng explained to Garret that this attorney had gotten his buddy off on criminal charges. The attorney told him that Heng could help his friend Garret since Garret was not yet indicted. So Heng brought Garret's Wrangler Jeep to Napa. Regarding the $65,000 West Coast Chopper that Garret bought, that motorcycle recently went to a man named Kevin Levrone. Levrone was Mr. Olympia in 2000 and is now living in Hollywood. Heng told Levrone that Garret wanted $65,000 for the motorcycle but would take $60,000 from Levrone. Levrone picked it up from one of Heng's friends in Petaluma, CA and brought it down to Los Angeles in a van. Levrone called Heng and explained that he was a religious man and all the references to demons and "666" on the bike made it unattractive to him and unacceptable to his wife. Heng told him that he now had the bike and he had to figure out what to do with it. Levrone told Heng recently that he had received an e-mail from Nicole Magpusao explaining that he had the bike for three weeks and it was not for him to test drive for that whole time. He was expected to buy it.

Garret then told Warren to wire the money as it came in to Heng. All money that Heng got from the pipeline came from Warren or Cavell. Once Garret and Grivette had met Warren, they had found the necessary middle men that they were looking for to help them to do more deals with Estrada and Carlos Chamorro in Los Angeles. Warren was into deals in Florida, Las Vegas, Los Angeles, and



GGG-LEO-00000099

FD-302a (Rev. 10-6-95)



329A-SC-42060-302

Continuation of FD-302 of __Remy Heng__ , On __12/22/2008__ , Page __5__

Sacramento. None of the deals involved properties in the Chico area. Heng was going to purchase a house through Warren in Rio Linda on Deborah Lee Street.

Heng was also going to get his friends to be "investors" in houses in the Sacramento area through Garret and Warren. These investors were to be Adam Gordon, Garret Capel, Mira LNU, and Heng. They were to buy houses at high prices and then were going to get cash back from Garret and Warren. That was the real allure for Heng, who needed the $40,000 to be able to live off for a while. Garret did not tell the prospective buyers that the houses were over-appraised. Essential to these fraudulent deals were Warren and Cavell.

Heng believes that the people at 3rd Sky, including Chamorro and Estrada, were the ones to tell Garret that he should leave the country. Heng believes that Garret and Nicole first flew to Mexico and then to Colombia. Then they went to the United Kingdom for while where Heng sent him a package. Then they went to France where they stayed for only a short time because Garret did not like it there. They were planning on visiting Heng's relatives in Paris but did not, and ultimately went to Barcelona, Spain.

Garret had given $10,500 to Estrada shortly before he left the country. Estrada had a hook up in Colombia so he told them to go there. Garret was to work in Estrada's night club there. After getting there, Garret told Estrada that he did not want to stay after all, so he wanted his $10,500 back. Estrada said that he would fly down and bring him the money, but he never did. Eventually Garret and Nicole left Colombia and flew to Europe. Heng estimates that Garret spent at least $50,000-70,000 during his time outside the United States. Garret had borrowed some money from his associate Mike Llamas.



Llamas began a deal with a guy in Southern California named Armen LNU. Garret had hooked up Warren with Llamas. $20,000 came from Llamas through Warren to Heng's Washington Mutual Bank account. The money was an advance on the money that Llamas would pay Garret for the deal Garret had set up between Llamas and Armen in Southern California. Garret eventually took $28,000 from Heng's Bank of America account - proceeds from Garret's deals with Chamorro and Estrada. Even though Garret encouraged Heng to get involved in the pipeline that he inherited from him and 3rd Sky, he does not remember Warren and Cavell letting him look over the documents of those in the pipeline.

GGG-LEO-00000100

FD-302a (Rev. 10-6-95)



329A-SC-42060-302

Continuation of FD-302 of __Remy Heng__ , On __12/22/2008__ , Page __6__

Cavell and Warren would wire money to Heng from the proceeds from the sales of those people in the pipeline. Heng received roughly $60,000-70,000 total, as he received $5,000 each for roughly 12-15 houses that were sold in the Sacramento and Los Angeles area.

At some stage, Warren told Heng that he was talking with "the feds", and they knew what he was doing. Eventually, Warren broke off contact with Chamorro and Estrada.

Heng believes that Nicole kept the financial books for her and Garret. Heng thinks that Garret is bi-polar and that he does everything for himself and everyone else pays the price. He learned that Garret is a racist, which is ironic since Heng is Asian. Grivette and Warren received many of the numerous flat panel TVs that Garret owned. Nicole's mother and Garret's mother cleaned out Garret and Nicole's home in Chico after they fled.

Heng was at Grivette's house talking about the Tires To Fuel plan the day that Agent Roberts interviewed Grivette. Heng avoided the agents by going down to the basement and out a front door without the agents noticing that he was there. Regarding Eric Clawson, he got "screwed over" by Garret, too, as Garret had promised him $20,000-30,000 cash back on the homes that he bought.

Garret never talked to Heng about the marijuana grow houses that he had, for fear that Heng might tell others about them. However, Garret did suggest making marijuana grow houses out of the properties that were planned to be purchased through the "investors" in the Sacramento area. Garret proposed that they get used for several grows and then before there developed any suspicion of them being grow houses, they be converted into elder care facilities.

Adam Gordon, Heng, and Garret Capel operated a marijuana grow house at Gordon's house located at 7879 Royal Down Circle in Elk Grove. Gordon does not live there but he has an marijuana grow in the garage and in several bedrooms. Gordon and Capel are college friends. They are also friends with Jesse Cardoza. It was through Cardoza that Heng met Gordon. The last time Heng was actually in the grow house was this past June. Heng got paid roughly $1,000 for helping Gordon set up that grow house. Heng believes that Gordon may have shut down the grow house due to "the heat" that has been brought on by the search warrants executed recently. Heng had a falling out with Gordon and Capel because Heng had started



GGG-LEO-00000101

FD-302a (Rev. 10-6-95)



329A-SC-42060-302

Continuation of FD-302 of __Remy Heng__ , On _12/22/2008_ , Page __7__

hanging out a lot with Garret and his associates. Adam Gordon currently works for a man named Ted Baker. Gordon formerly worked for a company called "Pare". Capel may now live in Roseville.

Heng and Cardoza also had a four light grow house since 2001 in Santa Rosa at a house on Roburta Lane. Remy lived in the Roburta Lane house for free due to his running the grow house. There was also talk by Garret of putting in a grow house in the Earl Armor property bought from Grivette.

Heng introduced Jesse Cardoza to Garret. Garret pitched Cardoza to buy the Symmes house on Sedona Avenue in Chico. Garret got money back from Symmes and paid Cardoza cash back after the sale. Cardoza paid $380,000 for the house when it was probably really worth about $260,000.



Heng was shown a copy of an email that SA Roberts had brought with him to the interview. It was an email from Chris Warren at cwarren@cwre.biz and addressed to remyhen123@yahoo.com with Gililland and Scott Cavell at scavell@cwre.biz carbon copied. Heng was asked what the following sentence written by Warren meant to him: "we are very good at what we do, and can create anything needed to fill up the shortfalls of a borrower, BUT we need a starting point, we CANNOT and will not create everything from scratch." Heng advised that this was a reference to the properties that he, Gordon, Capel, and Mira LNU were going to buy through Garret and Warren. When asked if the plan was to involve false information on the loan applications, Heng replied that it did.

On two occasions during the interview, Heng inquired whether he would need an attorney. Agents informed him that it was entirely his choice and that agents were there to interview him about his associate, Garret Gililland. By his own choice, Heng then continued the interview. Not only did Heng continue the interview, but he offered to show agents around the house to search for any contraband. SA Roberts advised that he would not do so without Heng's signing a consent to search form. Heng then offered to sign one. SA Roberts produced the consent form, which Heng signed in front of SA Roberts and LT Wristen. (A copy is attached to this FD-302) Heng then showed both investigators around the house.



During the interview, when Heng was asked about his direct participation in mortgage fraud, aiding a fugitive, bulk cash smuggling, and marijuana cultivation, Heng complained about sharp

FD-302a (Rev. 10-6-95)

329A-SC-42060-302

Continuation of FD-302 of __Remy Heng__ , On __12/22/2008__ , Page __8__

abdominal pains. He excused himself from the interview on at least two occasions to go to the bathroom. He would return a short time later to continue the interview.

At the end of the interview, Bo Heng, Remy's younger brother, who until recently had been living in Chico, exited a bedroom and was introduced to SA Roberts and LT Wristen. At that time, SA Roberts advised both Hengs that the detectives who had arrested Bo Heng several weeks earlier on marijuana charges in Chico were arriving momentarily to conduct a similar court-authorized search of Remy Heng's home.

Shortly thereafter, at roughly 10:00 am, Sgt. Steve Collins from Butte County Sheriff's Office arrived with the search warrant and explained it to Heng. Heng stayed with the investigators and attempted to explain documents that investigators were reviewing. At that time, Heng was reminded that he was not under arrest and he could go at any time. Towards the end of the executed search warrant, Heng received a call from an attorney. Heng departed the house shortly thereafter with his brother Bo and left the investigators there to continue searching. Investigators locked the house and departed at approximately 1pm.

GGG-LEO-00000103