# EXHIBIT E

Checks from Grivette seized in search warrant of Gililland's Chico house

