# EXHIBIT F

**FBI FD-302 regarding interview of Symmes**

FD-302 (Rev. 10-6-95)

-1-

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  07/15/2009

    ANTHONY G. SYMMES, ███████████████ resident of Paradise, CA, was interviewed ██████████████████ n Chico regarding his work with GARRET GILILLAND. Also present during the interview was Investigative Lieutenant Bruce Wristen, Butte County District Attorney's Office. After being advised of the official nature of the interview and the official identities of the interviewing law enforcement officers, SYMMES provided details regarding his business relationship with GARRET GILILLAND.

    This interview was recorded by SA Roberts using a "body wire." The original media was forwarded to the Electronic Surveillance office (ELSUR) in Sacramento for secure storage.

---

Investigation on  07/09/2009  at  Chico, CA

File #  329A-SC-42060-302    Date dictated  N/A

by  Mark H. Roberts:mhr /mhr/    196mhr02.302

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

GGG-LEO-00000177