**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95618
  Telephone:  530.759.0700
  Facsimile:   530.759.0800

**Attorney for Defendant**
**LEONARD WILLIAMS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>LEONARD WILLIAMS, et. al.<br><br>            Defendants. | Case No. CR S 08–376 EJG<br><br>**NOTICE OF MOTION AND MOTION FOR SEVERANCE**<br>**(Fed. R. Crim. P. 14 (a))**<br><br>Date:  June 10, 2011<br>Time:  10:00 a.m.<br>Ctrm:  Hon. Edward J. Garcia |

TO:  BENJAMIN B. WAGNER, UNITED STATES ATTORNEY, and RUSSELL L. CARLBERG, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE THAT on **June 10, 2011**, at **10:00 a.m.**, or as soon thereafter as the matter can be heard, defendant LEONARD WILLIAMS ("Williams") by and through his counsel of record, will move and hereby does move the Court to sever his case from defendants GARRET GRIFFITH GILILLAND III, WILLIAM E. BAKER, BRANDON RESENDEZ, NICOLE MAGPUSAO, KESHA HAYNIE, and REMY HENG pursuant to Rules 14(a) of the Federal Rules of Criminal Procedure.

Williams brings this motion on the grounds that his case must be severed from defendants to avoid a great risk of prejudice due to the gross disparity in weight of evidence.

In bringing this motion, Williams relies on this Notice of Motion, the Memorandum of Points and Authorities, and the record and files in this case, and all evidence to be adduced at the hearing of this matter.

Dated: April 21, 2011

Respectfully submitted,

JOSEPH J. WISEMAN, P.C.

By: __/s/ Joseph J. Wiseman__
JOSEPH J. WISEMAN
Attorney for Defendant
LEONARD WILLIAMS