**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95618
  Telephone:  530.759.0700
  Facsimile:   530.759.0800

**Attorney for Defendant**
**LEONARD WILLIAMS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>LEONARD WILLIAMS, et. al.<br><br>          Defendants. | Case No. CR S 08–376 EJG<br><br>**NOTICE OF MOTION AND MOTION TO EXCLUDE TAPE RECORDING OF DEFENDANT WILLIAMS**<br><br>Date:  June 10, 2011<br>Time:  10:00 a.m.<br>Ctrm:  Hon. Edward J. Garcia |

TO:  BENJAMIN B. WAGNER, UNITED STATES ATTORNEY, and RUSSELL L. CARLBERG, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE THAT on **June 10, 2011**, at **10:00 a.m.**, or as soon thereafter as the matter can be heard, defendant LEONARD WILLIAMS ("Williams") by and through his counsel of record, will move and hereby does move the Court for an order to prevent the government from introducing in its case-in-chief or in rebuttal the tape recorded telephone conversation between Williams and Christopher Warren during which "double escrows" were discussed.

Williams brings this motion on the grounds that the substance of the tape recording does not fall under Federal Rule of Evidence ("Fed. R. Evid.") 404(b), since the use of "double escrows" in real estate financing is not illegal, and the taped

conversation is not evidence of motive or intent to commit the crime charged in the indictment.

In addition, the use of "double escrows" is not similar to the crime charged in the indictment, and, consequently, would not be evidence of opportunity or plan. Lastly, there is almost no probative value in the taped conversation, and therefore any probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, misleading the jury, and undue delay.

In bringing this motion, Williams relies on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the file and records generated in this case, and all evidence to be adduced at the hearing on this matter.

Dated: April 21, 2011        Respectfully submitted,

　　　　　　　　　　　　　　　JOSEPH J. WISEMAN, P.C.


By: ___/s/ Joseph J. Wiseman___
　　　JOSEPH J. WISEMAN
　　　Attorney for Defendant
　　　LEONARD WILLIAMS