JOSEPH J. WISEMAN, ESQ., CSBN 107403
JOSEPH J. WISEMAN, P.C.
    1477 Drew Avenue, Suite 106
    Davis, California 95618
    Telephone:  530.759.0700
    Facsimile:   530.759.0800

Attorney for Defendant
LEONARD WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR S 08—376 EJG |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION COMPELLING EARLY DISCLOSURE OF JENCKS MATERIAL** |
| vs. | Date:  June 10, 2011<br>Time:  10:00 a.m.<br>Ctrm:  Hon. Edward J. Garcia |
| LEONARD WILLIAMS, et. al. | |
| Defendants. | |

TO:  BENJAMIN B. WAGNER, UNITED STATES ATTORNEY, and RUSSELL L. CARLBERG, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE THAT on **June 10, 2011**, at **10:00 a.m.**, or as soon thereafter as the matter can be heard, defendant LEONARD WILLIAMS ("Williams") by and through his counsel of record, will move and hereby does move the Court for an order to the government for early disclosure of Jencks material, approximately two weeks prior to trial.

Williams brings this motion on the grounds that his Sixth Amendment rights to effective assistance of counsel and the right to cross examination would be violated if the court does not order early disclosure of all Jencks material. In the alternative, Williams argues that this due process rights under *Brady* will be violated if the court does not order disclosure of all *Brady* material, even if it falls under the Jencks Act. Finally, in

the alternative, if the court does not make the first two orders, Williams requests the identification of all *Brady* material, even if it falls under the Jencks Act.

In bringing this motion, Williams relies on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the file and records generated in this case, and all evidence to be adduced at the hearing on this matter.

Dated: April 21, 2011

Respectfully submitted,

JOSEPH J. WISEMAN, P.C.


By: ___/s/ Joseph J. Wiseman___
JOSEPH J. WISEMAN
Attorney for Defendant
LEONARD WILLIAMS