BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2748

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. S-08-376 EJG |
| Plaintiff, | ) |
| | ) **[PROPOSED] SUMMARY** |
| v. | ) **JUDGMENT OF DECISION** |
| | ) |
| GARRET GRIFFITH GILILLAND III, | ) |
| NICOLE MAGPUSAO, | ) |
| | ) |
| Defendants. | ) |

This defendants' motions (1) to dismiss the indictment and (2) to suppress testimony of Anthony Symmes came regularly before the Court on April 22, 2011.  Assistant United States Attorney Russell L. Carlberg appeared for the United States.  Scott Tedmon, Esq., appeared for defendant Gililland.  Krista Hart, Esq., appeared for defendant Magpusao.  For the reasons stated in the attached transcript of the April 22 proceedings, the defendants' motions are **DENIED.**

**IT IS SO ORDERED**

Date: _____        _____
                                    EDWARD J. GARCIA
                                    United States District Court Judge

1