**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone:  530.759.0700**
  **Facsimile:   530.759.0800**

**Attorney for Defendant**
**LEONARD WILLIAMS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 08—376 EJG |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME** |
| vs. | |
| LEONARD WILLIAMS, et. al. | |
| Defendants. | |

To: ALL PARTIES OF THIS ACTION AND THEIR ATTORNEY OF RECORD:

    Please take notice that on May 1, 2011 the name of the firm, address and

telephone numbers for JOSEPH J. WISEMAN, P.C. changed to:

        WISEMAN LAW GROUP, P.C.
        1477 DREW AVENUE, SUITE 106
        DAVIS, CA 95618
        Tel.:   530.759.0700
        Fax.:   530.759.0800

Dated:    May 18, 2011          Respectfully submitted,

                         WISEMAN LAW GROUP, P.C.

                         By: ___/s/  Joseph J. Wiseman___
                           JOSEPH J. WISEMAN
                           Attorney for Defendant
                           LEONARD WILLIAMS