# EXHIBIT A

**Subject:** Watson's Lastest Bankstatements
**From:** president@diamondhillfinancial.com
**Date:** Tue, 29 May 2007 17:39:52 -0700
**To:** Garrett <scarycash@gmail.com>

The Desk of Leonard Williams:

:-)

Sincerely,

Leonard Williams, CEO/President
Diamond Hill Financial Inc.

Like energy attracts like energy. You will never attract into your life anything that is not in harmony within you. Bob Proctor, ▓THE SECRET▓

101 Parkshore Dr. #100
Folsom, CA. 95630
Phone: 916-932-2083
Fax: 800-930-1267

-------- Original Message --------
**Subject:** VOE for WATSON
**From:** Jessica Sawyer <jessica-sawyer@sbcglobal.net>
**Date:** Mon, May 14, 2007 11:39 am
**To:** president@diamondhillfinancial.com

Good morning Leonard,

The lender will be calling to verify the information for Watson's employment, please verify the following info: He is a marketing Director and has worked at Diamond Hill from 2/5/99 to present. He makes $9400.00 monthly. If you have any questions please call me.

Thank you,

Jessica

| WatsonZip.zip | Content-Type: application/x-zip |
| --- | --- |
| | Content-Encoding: BASE64 |