# EXHIBIT B

Total recording time: 3 minutes, 37 seconds... recorded on November 3, 2008...

Transcription:

Warren: Are you there, Leonard?

Williams: Yes.

Warren : All right, you said Leonard Williams, right?

Williams: Yes, yes.

Warren: All right, yeah, no, we fund our own deals, you know. We have our own line here in Sacramento. We don't typically use that for these - for these transactions. We have another warehouse that we have access to down in Newport Beach, California.

Williams: Okay.

Warren: And ah, we have the same type of relationship with that gentleman that, you know, I would consider him my own family so...

Williams: Okay.

Warren: Umm, the basic premise of him and the principles that we operate on is defaults lead to death, so as long as everyone on our team doesn't default, we're good.

Williams: Right, right, right (Laughs).

Warren: So that's sort of the principle that we operate - we sort of expect people that we do business with to adhere to that.

Williams: Of course.

Warren: Umm, so, you know, he funds the deals - we have an escrow company in house that does most of the recordings. Sometimes, though, on the double escrows the front contracts, you know, the title - the listing agent, the asset manager requires that they control title and escrow, but, you know, we are still able to work with that - and our people sender wires to escrow so...

Williams: You are still able to work with that if we can't get title over to you guys? I mean escrow over to you guys?

Warren: We are in some cases, yeah.

Williams: No kidding - that's been, that's been deal killers for us.

Warren:  As long as -  because, well because, the reason it's been killing you is because your lenders will only wire to title, right?  And title is not going to play the game.

Williams:  Right, right.

Warren:  But, but my lenders wire to escrow.  Kay?  So I get a wire in an escrow account - I can just pay off the front contract - at your front escrow's title company.

Warren:  I wait for that to record, then I record your deed.

Williams:  Well, usually, the title and escrow were the same company for us.

Warren:  Nah, well, see, yeah, see we need to meet.  Because how we do it is we let the REO and the REO agent think he has complete control of title and escrow - and he does on his transaction...

Williams:  Oh, that's (unintelligible) ... that is great...

Warren: (overlaps some) And we run title and escrow on the back contract... and the wire goes to the title and escrow company on the back contract, settles the debt from the front contract, and then you're good...

Williams:  So, so, so essentially, you guys are able to do a double escrow using two different title companies?

Warren:  Oh yeah.

Williams:  Two different escrow companies.

Warren:  Oh, yeah, absolutely... because we control one of them...

Williams:  Oh, that is sweet... That is sweet...

Warren:  No, yeah, it's a good deal...

Warren:  I think we might have met have met before, Leonard.  Did you used to be a rep for ah, Argent?

Williams:  No.

Warren:  That's a different Leonard, huh?

Williams:  Yeah, no, no, I was never on the wholesale side.

Warren:  Gotcha, gotcha.  Yeah, no, so we're over here on ah, Watt and Folsom Blvd.

Williams:  Watt and Folsom, Watt and Folsom, Watt and Folsom...

Warren:  So right next to Highway 50, like I'm looking out I'm looking at Highway 50 right now and Watt.

Williams:  You know what?  My sister belongs to a shop over there... a Century 21...

Warren:  Yeah, su - they're over here... they're not in my building, but they're over here...

Williams:  Yeah, I was just over there last week... Yeah, okay.

Warren:  Tech Center Drive, it's a - bunch a little B office spaces... they try to advertise as A and they're really B.  Ethan Conrad owns the ones we're in...

Williams:  Right, okay.

Warren:  Yeah, no, so ah, you know, if you want to meet - you want to get together, you know, just let me know...

Williams:  Is  - Are you kidding?  (Laughs...)

Warren:  Yeah... are you available tomorrow?

Williams:  Yeah, well, actually, we're available today if ahh,

Warren:  Why don't you guys... you think you could swing over here?

Williams:  (to someone with him)  Hey Josh, you got time to swing over there?

Williams:  (to Warren again) What time?

Warren:  Give me ah - 4 o'clock.

Williams:  I didn't come dressed for a business meeting so you have to -

Warren:  That's fine.

Williams:  Excuse the way I'm dressed...

Warren:   4 o'clock sounds good.

Williams:  4 o'clock?

Warren:  Yep.

Williams:  Ok, 4 it is... I'll meet you, well, I got the address, let's see, ah...

Warren:  9310 Tech Center, Suite 290..

Williams:  Yes!

Warren:  Alrighty

Williams:  All right, Chris, I'll see you then...

Warren:  Bye now.