```
BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2748
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>LEONARD WILLIAMS,<br><br>       Defendant. | CR. S-08-376 EJG<br><br>**[PROPOSED] SUMMARY JUDGMENT OF DECISION** |

Defendant Williams filed four motions: (1) a motion to sever the trial from co-defendants, (2) a motion for early production of Jencks material, (3) a motion to exclude a tape recording of defendant Williams under Federal Rule of Evidence 403, and (4) a motion to dismiss the indictment. These motions came regularly before the Court on June 10, 2011. Assistant United States Attorney Russell L. Carlberg appeared for the United States. Joseph J. Wiseman, Esq., appeared for defendant Williams. For the reasons stated in the attached transcript of the June 10 proceedings, defendant Williams' motions to sever and to dismiss are **DENIED**. The motion for early production of Jencks material was deemed moot by the government's representation that

1

1  it would turn over any existing Jencks material two weeks before
2  trial.  The Court reserved its final ruling on the motion to
3  exclude the tape recording.
4  **IT IS SO ORDERED**

Date: _____    _____
                               EDWARD J. GARCIA
                               United States District Court Judge