```
BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2738

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08-cr-376 EJG |
|---|---|---|
| Plaintiff, | ) | DESIGNATION OF COUNSEL |
| v. | ) | |
| GARRET GILILLAND, et al. | ) | |
| Defendants. | ) | |

The United States of America requests that Assistant U.S. Attorney S. Robert Tice-Raskin be added as co-counsel of record and to the service list of actions in the above-referenced case.

DATED: August 25, 2011              Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                By: /s/ S. Robert Tice-Raskin
                                    S. ROBERT TICE-RASKIN
                                    Assistant U.S. Attorney