LAW OFFICES OF ALAN ELLIS
ALAN ELLIS
PA State Bar No.: 17430
1120 Nye Street, Suite 300
San Rafael, CA 94901
Telephone:   (415) 256-9775
Fax:              (415) 256-9772
E-Mail:         AELaw1@aol.com

Attorney for Defendant
GARRET GRIFFITH GILILLAND, III

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. No. S-08-376 EJG |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONVERT THE PRESENT DATE SET FOR SENTENCING TO A STATUS CONFERENCE TO SCHEDULE A FUTURE DATE FOR SENTENCING** |
| v. | |
| GARRET GRIFFITH GILILLAND, III, | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Russell L. Carlberg, and defendant Garret Griffith Gilliland, III, by and through his counsel, Alan Ellis, agree and stipulate that on October 28, 2011, the defendant is currently scheduled to be sentenced.  Because the parties are working on matters relevant to sentencing including but not limited to continued cooperation that will not be completed before October 28, 2011, the parties agree that the October 28, 2011, date should be converted to a status conference to schedule a future date for sentencing.   The Probation Officer assigned to this matter, Hugo Ortiz, has been advised and has no objection to this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  August 25, 2011                         /s/ Alan Ellis
                                                ALAN ELLIS
                                                Attorney for Defendant
                                                GARRET GRIFFITH GILILLAND, III

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated:  August 25, 2011            By:          /s/ Alan Ellis for
                                                RUSSELL L. CARLBERG
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## [PROPOSED] ORDER

For the reasons set forth in the accompanying stipulation of counsel, on October 28, 2011, the matter will on calendar for a status conference to schedule a new date for sentencing, and not on calendar for sentencing.

**IT IS SO ORDERED**

Dated:_____              _____
                                     HON. EDWARD J. GARCIA
                                     United States District Court Judge