1

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**

2

   **1477 Drew Avenue, Suite 106**
   **Davis, California 95616**

3

   **Telephone:  530.759.0700**
   **Facsimile:   530.759.0800**

4

**Attorney for Defendant**

5

**LEONARD WILLIAMS**

6

**EDUARDO G. ROY, ESQ., CSBN  146316**
**DLA PIPER, LLP**

7

   **555 Mission Street, Suite 2400**
   **San Francisco, CA 94105**

8

   **Telephone: 415.836.2500**
   **Facsimile:    415.659.7327**

9

**Attorney for Defendant**

10

**KESHA HAYNIE**

11

12

IN THE UNITED STATES DISTRICT COURT

13

FOR THE EASTERN DISTRICT OF CALIFORNIA

14

SACRAMENTO DIVISION

15

16

UNITED STATES OF AMERICA,    )
                                     ) Case No. CR S 08—376 EJG

17

                                     ) **NOTICE OF MOTION AND**

18

                    Plaintiff,  ) **MOTION TO CONTINUE TRIAL**
                                     )

19

    v.                             ) Date:   September 2, 2011
                                     ) Time:   10:00 a.m.

20

LEONARD WILLIAMS, et al.,    ) Ctrm:   Hon. Edward J. Garcia
                                     )

21

                  Defendant.  )

22

                                       )

23

TO:  BENJAMIN B. WAGNER, UNITED STATES ATTORNEY, and
     RUSSELL L. CARLBERG, ASSISTANT UNITED STATES ATTORNEY:

24

25

     PLEASE TAKE NOTICE THAT on **September 2, 2011**, at **10:00 a.m.**, or as

26

soon thereafter as the matter can be heard, defendants LEONARD WILLIAMS

27

("Williams"), and KESHA HAYNIE ("Haynie"), by and through their counsels of record,

28

will move and hereby do move to continue the trial of this case, which is now scheduled

1

to commence on September 12, 2011.

Defendants bring this motion on the grounds that since August 26, 2011—the date of the trial confirmation hearing—the government has turned over to the defense 6 CD ROMs containing over **1000** pages of documents and copies of over **15,000** e-mails.  Due to its sheer volume, and the way in which it was produced, defendants will be unable to adequately review and analyze this new discovery by September 12, 2011.  Accordingly, defendants' Fifth Amendment rights to due process and their Sixth Amendment rights to effective assistance of counsel will be violated they are forced to commence trial on that date.

In bringing this motion, defendants rely on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the file and records generated in this case, and all evidence to be adduced at the hearing on this matter.


Dated:       August 31, 2011                 Respectfully submitted,

                                             JOSEPH J. WISEMAN, P.C.


                                             By: ___/s/  Joseph J. Wiseman___
                                               JOSEPH J. WISEMAN
                                               Attorney for Defendant
                                               LEONARD WILLIAMS


                                             By: ___/s/  Eduardo G. Roy___
                                               EDUARDO G. ROY
                                               Attorney for Defendant
                                               KESHA HAYNIE

2