BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CR-00376-EJG |
| ) | |
| Plaintiff, ) | DECLARATION OF PUBLICATION |
| ) | |
| v. ) | |
| ) | |
| GARRET GRIFFITH GILILLAND III, ) | |
| ) | |
| Defendant. ) | |

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on the official government internet site www.forfeiture.gov for at least 30 consecutive days, beginning on October 2, 2011, and ending on November 25, 2011.

Attached hereto as Attachment 1 is a true and correct copy of the Notice of Forfeiture I caused to be published on the official government internet site www.forfeiture.gov.

Attached hereto as Attachment 2 is a true and correct copy of the Advertisement Certification Report that I printed off the Department of Justice Consolidated Asset Tracking System (CATS), a database designed to track, throughout the forfeiture life-

cycle, assets seized by federal law enforcement agencies. Attachment 2 shows that Attachment 1 was published for 30 consecutive calendar days.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2011, at Sacramento, California.

*/s/ Kendra Ford*
KENDRA FORD
FSA Supervisory Paralegal

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# COURT CASE NUMBER: 2:08-CR-00376-EJG; NOTICE OF FORFEITURE

Notice is hereby given that on October 26, 2011, in the case of U.S. v. Garret Griffith Gililland, III, et al., Court Case Number 2:08-CR-00376-EJG, the United States District Court for the Eastern District of California entered an Order condemning and forfeiting the following property to the United States of America:

Approximately $20,000.00 in US Currency, which was seized from FEDEX/KINKO'S on October 29, 2008 at 5600 J Street, located in Sacramento, CA (09-FBI-000332);

Approximately $28,900.00 in U.S. Currency, which was seized from Garret G. Gililland on October 29, 2008 at 824 Whispering Winds Lane, located in Chico, CA (09-FBI-000333);

2003 West Coast Chopper Motorcycle, VIN# 1W9SJ25073P279147, which was seized from Stan McQuay on December 31, 2008 at 20712 Campania Lane, located in Porter Ranch, CA (09-FBI-000336); and

Breitling wristwatch, which was seized from Bruce Wristen on January 06, 2009 at Butte County District Attorney's Office, located in Chico, CA (09-FBI-000337).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (October 27, 2011) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 501 I Street, Room 4-200, Sacramento, CA 95814, and a copy served upon Assistant United States Attorney Russell Carlberg, 501 I Street, Suite 10-100, Sacramento, CA  95814. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 27, 2011 and November 25, 2011. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Garret Griffith Gililland, III, et al.

**Court Case No:** 2:08-CR-00376-EJG
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/27/2011 | 24.0 | Verified |
| 2 | 10/28/2011 | 24.0 | Verified |
| 3 | 10/29/2011 | 24.0 | Verified |
| 4 | 10/30/2011 | 24.0 | Verified |
| 5 | 10/31/2011 | 24.0 | Verified |
| 6 | 11/01/2011 | 24.0 | Verified |
| 7 | 11/02/2011 | 24.0 | Verified |
| 8 | 11/03/2011 | 23.8 | Verified |
| 9 | 11/04/2011 | 24.0 | Verified |
| 10 | 11/05/2011 | 24.0 | Verified |
| 11 | 11/06/2011 | 24.0 | Verified |
| 12 | 11/07/2011 | 24.0 | Verified |
| 13 | 11/08/2011 | 24.0 | Verified |
| 14 | 11/09/2011 | 24.0 | Verified |
| 15 | 11/10/2011 | 24.0 | Verified |
| 16 | 11/11/2011 | 24.0 | Verified |
| 17 | 11/12/2011 | 24.0 | Verified |
| 18 | 11/13/2011 | 24.0 | Verified |
| 19 | 11/14/2011 | 24.0 | Verified |
| 20 | 11/15/2011 | 24.0 | Verified |
| 21 | 11/16/2011 | 23.9 | Verified |
| 22 | 11/17/2011 | 24.0 | Verified |
| 23 | 11/18/2011 | 24.0 | Verified |
| 24 | 11/19/2011 | 24.0 | Verified |
| 25 | 11/20/2011 | 24.0 | Verified |
| 26 | 11/21/2011 | 24.0 | Verified |
| 27 | 11/22/2011 | 24.0 | Verified |
| 28 | 11/23/2011 | 24.0 | Verified |
| 29 | 11/24/2011 | 24.0 | Verified |
| 30 | 11/25/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.