1
2
3
4
5

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
 **1477 Drew Avenue, Suite 106**
 **Davis, California 95618**
 **Telephone:  530.759.0700**
 **Facsimile:   530.759.0800**

**Attorney for Defendant**
**LEONARD WILLIAMS**

6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

10
11
12
13
14
15
16

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>     vs.<br><br>LEONARD WILLIAMS, et. al.<br><br>                          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CR S 08—376 EJG<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING STATUS**<br>**CONFERENCE**<br><br>Date:  June 22, 2012<br>Time:  10:00 a.m.<br>Judge: Honorable Edward J. Garcia |

17

18      The United States of America, by and through Assistant U.S. Attorney Russell L.

19  Carlberg, Defendant Leonard Williams, by and through counsel Joseph J. Wiseman, and

20  Defendant Joshua Clymer, by and through counsel Chris Cosca, hereby stipulate that

21  the Status Conference set for **Friday, June 22, 2012 at 10:00 a.m**., be continued to

22  Friday, **July 20, 2012 at 10:00 a.m.** before United States District Judge Edward J.

23  Garcia, and, as noted below, time be excluded under the Speedy Trial Act.

24      The parties are entering into this Stipulation because the defense needs

25  additional time to review and analyze newly provided electronic discovery, as well as,

26  discovery which has been made available for review at government offices. Based on the

27  foregoing, the parties stipulate that it is appropriate to continue the current status

28  conference to **July 20, 2012.**

---

Stipulation and [Proposed] Order to
Continue Status Conference

CR S 08-376 EJG

1    The parties stipulate the Court should find that time from June 22, 2012 through

2 July 20, 2012 be excluded under the Speedy Trial Act based on complexity and the need

3 of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv); Local Code T2

4 and Local Code T4. The parties further stipulate and agree that the interests of justice

5 served by granting this continuance outweigh the best interests of the public and the

6 defendant in a speedy trial pursuant to18 U.S.C. § 3161(h)(8)(A).

7

8    **IT IS SO STIPULATED.**

9 DATED: June 20, 2012                BENJAMIN B. WAGNER
                                      United States Attorney
10

11                                    By: /s/ Russell L. Carlberg_____
                                           RUSSELL L. CARLBERG
12                                         Assistant U.S. Attorney

13 DATED: June 20, 2012                WISEMAN LAW GROUP, P.C.

14

15                                    By:  ___/s/  Joseph J. Wiseman___
                                           JOSEPH J. WISEMAN
16                                         Attorney for Defendant
                                           LEONARD WILLIAMS
17

18 DATED: June 20, 2012                BY: /s/____Chris Cosca_____
                                           CHRIS COSCA
19                                         Attorney for Defendant
                                           JOSHUA CLYMER
20

21

22                          **[PROPOSED] ORDER**

23    GOOD CAUSE APPEARING, and based upon the above stipulation, IT IS

24 HEREBY ORDERED that the Status Conference now scheduled for Friday, June 20,

25 2012 at 10:00 a.m., is hereby continued to Friday, **July 20, 2012 at 10:00 a.m.**,

26 before the Honorable Edward J. Garcia. Based upon the above stipulation, the Court

27 finds that time be excluded under the Speedy Trial Act for complexity and need of

28 counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), Local Code T2 and

1    Local Code T4, through the Status Conference date of June 22, 2012. The Court also

2    finds that the interests of justice served by granting this continuance outweigh the best

3    interests of the public and each defendant in a speedy trial pursuant to 18 U.S.C. §

4    3161(h)(8)(A).

5

6         **IT IS SO ORDERED.**

7

8    DATED: June     , 2012                    _____

                                              EDWARD J. GARCIA
9                                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28