1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2748



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:08-CR-376 EJG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| LEONARD WILLIAMS, and JOSHUA CLYMER, | ) | |
| Defendants. | ) | |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. The two remaining defendants in this case were charged by third superseding indictment on February 23, 2012. Defendant Clymer was newly charged and the scheme was expanded to include approximately ten newly-identified mortgage transactions. Defendant Clymer's counsel was, thus, new to the case, and has required additional time to become familiar with the case.

2. By previous order of the Court, issued on July 16, 2012,

this matter was set for status conference on September 28, 2012, and time was excluded under the Speedy Trial Act for defense preparation.

3. The government has provided approximately 13,500 pages of discovery to defense counsel in searchable electronic format and with a discovery index. This discovery consists of loan records, escrow records, banking records for entities and individuals, and IRS/FBI-related materials, such as witness interview summaries and related evidence. Discovery has been available for inspection and copying, but in the interest of lessening the burden on the defense and facilitating movement of the case, the government has scanned and produced the material.

4. Because of the volume of materials and the complexity of the mortgage transactions at issue, counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions, to prepare pretrial motions, and to otherwise prepare for trial.

5. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. Therefore, it is requested that the status conference

2

1  presently set for **September 28, 2012** be continued to **November 2,**
2  **2012** at 10:00 a.m.  At that date, the parties expect to be in a
3  better position to set a trial date and briefing schedule.
4
5       8.   Based on the above-stated facts, the parties stipulate and
6  agree that the ends of justice served by continuing the case as
7  requested outweigh the interest of the public and the defendant in a
8  trial within the original date prescribed by the Speedy Trial Act.
9  The time between September 28, 2012 and November 2, 2012, inclusive,
10 should be excluded from the Speedy Trial Act under 18 U.S.C. §
11 3161(h)(7)(B)(iv)(Local T-4) for defense preparation.
12
13      9.   Nothing in this stipulation and order shall preclude a
14 finding that other provisions of the Speedy Trial Act dictate that
15 additional time periods are excludable from the period
16 within which a trial must commence.
17 IT IS SO STIPULATED.
18 DATED: September 12, 2012        BENJAMIN B. WAGNER
19                                   United States Attorney
20
                                  By: /s/ Russell L. Carlberg
21                                   RUSSELL L. CARLBERG
                                     Assistant U.S. Attorney
22
                                     /s/
23                                   JOSEPH WISEMAN*
24                                   Attorney for LEONARD WILLIAMS
25
                                     /s/
26                                   CHRIS COSCA*
                                     Attorney for JOSHUA CLYMER
27
28 *Signed with permission granted via email

[~~PROPOSED~~] ORDER

For the reasons stated above, which the Court adopts as its findings, the Court continues the status conference currently set for September 28, 2012 to November 2, 2012 at 10:00 a.m., and excludes under the Speedy Trial Act the time period of **September 28, 2012** to **November 2, 2012,** inclusive, under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], defense preparation, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED this ____ day of September, 2012.

9/13/12

_____
HON. EDWARD J. GARCIA
UNITED STATES SENIOR DISTRICT JUDGE

4