1 | BENJAMIN B. WAGNER
United States Attorney
2 | RUSSELL L. CARLBERG
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916)554-2748

5 | Attorneys for Plaintiff
United States of America

6 |

7 |

8 |                    IN THE UNITED STATES DISTRICT COURT

9 |               FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,        )   Case No. 08-cr-376-EJG
                                    )
12 |           Plaintiff,           )   DESIGNATION OF COUNSEL
                                    )
13 |      v.                        )
                                    )
14 | Garret Gililland, III, et al., )
                                    )
15 |           Defendants.          )
                                    )
16 |

17 |      The United States of America requests that Assistant U.S.

18 | Attorney Russell L. Carlberg be removed and Assistant U.S.

19 | Attorney Christopher Hales be added as lead counsel of record.

20 | The government requests that the Clerk remove the name of

21 | Assistant U.S. Attorney Russell L. Carlberg from the service list

22 | for this action.

23 | DATED: 9/24/2012              Respectfully submitted,

24 |                              BENJAMIN B. WAGNER
                                 United States Attorney
25 |

26 |                          By:  /s/ Russell L. Carlberg
                                 RUSSELL L. CARLBERG
27 |                             Assistant U.S. Attorney

28 |

1