1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER S. HALES
   S. ROBERT TICE-RASKIN
3  Assistant U.S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   2:08-CR-00376-EJG
                                    )
12           Plaintiff,             )   APPLICATION FOR FINAL
                                    )   ORDER OF FORFEITURE
13      v.                          )
                                    )
14 GARRET GRIFFITH GILILLAND III,   )
                                    )
15           Defendant.             )
   _____)

16

17      Plaintiff United States of America, by and through its counsel,

18 respectfully applies for entry of a Final Order of Forfeiture in the

19 above-captioned case, and in support thereof represents to the Court

20 the following facts:

21      1.   The United States hereby incorporates by reference, as

22 though fully set forth herein, all of its averments contained in its

23 Stipulation and Application for Preliminary Order of Forfeiture and

24 Publication Thereof filed on October 24, 2011.

25      2.   On October 26, 2011, the Court entered a Preliminary Order

26 of Forfeiture, forfeiting to the United States all right, title, and

27 interest of defendant  Garret Griffith Gililland, III in the

28
                              1

following property:

      (a)   Approximately $28,900 in U.S. Currency,
      (b)   Approximately $20,000 in U.S. Currency,
      (c)   2003 West Coast Chopper Motorcycle,
            Vin#1W9SJ25073P279147, and
      (d)   Breitling wristwatch.

3.    Pursuant to 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-listed forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

4.    Beginning on October 27, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.  A Declaration of Publication was filed on December 6, 2011.

5.    No third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

WHEREFORE, the United States moves this Court for a Final Order of Forfeiture, as follows:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(1), and 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(p), to be disposed of according to law, including all right, title, and interest of Garret Griffith

Application for Final
Order of Forfeiture

1  Gililland, III.

2      2.  All right, title, and interest in the above-listed property

3  shall vest solely in the name of the United States of America.

4      3.  The U. S. Marshals Service shall maintain custody of and

5  control over the subject property until it is disposed of according

6  to law.

7  Dated: 11/16/12          BENJAMIN B. WAGNER
                            United States Attorney
8

9                      By: /s/ Christopher S. Hales
                           CHRISTOPHER S. HALES
10                         Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application for Final
Order of Forfeiture