# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

USA                                                    CASE:  **2:08–CR–00376–WBS–GGH**

              vs.

**GARRET GRIFFITH GILILLAND III , ET**          **ORDER OF REASSIGNMENT**
**AL.**

_____  /

      The court, having received the notice of full retirement of **Senior Judge**

**Edward J. Garcia** finds the necessity for reassignment of the above captioned case, and

for notice to be given to the affected parties.

      IT IS THEREFORE ORDERED that:

      The above captioned case shall be and is hereby **REASSIGNED** from

**Senior Judge Edward J. Garcia** to **Senior Judge William B. Shubb** for all

further proceedings.  The new case number for this action, which must be used on all documents

filed with the court, is:                **2:08–CR–00376–WBS–GGH**

      All dates currently set in this reassigned action shall remain effective subject to further

order of the court.

      DATED:   November 30, 2012

_____

**MORRISON C. ENGLAND, JR.**, CHIEF
U.S. DISTRICT COURT JUDGE