**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95618
  Telephone:   530.759.0700
  Facsimile:   530.759.0800

**Attorney for Defendant**
**LEONARD WILLIAMS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>LEONARD WILLIAMS, et. al.<br><br>        Defendants. | Case No. CR S 08—376 WBS<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**<br><br>Date:  February 11, 2013<br>Time:  9:30 a.m.<br>Ctrm:  Hon. William B. Shubb |

TO:   BENJAMIN B. WAGNER, UNITED STATES ATTORNEY, and CHRISTOPHER S. HALES, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE THAT on February 11, 2013, at 9:30 a.m., or as soon as the matter can be heard, Joseph J. Wiseman will move, and hereby does move, to withdraw as court-appointed counsel of record for defendant LEONARD WILLIAMS ("Williams") in the above captioned case.

Undersigned counsel brings this motion pursuant to Defendant Williams' request, and is based on the fact there is an extensive, irreconcilable conflict within the attorney-client relationship. *See United States v. Mendez-Sanchez*, 563 F.3d 935, 942 (9th Cir. 2009). This conflict has led to "a significant breakdown in communication between the undersigned and Defendant Williams that has substantially interfered with

the attorney-client relationship." *Id*. In addition, the breakdown has compromised counsel's ability to provide Defendant Williams with adequate counsel in this case as required by the Sixth Amendment.

In bringing this motion, the undersigned counsel relies on this Notice of Motion, the record in this case, and all evidence to be adduced at the *in camera* hearing of this matter.

Dated:  January 28, 2013          Respectfully submitted,

                                  JOSEPH J. WISEMAN, P.C.


                                  By: ___/s/  Joseph J. Wiseman___
                                      JOSEPH J. WISEMAN
                                      Attorney for Defendant
                                      LEONARD WILLIAMS