# Memorandum



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| Attorney of Record<br>United States v. Garret Griffith Gililland, et al.<br>08-cr-376-WBS | June 11, 2013 |

| To | From |
|---|---|
| Docketing Clerk<br>U.S. District Court | S. Robert Tice-Raskin<br>Assistant U.S. Attorney |

Please remove U.S. Attorney S. Robert Tice-Raskin as attorney of record on this case.

Thank you for your assistance in this matter.