**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**LEONARD WILLIAMS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br><br>LEONARD WILLIAMS, et. al.<br><br>            Defendants. | Case No. CR S 08—376 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL CONFIRMATION HEARING**<br><br>Date:   June 30, 2014<br>Time:   9:30 a.m.<br>Judge: Honorable William B. Shubb |

   The United States of America, by and through Assistant U.S. Attorney Christopher S. Hales, Defendant Leonard Williams, by and through counsel Joseph J. Wiseman, and Defendant Joshua Clymer, by and through counsel Chris Cosca, hereby stipulate that the Trial Confirmation Hearing set for **Monday, June 9, 2014 at 9:30 a.m.**, be continued to Monday, **June 30, 2014 at 9:30 a.m.** before United States District Judge William B. Shubb.

   The parties are entering into this Stipulation because the defense counsel Joseph J. Wiseman has been ordered to appear for oral argument at the Ninth Circuit Court of Appeals in San Francisco on June 9, 2014 and is therefore not available to be in U.S. Eastern District Court on that day.  The parties have verified with the courtroom deputy that the requested new date of June 30, 2014 is available for the Court.

Additionally, the parties stipulate that the Trial briefs, Jury instructions, Proposed Voir Dire, and Witness lists shall be due to the Court on or before June 30, 2014.

Time was previously excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv); Local Code T2 and Local Code T4, through the date of trial of July 8, 2014.

**IT IS SO STIPULATED.**

DATED: April 21, 2014         BENJAMIN B. WAGNER
                              United States Attorney

                              By: /s/ Christopher S. Hales
                                  CHRISTOPHER S. HALES
                                  Assistant U.S. Attorney

DATED: April 21, 2014         WISEMAN LAW GROUP, P.C.

                              By:    /s/  Joseph J. Wiseman
                                  JOSEPH J. WISEMAN
                                  Attorney for Defendant
                                  LEONARD WILLIAMS

DATED: April 21, 2014         BY: /s/    Christopher Cosca
                                  CHRISTOHPER R. COSCA
                                  Attorney for Defendant
                                  JOSHUA CLYMER

### ORDER

GOOD CAUSE APPEARING, and based upon the above stipulation, IT IS HEREBY ORDERED that the Trial Confirmation Hearing now scheduled for **Monday, June 9, 2014 at 9:30 a.m**., be continued to Monday, **June 30, 2014 at 9:30 a.m**. before United States District Judge William B. Shubb. Additionally, Trial briefs, Jury instructions, Proposed Voir Dire, and Witness lists shall be due to the Court on or before June 30, 2014.

**IT IS SO ORDERED.**

Dated:  April 24, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE