# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | Association of Counsel<br>US v Gililland et al.<br>2:08-cr-00376-WBS-GGH | *Date:* | **June 2, 2014** |
| *To:* | **Docketing Clerk**<br>**U.S. District Court** | *From:* | **Audrey B. Hemesath, AUSA**<br>**United States Attorney's Office**<br>**Eastern District of California**<br>**501 I Street, Suite 10-100**<br>**Sacramento, California 95814**<br>**Telephone: (916) 554-2700** |

    Assistant U.S. Attorney Audrey Hemesath is an attorney associated with the above-referenced case and needs to be added to the docket as well as noticed for the Plaintiff.

    Thank you for your assistance in this matter.