BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-376 WBS |
|---|---|
| Plaintiff, | STIPULATED NOTICE OF TAKING OF WITNESS DEPOSITION PURSUANT TO RULE 15 AND [PROPOSED] ORDER |
| v. | |
| LEONARD WILLIAMS, | |
| Defendants. | |

**STIPULATION**

Pursuant to Rule 15 of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its counsel of record, and defendant Leonard Williams, by and through his counsel of record, hereby stipulate as follows:

1. The government wishes to call witness Terrance Murrell at the trial commencing on July 8, 2014, and previously issued a witness subpoena to him.

2. Mr. Murrell is currently in New York, New York caring for his wife, who is receiving treatment for cancer, including chemotherapy.

3. Mr. Murrell was originally expected to return to the Sacramento area in mid or late June 2014. This week Mr. Murrell informed counsel for the government that he cannot return to the Sacramento area prior for the July 8, 2014 trial date, because his wife requires further treatment in New York than originally expected. Mr. Murrell has stated to government

1

counsel that he cannot attend the trial because he has no one else to care for his ill wife. The only real candidates to do so would be Mr. Murrell's father, who is 93 and incapable of caring for Mr. Murrell's wife, or Mr. Murrell's brother, who is blind and likewise cannot fill in.

4. The government and the defendant stipulate that the above facts constitute "exceptional circumstances" pursuant to Rule 15(a)(1) of the Federal Rules of Criminal Procedure, and that the taking of Mr. Murrell's deposition in New York for purposes of use at trial in this matter would be "in the interests of justice." Fed. R. Crim. Pro. 15(a)(1). The parties request that the Court grant this motion to take Mr. Murrell's deposition.

5. The parties have conferred and agreed upon a deposition date of June 20, 2014, at the United States Attorney's Office for the Southern District of New York, exact room location pending confirmation of reservations that are in progress now, and exact time pending the treatment schedule for Mr. Murrell's wife. The government will provide further detailed notice to the defense pursuant to Rule 15(b)(1) when finalized.

6. Pursuant to Federal Rule of Criminal Procedure 15(d), "if the defendant is unable to bear the deposition expenses, the court must order the government to pay: (1) any reasonable travel and subsistence expenses of the defendant and the defendant's attorney to attend the deposition; and (2) the costs of the deposition transcript." Defendant Williams has appointed counsel in this matter. Defendant Williams has indicated to the government, through counsel, that he wishes to attend the deposition. The parties are already in communication about coordination of the travel and expenses.

7. The parties stipulate and agree that pursuant to Rule 15(f) "[a]n order authorizing a deposition to be taken under this rule does not determine its admissibility. A party may use all or part of a deposition as provided by the Federal Rules of Evidence."

///

///

///

///

8. The parties therefore stipulate and jointly request that the Court grant the motion to take Mr. Murrell's deposition, and order the government to pay the expenses of the defendant and defense counsel to attend the deposition, as specified in Federal Rule of Criminal Procedure 15(d).

IT IS SO STIPULATED.

DATED: June 6, 2014.

/s/ Christopher S. Hales
CHRISTOPHER S. HALES
AUDREY B. HEMESATH
Assistant United States Attorneys

/s/ Joseph Wiseman *
JOSEPH WISEMAN
Counsel for Defendant LEONARD WILLIAMS

* Signed with permission granted via email

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: June 9, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE