BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>            Plaintiff, <br><br> v. <br><br> LEONARD WILLIAMS, <br><br>            Defendants. | CASE NO.  2:08-CR-376 WBS <br><br> NOTICE RE: TAKING OF WITNESS DEPOSITION PURSUANT TO RULE 15 |

The Court previously granted the parties' joint stipulation to the deposition of Terrance Murrell pursuant to Rule 15 of the Federal Rules of Criminal Procedure.  ECF No. 514 & 515. Because the parties cannot agree as to the admissibility of that deposition pursuant to Federal Rule of Evidence 804, the United States now advises that it will not be proceeding with the deposition.

DATED: June 17, 2014

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
CHRISTOPHER S. HALES
Assistant United States Attorneys

1