BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-376 WBS |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO AMEND THIRD SUPERSEDING INDICTMENT TO CORRECT TYPOGRAPHICAL ERROR |
| v. | |
| LEONARD WILLIAMS, | |
| Defendants. | |

The United States of America submits this motion to correct a typographical error on page 5 of the Third Superseding Indictment. ECF No. 300, pg. 5. In the box at the top of the page, the address on Linday Way is listed as 115416. The correct street number is 11516 Linday Way. "Amendment of the indictment to fix typographical errors is appropriate as long as the error does not mislead the defendant." *United States v. Neill*, 166 F.3d 943, 947 (9th Cir. 1999).

Respectfully submitted,

DATED: June 19, 2014

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
CHRISTOPHER S. HALES
Assistant United States Attorneys

1

**O R D E R**

Defense counsel having informed the clerk that defendant has no objection to the proposed amendment to the Indictment, and it appearing that the amendment merely corrects a typographical error and does not mislead the defendant, IT IS SO ORDERED.

Dated: June 24, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE