JOSEPH J. WISEMAN, ESQ., CSBN 107403
WISEMAN LAW GROUP, P. C.
  1477 Drew Avenue, Suite 106
  Davis, California 95618
  Telephone:  530.759.0700
  Facsimile:   530.759.0800

**Attorney for Defendant**
LEONARD WILLIAMS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LEONARD WILLIAMS,<br><br>    Defendant. | No.:  CR-S 08-0376 WBS<br><br>**DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS**<br><br>Trial Date: July 8, 2014<br>Time:  9:00 a.m.<br>Ctrm: Hon. William B. Shubb |

      Pursuant to Local Rule 162.1, Defendant, LEONARD WILLIAMS ("Williams"), by and through undersigned counsel, respectfully requests that the following questions be asked in addition to the Court's normal questions to the jury panel in *voir dire* of prospective jurors in this case:

### I. PRIOR JURY SERVICE

1. Have you ever served as a juror in a criminal or civil case?

    a. Was it a civil or criminal case?

    b. Did you reach a verdict?

    c. If it was civil, are you aware that there are different standards of proof for a civil case than a criminal case? In a civil case, the jurors are asked to

compare the plaintiff's evidence with the defendant's evidence and determine which party has provided the more convincing evidence. This is known as the "preponderance of the evidence" standard of proof. Do you understand that this is not what you will be asked to do in this case because it is a criminal case?

## II. BURDEN OF PROOF

1. Do you understand that the defendant in this case is presumed to be innocent of any crime and does not have to produce evidence at any time? Do you have any reservations about this presumption?

2. Under the American justice system, the defendant is innocent unless proven guilty. Some people believe it should be the other way around and that the defendant should prove he is innocent. What are your feelings about that?

3. Some believe that the Government would not charge innocent people with crimes. Do you feel this way?

4. Do you understand that the Indictment in this case is merely an allegation and is not proof of guilt? Does the mere fact that charges have been brought against the defendant present a problem to you? If so, what problem does it present?

5. The prosecution is required to prove the defendant guilty beyond a reasonable doubt. Do you understand that this is a higher and different standard of proof from the standard used in a civil case? Do you have a problem with that?

6. Do you understand that the defendant is under no obligation to testify or personally explain his side of the case? Does that present a problem for you? If so, explain.

7. It is your obligation to hear all of the evidence in this case before you deliberate. Can you sincerely promise to withhold making a decision until all of the evidence is presented?

8. In order to convict a defendant of any criminal offense charged, all 12 jurors must render a unanimous decision. Do you agree with that rule? Can you abide by that rule?

9. Each juror is entitled to vote their own individual conscience during deliberations. After deliberations, if you are part of a minority position, or you are the minority position, can you stand for your beliefs and continue to vote your conscience and not be persuaded by the sheer number of jurors who hold the opposite view?

10. The defendant is entitled to have each of the counts against him evaluated by you separately. Are you willing to base your deliberations solely on the evidence presented at trial as it relates to each particular count?

### III. WITNESSES

1. Have you participated in a trial or court proceeding as a witness? If so, please explain.

    a. You will be asked to examine the credibility of witnesses in this trial. Will your experience as a witness affect your examination in any way? If so, please explain.

2. Some of the witnesses in this case may be law enforcement agents. Do you have any friends or relatives who are employed in law enforcement? Who is that person? How are they employed? What is your relation to them?

    a. Could your relationship with your friend or relative cause you to evaluate law enforcement witnesses in this case differently from non-law enforcement witnesses? Please explain.

3. Some of the witnesses in this case may be employed by the federal government? Do you have any friends or relatives who are employed by the federal government? Who is that person? How are they employed? What is your relation to them?

    a. Could your relationship with your friend or relative cause you to evaluate federal government employee witnesses differently than non-governmental witnesses? Please explain.

4. Would you give more credit or weight to the testimony of persons

employed by the federal government, either as law enforcement agents or otherwise employed than to that of non-government employees? If yes, please explain.

    5. Is there anything that would cause you to believe prosecution or defense witnesses over the other simply based on the fact that they are called as a witness by the prosecution or defense side. If yes, please explain.

## IV. GENERAL TRIAL QUESTIONS

    1. It is anticipated that this trial will last approximately two weeks. Would this create any concerns or hardships for you? If yes, please explain.

    2. When the trial is in session, you will be required to sit in the jury box for somewhat lengthy periods of time. Do you have any physical condition that would make this difficult? If yes, please explain.

    3. There has been a considerable amount of publicity in recent years concerning various other criminal trials. Do you hold a strong opinion about prosecutors, criminal defense attorneys, or lawyers in general as a result of these other cases? Would your opinions influence your ability to be fair to both sides in this case? If yes, please explain.

    4. Could your opinion about the actions of lawyers in other cases affect your sitting as a juror in this case? If yes, please explain.

    5. Have you or any member of your family ever had a negative experience with a prosecutor or defense attorney?

        a. If yes, could that experience cause you to be biased against either side in this case? Please explain.

    6. Have you or anyone close to you been the victim of a crime? If yes, please explain the circumstances – at sidebar, at the juror's option. Is there anything about that experience which would cause you to question at all whether you could be impartial in this case? Please explain.

    7. Have you or anyone close to you been charged with a crime? If yes, please explain the circumstances – at sidebar, at the juror's option. Is there anything about

Defendant's Proposed Voir Dire Questions                  CR-S 08-0376-WBS

that experience which would cause you to question at all whether you could be impartial in this case? Please explain.

## V. SPECIFIC TRIAL QUESTIONS

1. Do you have any specialized knowledge, training, or job experience in investing in real estate? If yes, please explain.

2. Does any member of your family have any specialized knowledge, training, or job experience in the field of property investing? If yes, please explain.

3. Do any of your friends or associates have any specialized knowledge, training, or job experience in the field of property investments? If yes, please explain.

4. Have you ever purchased real estate as your primary residence?
    a. If so, did you use a broker? If yes, please explain.

5. Have you ever purchased real estate as an investment?
    a. If so, did you use a broker? If yes, please explain.

6. Have you lost money in real estate investments before?

7. Did you apply for a mortgage loan between 2005 and 2008?

8. If so, were you approved for the mortgage loan?

9. Did you read all of the documents before you signed them?

10. Do you have any belief about who is responsible for financial crisis of 2008?

11. If so, who do you thinks is responsible for it?

DATED: June 24, 2014                     Respectfully submitted,

                                         WISEMAN LAW GROUP, P.C.


                                         By:  ____/s/ Joseph J. Wiseman_____
                                              JOSEPH J. WISEMAN

                                         Attorney for Defendant
                                         LEONARD WILLIAMS

---

Defendant's Proposed Voir Dire Questions                              CR-S 08-0376-WBS