BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:08-CR-376 WBS |
|---|---|
| Plaintiff, | UNITED STATES' OPPOSITION TO MOTION IN LIMINE REGARDING SUMMARY CHARTS |
| v. | |
| LEONARD WILLIAMS, | |
| Defendants. | |

Defendant Williams has moved to exclude the government's summary charts from being admitted as evidence under Fed. R. Evid. 1006.  ECF No. 525.  Williams asserts that the government's charts are pedagogical devices that can only be used as demonstrative aids, rather than summaries of voluminous evidence under Rule 1006.

The government respectfully requests that the Court defer ruling on this issue until the government has had an opportunity to finalize its charts and present them for the Court's review. The government does not intend to introduce the charts as exhibits, if at all, until the end of the trial through the testimony of Special Agent Andrew Harrison.  The government will produce to the defense and to the Court finalized versions of the proposed charts as soon as possible, with adequate lead time for the examination of the charts and consideration of the issue raised in Williams' motion in limine.  The government's preliminary position is that the charts are summaries of voluminous evidence – i.e., the loan and escrow files – and are properly admitted under Fed. R. Evid. 1006.

1

                                              Respectfully submitted,

DATED: June 26, 2014

                                              /s/ Audrey B. Hemesath
                                              AUDREY B. HEMESATH
                                              CHRISTOPHER S. HALES
                                              Assistant United States Attorneys