BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>v.<br><br>LEONARD WILLIAMS,<br><br>                             Defendants. | CASE NO.  2:08-CR-376 WBS<br><br>UNITED STATES' NON-OPPOSITION TO MOTION IN LIMINE REGARDING PLEA AGREEMENTS |
|---|---|

Defendant Williams has moved for an order that the government be prohibited from referencing any of the truthfulness portions of witnesses' plea agreements, unless and until the witnesses' credibility has been attacked.  ECF No. 523.  The government does not oppose this motion in limine, and represents that it will follow the law of the circuit regarding the truthful testimony portion of plea agreements; no special court order is necessary.

                                                            Respectfully submitted,

DATED:  June 26, 2014

                                                            /s/ Audrey B. Hemesath          
                                                            AUDREY B. HEMESATH
                                                            CHRISTOPHER S. HALES
                                                            Assistant United States Attorneys

1