BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER HALES
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CRS-08-0376-WBS |
| Plaintiff, | GOVERNMENT'S WITNESS LIST |
| v. | DATE: July 8, 2014 |
| LEONARD WILLIAMS, | TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

The United States submits the following list of witness it may call in its case-in-chief:

1. Andrew Harrison
2. Anthony Petri
3. Anthony Symmes
4. Arthur Watson
5. Brett Helstrom
6. Colleen Brown
7. Donna Allred
8. Janice Vawter
9. Jeffrey Jackson
10. Jessica Sawyer
11. Joshua Clymer

12. Joshua Frye

13. Juan Reynaga

14. Judy Taylor

15. Keli Updegraff

16. Kevin Walsh

17. Lacie Clymer

18. Mark Roberts

19. Mark Zarate

20. Matthew Catalano

21. Melissa Maclay

22. Nancy Crum

23. Stacy Frierson

24. Terrance Murrell

25. Tom Pool

26. William Miller

The United States requests leave of the Court to call additional witnesses as may become appropriate or necessary during the course of the trial.

Dated:  June 30, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ CHRISTOPHER HALES
CHRISTOPHER HALES
AUDREY B. HEMESATH
Assistant United States Attorneys