IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LEONARD WILLIAMS,<br><br>　　　　　　　Defendant. | CASE NO.  CRS-08-0376-WBS<br><br>VERDICT FORM |

　　WE, THE JURY, FIND THE DEFENDANT, LEONARD WILLIAMS, AS FOLLOWS:

AS TO COUNT 1 OF THE INDICTMENT:

<u>GUILTY</u>　　　<u>NOT GUILTY</u>

　　　　　　　　　　　　　　　Conspiracy to Commit Mail Fraud and Wire Fraud in violation
_____　_____    of Title 18, United States Code, Section 1349

AS TO COUNT 2 OF THE INDICTMENT:

<u>GUILTY</u>　　　<u>NOT GUILTY</u>

　　　　　　　　　　　　　　　Money Laundering in violation of Title 18, United States Code,
_____　_____    Section 1957

AS TO COUNT 3 OF THE INDICTMENT:

<u>GUILTY</u>　　　<u>NOT GUILTY</u>

　　　　　　　　　　　　　　　Money Laundering in violation of Title 18, United States Code,
_____　_____    Section 1957

_____　　　　　　　　　　_____
DATED　　　　　　　　　　　　　　　　　　　　FOREPERSON