BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER HALES
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CRS-08-0376-WBS |
|---|---|
| Plaintiff, | GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS |
| v. | |
| LEONARD WILLIAMS, | DATE: July 8, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

The United States of America, by and through its undersigned counsel, hereby respectfully requests that the following questions be asked in Voir Dire of prospective jurors in this case.

1. Have you ever served as a juror before?
    a. If yes, were you a juror in a state of federal court?
    b. What type of case was it?
    c. Did you reach a verdict?
    d. Any prior bad experience, such that you could not give a fair and impartial trial to both sides?
2. Do you have any personal, moral, or religious concerns about sitting as a juror in this case?
3. Have you, any member of your family, or any close friend ever been employed by a law enforcement agency (either as an officer or as a non-officer employee), including military law enforcement?

4. Have you, any member of your family, or any close friend ever been employed in the field of real estate (either as a real estate agent, appraiser, escrow officer, mortgage broker, or lender representative)?

5. Have you, any member of your family, or any close friend ever worked for a financial institution that made home loans, such as a bank or credit union?

6. Have you had a particularly good or bad experience in the past with a mortgage broker, lender representative, or escrow officer that may impact your ability to evaluate the testimony of someone so employed?

7. Have you, a member of your family, or any close friend ever gone through a foreclosure proceeding or a short sale of a home?

8. Do you have any special training or expertise in the areas of either law enforcement or real estate?

9. Have you, any member of your family, or any close friend been arrested for a crime or been a defendant in a criminal case?

10. Have you ever been a witness in a trial before?  Is there anything about that experience which may impact your ability to be fair and impartial in this case?

11. Have you had a particularly good or bad experience in the past with any law enforcement officer that may impact your ability to evaluate the testimony of a law enforcement officer?

12. This case may require that you make a determination as to a person's state of mind based on evidence of that person's conduct.  Is there any reason why you feel that you cannot or should not do that?

13. If the government proves the defendant guilty beyond a reasonable doubt, would you hesitate to sign a verdict of guilty?

14. Do you have any religious or moral objection to sitting in judgment of another's conduct in a court of law?

15. Does any member of the jury feel that you would be unable to convict someone of a crime?

16. The government has the burden of proving the defendant guilty beyond a reasonable doubt. Is there any member of the perspective jury panel who feels that the government must prove

its case beyond all doubt, or to an absolute certainty, as opposed to beyond a reasonable doubt?

17. Does anyone have any difficulty with the rule of law that a person charged with a crime is presumed innocent and need not present evidence?

18. The judge will instruct the jury on the law at the close of the case.  Would you have any difficulty applying the law as it is given to you by the judge, even if you do not agree with it?

19. Both the United States and the defendants are entitled to a fair and impartial trial.  Do you know of any reason why you could not be fair to both sides in this case?

20. Is there any reason why you would not be able to give your full attention to this case?

21. Is there any reason why you might not wish to sit as a juror in this case which the attorneys and the Court should know about?

Respectfully submitted,

Dated:  June 30, 2014

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ CHRISTOPHER HALES
CHRISTOPHER HALES
AUDREY B. HEMESATH
Assistant United States Attorneys

GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS        3