**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, JUDGE**

**CRIMINAL TRIAL MINUTES**

---

| | |
|---|---|
| UNITED STATES OF AMERICA | Time in Court:   **5:25** |
| vs | CASE #:  CR-S-08-376-06 WBS |
|  | DATE:    7/9/2014 |
| **LEONARD WILLIAMS** | Courtroom Deputy: Karen Kirksey Smith |
|  | Court Reporter:    Kelly O'Halloran |

**Appearance(s) for Government:**

Christopher Hales
Audrey Hemesath

**Appearance(s) for Defendant(s):**

Counsel: Joseph Wiseman, Appointed
             Jennifer Noble, Co-Counsel

Deft:  Present/Out of Custody

---

### JURY TRIAL (DAY 2):

| Time | Event |
|---|---|
| 9:00 a.m. | Trial resumes. Jury returns. Government counsel makes opening statement. |
| 9:30 a.m | Defense counsel makes opening statement. |
| 9:45 a.m. | Witness **Kevin Walsh** called and sworn to testify by Government. [Exhibits Identified/and/or Admitted: 201, 211, 202, 206, 203, 204, 207.] |
| 10:30 a.m. | Court recessed. |
| 10:40 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re admonishments. |
| 10:42 a.m. | Jury returns. Witness resumes on direct by Government. [Exhibits Identified/and/or Admitted: 208, 209A, 213, 214, 215, 216, 220 .] |
| 11:30 a.m. | Witness on cross-examination by Defendant. [Exhibits Identified/and/or Admitted: 201.] |
| 11:45 a.m. | Court recessed. |
| 1:15 p.m. | Trial resumes. Jury returns. Witness resumes on direct by Government. [Exhibits Identified/and/or Admitted: A, 202, 203, 204.] |
| 1:59 p.m. | Witness on re-direct by Government. |
| 2:00 p.m. | Witness on re-cross by Defendant. Witness excused. |
| 2:01 p.m. | Witness **Jeffrey Jackson** called and sworn to testify by Government. [Exhibits Identified/and/or Admitted: 230, 209A, 311.] Witness excused. |
| 2:19 p.m. | Witness **Arthur Watson** called and sworn to testify by Government. [Exhibits Identified/and/or Admitted: 102.] |

1

| | |
|---|---|
| 2:42 p.m. | Jury excused.  Court confers with counsel re witness testimony and exhibits identified pursuant to 404(b). |
| 2:50 p.m. | Court recessed. |
| 3:10 p.m. | Trial resumes.  Jury returns.  Witness   resumes on direct by Government. [Exhibits Identified/and/or Admitted:  102, 101, 105, 112, 202, 201, 204, 207, 229, 226, 301, 302, 314, 305, 308, 309, 311.] |
| 4:00 p.m. | Court recessed. |
| 4:05 p.m. | Trial resumes.  Jury returns.  Witness   on cross-examination by Defendant.  [Exhibits Identified/and/or Admitted: 202.] |
| 4:30 p.m. | Court Adjourned.  Case continued to **July 11, 2014 at 9:00 a.m.** |