**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, JUDGE**

**CRIMINAL TRIAL MINUTES**

---

| | |
|---|---|
| UNITED STATES OF AMERICA | Time in Court:  __5:15__ |
| vs | CASE #:  CR-S-08-376-06 WBS |
| | DATE:  __7/11/2014__ |
| **LEONARD WILLIAMS** | Courtroom Deputy: Karen Kirksey Smith |
| | Court Reporter:  __Kelly O'Halloran__ |

| **Appearance(s) for Government:** | **Appearance(s) for Defendant(s):** |
|---|---|
| Christopher Hales | Counsel: Joseph Wiseman, Appointed |
| Audrey Hemesath | Jennifer Noble, Co-Counsel |
| | Deft: Present/Out of Custody |

---

### JURY TRIAL (DAY 3):

| | |
|---|---|
| 9:00 a.m. | Trial resumes. Jury returns. Witness **Arthur Watson** present. Defense counsel informs the Court that he has no further questions of Mr. Watson. Government has no redirect. Witness is excused. |
| 9:03 a.m. | Witness **Anthony G. Symmes** called and sworn to testify by Government. [Exhibits Identified/and/or Admitted: 200, 201, 214, 223, 300, 302, 317, 319, 326a.] |
| 9:40 a.m. | Witness on cross-examination by Defendant. Witness excused. |
| 9:48 a.m. | Witness **Jessica Marie Sawyer** called and sworn to testify by Government. [Exhibits Identified/and/or Admitted: 210a, 307.] |
| 10:05 a.m. | Witness on cross-examination by Defendant. |
| 10:12 a.m. | Witness on re-direct by Government. Witness excused. |
| 10:15 a.m. | Court recessed. |
| 10:30 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re witness testimony and 404(b) Rules of Evidence. |
| 10:41 a.m. | Jury returns. Witness **Terrance Raphael Murrell** called and sworn to testify by Government. [Exhibits Identified/and/or Admitted: 61, 6, 8a.] |
| 11:06 a.m. | Witness on cross-examination by Defendant. Witness excused. |
| 11:09 a.m. | Witness **Joshua August Frye** called and sworn to testify by Government. [Exhibits Identified/and/or Admitted: 434, 401, 402, 435, 403, 437, 413, 417, 427, 428, 429, 431.] |

1

| | |
|---|---|
| 11:53 a.m. | Jury excused.  Court confers with counsel re exclusion of witness testimony. |
| 11:55 a.m. | Court recessed. |
| 1:30 p.m. | Trial resumes.  Jury returns.  Witness on cross-examination by Defendant.  [Exhibits Identified/and/or Admitted: 401, 402.] |
| 2:02 p.m. | Witness on re-direct by Government.  Witness excused. |
| 2:09 p.m. | Witness **Keli Updegraff** called and sworn to testify by Government.  [Exhibits Identified/and/or Admitted: 401, 402, 410, 404, 405, 433, 407, 408, 409, 413, 415, 436, 417.] |
| 2:55 p.m. | Court recessed. |
| 3:10 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re juror matter. |
| 3:12 a.m. | Jury returns. Witness resumes on direct by Government.  [Exhibits Identified/and/or Admitted: 601, 611, 602, 613, 603, 606, 608, 612, 615, 604.] |
| 3:27 p.m. | Witness on cross-examination by Defendant.  [Exhibits Identified/and/or Admitted:  407 .]  Witness excused. |
| 3:59 p.m. | Witness **Lacie Blue Clymer** called and sworn to testify by Government. [Exhibits Identified/and/or Admitted: 607,  601, 602, 606, 620.] Witness excused. |
| 4:15 p.m. | Court confers with jury re trial scheduling.  Jury excused and ordered to return on 7/22/2014 at 9:00 a.m. |
| 4:20 p.m. | Court Adjourned.  Case continued to **July 22, 2014 at 9:00 a.m.** |