**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone:  530.759.0700**
  **Facsimile:   530.759.0800**

**Attorney for Defendant**
LEONARD WILLIAMS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.:  CR-S 08-0376 WBS |
| Plaintiff, | ) |
| vs. | ) **DEFENDANT'S WITNESS LIST** |
| LEONARD WILLIAMS, | ) Trial Date: July 8, 2014 |
| Defendant. | ) Time:  9:00 a.m. |
| | ) Ctrm: Hon. William B. Shubb |

Defendant, LEONARD WILLIAMS, by and through undersigned counsel Joseph J. Wiseman, submits the following list of potential defense witnesses.

1. Janice Vawter
2. Lauri Isle
3. Melissa MaClay
4. Wendy Clymer
5. Joshua Clymer

Defendant requests leave of the Court to call additional witnesses as may become appropriate or necessary during the course of the trial.

DATED: July 17, 2014                    Respectfully submitted,

                    WISEMAN LAW GROUP, P.C.

                    By: _____/s/ Joseph J. Wiseman_____
                         JOSEPH J. WISEMAN
                         Attorney for Defendant
                         LEONARD WILLIAMS