## MEMORANDUM

JOSEPH J. WISEMAN, ESQ., CSBN 107403
WISEMAN LAW GROUP, P.C.
  1477 Drew Avenue, Suite 106
  Davis, California 95618
  Telephone:  530.759.0700
  Facsimile:   530.759.0800

_____

                                                                                          DATE:   July 17, 2014

RE:    U.S. v. Williams
        CR S   08-0376 WBS

_____

To: Courtroom Deputy to the Hon. William B. Shubb:

     Defendant, LEONARD WILLIAMS, requests the above-noted case be placed on calendar, Monday, July 21, 2014, for status of counsel. Defendant further requests this matter be heard by the Court in closed session.