BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER HALES
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CRS-08-0376-WBS |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST [SECOND AMENDED] |
| v. | DATE: July 8, 2014 |
| LEONARD WILLIAMS, | TIME: 9:00 a.m. |
| Defendants. | COURT: Hon. William B. Shubb |

The United States intends to present some or all of the following exhibits in its case-in-chief:

| EX. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| **0 Series** | | | | |
| **Diamond Hill Financial ("DHF")** | | | | |
| 1 | DHF, Inc. Corporate Documents | GGG 74622-GGG 74625 | | |
| 2 | DHF Statement of Information | 9609 | | |
| 3 | DHF Bylaws | 9575-9584 | | |
| 4 | DHF Resolution for Blanket Authority to Sell Assets | 9585 | | |
| 5 | DHF Resolution to Appoint a Treasurer | 9588 | | |
| 6 | DHF Chief Financial Officer appointment documents | 9586-9587 | | |
| 7 | DHF US Bank Account signature cards for account x8373 | 10351-10352 | | |
| 8 | DHF Cash Flow Manager Line of Credit | 10353-10359 | | |

| | | | | |
|---|---|---|---|---|
| 8a | Signature page only from DHF Cash Flow Manager Line of Credit | 10359 | | |
| 9 | DHF Cash Flow Manager History Statement | 10361-10362 | | |
| 10 | DHF Checks from Line of Credit | 10371-10372 | | |
| 11 | DHF Bank Statements 5/1/07 through 12/31/07 | 10429-10476 | | |
| **Bay Area Real Estate Holdings LLC** | | | | |
| 12 | Bay Area Real Estate Holdings LLC Corporate Documents | GGG-74619-GGG 74621 | | |
| 13 | US Bank signature card for BARE account x7944 | 13 | | |
| 14 | Operating Agreement, Bay Area Real Estate Holdings LLC | 1385-1400 | | |
| **MLS Documents** | | | | |
| 15 | MLS listing - Woodforest | 9649-52 | | |
| 16 | MLS Listing - Woodforest | 15959-60 | | |
| 17 | MLS Listing – Linday Way | 9667-8, 9672-77 | | |
| 18 | MLS Listing – Linday Way | 15961-62 | | |
| 19 | MLS Listing - Baker | 9682-91 | | |
| 20 | MLS Listing - Baker | 15965-67 | | |
| 21 | MLS Listing – Trap Rock | 9702-03 | | |
| 22 | MLS Listing – Trap Rock | 15964 | | |
| **Federal Insurance – SAFE Credit Union and US Bank** | | | | |
| 23 | FDIC Insured Certificate – U.S. Bank | 16234 | | |
| 24 | NCUA Insured – SAFE Credit Union | 16235 | | |
| **CA Bureau of Real Estate (formerly CA Department of Real Estate)** | | | | |
| 25 | CA Department of Real Estate decision regarding Leonard Williams, 12/22/11 | 13726-13737 | | |
| 26 | Certified CA Bureau of Real Estate History Certification for Leonard Williams | 16252-16254 (with redactions) | | |
| **County Recorder Documents** | | | | |
| 27 | Deed of Trust – Ceanothus –to DHF 2007-0028435 | 16036 – 16041 | | |
| 28 | RIIMs record for Deed of Trust 2007-0028435 | 16043 and 16045 | | |
| 29 | Grant Deed – Ceanothus- to Arthur Watson 2007-0029172 | 16046 – 16048 | | |
| 30 | RIIMs record for Grant Deed 2007-0029172 | 16050 and 16052 | | |
| 31 | Deed of Trust – Ceanothus-to CIT 2007-0029173 | 16205 – 16212 | | |

GOVERNMENT'S SECOND AMENDED EXHIBIT LIST            2

| | | | | |
|---|---|---|---|---|
| 32 | RIIMs record for Deed of Trust 2007-0029173 | 16214 and 16216 | | |
| 33 | Notice of Default and Election to Sell Under Deed of Trust – Ceanothus 2008-0005595 | 16217 – 16219 | | |
| 34 | Notice of Trustee's Sale – Ceanothus 2008-0020369 | 16220 – 16221 | | |
| 35 | Trustee's Deed Upon Sale -  - Ceanothus 2008-0024274 | 16222 – 16223 | | |
| 36 | Grant Deed – Ceanothus- from CIT Group 2009-0001289 | 16224 – 16225 | | |
| 37 | Deed of Trust – Rockin M- to Novelle Financial-  2007-0033395 | 16053 - 16075 | | |
| 38 | RIIMs record for Deed of Trust 2007-0033395 | 16077 and 16079 | | |
| 39 | Grant Deed – Rockin M- to Arthur Watson  2007-0033394 | 16080 – 16081 | | |
| 40 | RIIMs record for Grant Deed 2007-0033394 | 16083 and 16085 | | |
| 41 | Notice of Trustee's Sale – Rockin M- 2008-0023660 | 16226 – 16227 | | |
| 42 | Trustee's Deed Upon Sale – Rockin M- 2008-0031365 | 16228 – 16230 | | |
| 43 | Grant Deed – Rockin M-from Chase 2009-0000341 | 16231 – 16233 | | |
| 44 | Grant Deed – Baker – to BARE | 16169 – 16171 | | |
| 45 | Deed of Trust – Baker –to NL Inc. | 16110 – 16126 | | |
| 46 | Notice of Default and Election to Sell Under Deed of Trust – Baker | 16172 - 16174 | | |
| 47 | Notice of Trustee's Sale – Baker | 16175 – 16176 | | |
| 48 | Trustee's Deed Upon Sale – Baker | 16177 – 16179 | | |
| 49 | Grant Deed – Baker – from Fannie Mae | 16180 - 16182 | | |
| 50 | Grant Deed – Trap Rock – to BARE | 16166 - 16168 | | |
| 51 | Deed of Trust – Trap Rock – to WaMu | 16090 – 16168 | | |
| 52 | Grant Deed – Linday – to BARE | 16183 – 16185 | | |
| 53 | Deed of Trust – Linday – to NL Inc. | 16127 – 16144 | | |
| 54 | Notice of Default and Election to Sell Under Deed of Trust – Linday | 16186 – 16188 | | |
| 55 | Notice of Trustee's Sale – Linday | 16189 – 16191 | | |
| 56 | Trustee's Deed Upon Sale – Linday | 16192 – 16194 | | |
| 57 | Grant Deed – Linday – from  Fannie Mae | 16195 – 16197 | | |
| 58 | Grant Deed – Woodforest – to BARE | 16198 – 16201 | | |

GOVERNMENT'S SECOND AMENDED EXHIBIT LIST            3

| | | | | |
|---|---|---|---|---|
| 59 | Deed of Trust – Woodforest – to Chase | 16145 – 16165 | | |
| 60 | Notice of Default and Election to Sell Under Deed of Trust-Woodforest | 16202 – 16204 | | |
| **100 Series – 964 Gidda Loop (Watson)** | | | | |
| 101 | Purchase agreement | 11591-98 | | |
| 102 | Loan application | 11616-20 | | |
| 103 | Verification of employment | 11635-37 | | |
| 104 | Bank account statement | 11638 | | |
| 105 | Occupancy statement | 11662 | | |
| 106 | Credit report | 11622-30 | | |
| 107 | Letter to Arthur Watson | 11678 | | |
| 108 | Appraisal | 11643-57 | | |
| 109 | HUD-1 | 11600-03 | | |
| 110 | Broker's Borrower Fee Affidavit | 11685 | | |
| 111 | Counter deposit for $23,015.16 by Leonard Williams, 09/05/06 and counter withdrawal from Cori Caminati, $23,015.15, 09/05/06 | 9719-9720 | | |
| 112 | Cashier's Check to Arthur Watson from Leonard Williams, $14,993 on 09/05/06 | 19 | | |
| 113 | Arthur Watson Bank of America account statement, 08/06 | GGG-074750-GGG-074752 | | |
| 114 | Deposit of $14,993 by Arthur Watson | 29 | | |
| 115 | Counter deposit for $15,179.20 by Leonard Williams, 09/07/06 with checks (check to Leonard Williams, $8355.20 from Great American Mortgage, 9/5/06 and check to Leonard Williams, $6,824.00, 9/5/06) | 9721-9723 | | |
| 116 | Rent check to DHF for Gidda Loop for $1,200 5/30/07 and Counter Deposit | 10393-10394 | | |
| 117 | Rent check to DHF for Gidda Loop $1,200 dated 6/30/07 | 10402-10404 | | |
| **200 Series – 2640 Ceanothus (Watson)** | | | | |
| 200 | Photo of house | GGG-75127 | | |
| 201 | Purchase Agreement | 10585-10590 | | |
| 202 | Loan Application | 10592-10595 | | |
| 203 | Letter from Leonard Williams verifying employment | 10612 | | |
| 204 | Request for Verification of Employment filled out by hand | 10613 | | |

| 205 | Form filled by Arthur Watson verifying employment at DHF for title company | 10967 | | |
|---|---|---|---|---|
| 206 | Database print out of verification of employment | 10607 | | |
| 207 | Verification of Rental Income | 10629 | | |
| 208 | Summary of bank account deposits | 10631 | | |
| 209 | Purported monthly bank statements, Bank of America | 10632-10673 | | |
| 210 | Jessica Sawyer email re Arthur Watson instructing Leonard Williams to verify employment, 5/14/07 | 5179-5180 | | |
| 210a | [Redacted version of 210] | 5179-5180 | | |
| 211 | Appraisal | 10563-10584 | | |
| 212 | Preliminary Change of Ownership Report | 10968-10969 | | |
| 213 | Underwriting | 10675 | | |
| 214 | HUD-1 Final | 10687-10689 | | |
| 215 | Wiring Instructions and wire receipt for $372,001.42 dated 6/15/07 | 10676-10677 | | |
| 216 | Deed of Trust (loan file version) | 10709-10715 | | |
| 217 | Grant Deed | 10733 | | |
| 218 | Grant Deed | 16050, 16046 | | |
| 219 | Beneficiary's Demand re Trust Deed | 10772 | | |
| 220 | Congratulations letter from CIT | 10691 | | |
| 221 | Substitution of Trustee and Full Reconveyance | 10773 | | |
| 222 | Mailing to Leonard Williams from escrow | 10944 | | |
| 223 | Check from Marisposa Traditions Inc. to DHF for $46,250 dated 6/21/07 and counter deposit | 10389-90 | | |
| 224 | Check from Mariposa Traditions Inc. to DHF for $46,250 dated 6/20/07 | GGG-015843 | | |
| 225 | Counter Withdrawal for $3,000 from DHF US Bank x8373 | 10391 | | |
| 226 | Check to Arthur Watson 6/21/07 for $1,700, memo Consultant | 10392 | | |
| 227 | Check from DHF to J. Clymer for $8,697.55 dated 6/25/07, memo Ceanothus | 10395 and 13983 | | |
| 228 | Check from DHF to Arthur Watson for $1,300 dated 6/27/07, memo Ceanothus | 10397 | | |

| | | | | |
|---|---|---|---|---|
| 229 | Kickback check from DHF to Arthur Watson for $2,000 dated 7/24/07 | 10407 | | |
| 230 | Real Bank of America monthly statements for Arthur Watson, 4/26/06 through 5/25/07 from Bank of America | GGG-074738-GGG-074778 | | |
| **300 Series – 3294 Rockin M (Watson)** | | | | |
| 300 | Photo of house | GGG-75122 | | |
| 301 | Loan Application | 14811-14815 | | |
| 302 | Purchase Agreement | 15023-15035 | | |
| 303 | Verification of employment form | 14970 | | |
| 304 | Whitepages.com information for DHF | 15067 | | |
| 305 | Occupancy Statement | 15087 | | |
| 306 | Falsified Arthur Watson bank statements, 6/26/06 through 5/25/07, from loan file | 14935-14969 | | |
| 307 | Jessica Sawyer email re: $8,000 | 5185 | | |
| 308 | Check from DHF to Arthur Watson for $8,000 dated 6/29/07, memo Chico Property | 10398 | | |
| 309 | Check from Arthur Watson to DHF for $8,000 dated 6/29/0[7]. | 10403 | | |
| 310 | BofA Verification of Deposit | 14976 | | |
| 311 | Arthur Watson Bank of America Monthly Statement for June 27, 2007- July 26, 2007 | GGG-70904 - GGG-70907 | | |
| 312 | Statement of Identity | 15403 | | |
| 313 | Credit Report | 14869-14874 | | |
| 314 | Gidda Loop rental agreement from Rockin M loan file | 15053-15054 | | |
| 315 | Uniform Underwriting Transmittal Summary | 15056 | | |
| 316 | Appraisal | 14826-14844 | | |
| 317 | Amended Additional Escrow Instructions | 14989-14990 | | |
| 318 | Borrower's HUD-1 | 14930-14933 | | |
| 319 | Seller's Final Settlement Statement | 15289 | | |
| 320 | Deed of Trust (loan file version) | 14624-14646 | | |
| 321 | Preliminary Change of Ownership Report | 15379 | | |
| 322 | Grant Deed (loan file version) | 15038 | | |
| 323 | Assignment of Deed of Trust | 15094 | | |
| 324 | Wire Transfer Order for $141,947.06 | 15492 | | |
| 325 | Kickback check from Symmes to DHF for $30,000 dated 7/20/07 | 10406 | | |

| | | | | |
|---|---|---|---|---|
| 326 | Check from Marisposa Traditions Inc. (Symmes) to DHF for $30,000, dated 7/18/07 | GGG-015873 | | |
| 326a | [redacted version of 326] | GGG-015873 | | |
| 327 | Check from DHF to J. Clymer for $4,354 dated 7/20/07 | 10408 | | |
| 328 | Check from DHF to Novelle Financial, $3404.96 dated 10/4/07 | 10416 | | |
| **400 Series – 4824 Baker Ave. (Frye)** | | | | |
| 400 | Photo of house | GGG 75114 | | |
| 401 | Purchase agreement (second escrow) | 12351-12358 | | |
| 402 | Loan application | 12399-12403 | | |
| 403 | Occupancy and financial status affidavit, signed by Frye | 11889-90 | | |
| 404 | Verification of employment | 12132 | | |
| 405 | 411.yellowpages.com information for DHF | 12272 | | |
| 406 | Phone records | 4885 | | |
| 407 | DU underwriting findings | 11866-11869 | | |
| 408 | Uniform Underwriting and transmittal summary | 11785 | | |
| 409 | Loan approval worksheet | 12248-12249 | | |
| 410 | Appraisal | 11786-11815 | | |
| 411 | Addition and/or Amendment to Escrow Instructions | 5706 | | |
| 412 | Third party deposit escrow instructions | 5755-56 | | |
| 413 | HUD-1 for second escrow (loan file version) | 12114-12116 | | |
| 414 | HUD-1 for second escrow (escrow file version) | 5661-5663 | | |
| 415 | Deed of trust (loan file version) | 12188-12203 | | |
| 416 | Grant deed (loan file version) | 12457-58 | | |
| 417 | Notice of assignment, sale or transfer of servicing rights | 12253 | | |
| 418 | Final check register, second escrow | 5606 | | |
| 419 | Wire out request, $39,140 to BARE | 5613 | | |
| 420 | Incoming Wire Confirmation to Chicago Title from Wells Fargo for $312,995.22 dated 2/20/08 | 5621 | | |
| 421 | Cashier's Check for $50,191 to BARE dated 2/22/08 | 102 | | |
| 422 | Escrow File Copy of check of $50,191 to BARE dated 2/21/08 | 5617 | | |

| 423 | Final Check Register, Chicago Title, date 2/25/08 | 5606 | | |
|---|---|---|---|---|
| 424 | Deposit Ticket into BARE account x7944 dated 2/21/08 and 2/22/08 | 99 | | |
| 425 | Check from BARE to DHF for $15,166 dated 2/21/08, memo escrow 60603635 | 103 | | |
| 426 | Check from BARE to Joshua Clymer for $15,166 dated 2/21/08, memo escrow 60603635 | 104 | | |
| 427 | Kickback check from BARE to Joshua Frye $17,859 dated 2/21/08, memo escrow 60603635 | 106 | | |
| 428 | Escrow File copy of check to Joshua Frye for $3,141.26 dated 2/21/08 | 5618 | | |
| 429 | Letter from Frye to GMAC 5/25/09 | 12165 | | |
| 430 | Financial hardship affidavit | 12160-62 | | |
| 431 | Frye's draft 2008 tax return | 12172 | | |
| 432 | Trustee's deed upon sale to Fannie Mae in 2009 | 12393-94 | | |
| 433 | Online salary checker | 12128 | | |
| 434 | Yahoo Email re: Funding Status | GGG-73727 – GGG-73738 | | |
| 435 | Email re: Third Party Deposit | 16086 - 16088 | | |
| 436 | NL Inc. Letter to Joshua Frye dated 2/19/08 | 11753 | | |
| 437 | Borrower's Certification and Authorization form for Joshua Frye | 12048 | | |
| **First Escrow** | | | | |
| 450 | Purchase agreement for first escrow | 5354-61 | | |
| 451 | Fax from Leonard Williams to escrow, dated 1/31/08 | 5433-5451 | | |
| 452 | HUD-1 for first escrow | 5347-49 | | |
| 453 | Broker demand | 5367 | | |
| 454 | Copy of broker check to Williams $5450 | 5323 | | |
| 455 | Final check register for first escrow | 5316 | | |
| 456 | Letter from Chicago Title to BARE, 2/25/08 | 5344 | | |
| **500 Series – 2976 Trap Rock Way (Reynaga)** | | | | |
| 501 | Purchase Agreement (second escrow) | 4598-4605 | | |
| 502 | Loan Application dated 3/1/08 (loan file) | 4322-4332 | | |
| 503 | Loan application dated 3/1/08 (escrow file) | 1084-1091 | | |
| 504 | Receipt for $84,000 down payment | 4313 | | |

| | | | | |
|---|---|---|---|---|
| 505 | Gift Letter Affidavit for $84,000 | 4536 | | |
| 506 | Copy of purported $84,000 down payment check from Reynaga (loan file) | 4675 | | |
| 507 | Copy of purported $84,000 down payment check from Reynaga (escrow file) | 1192 | | |
| 508 | Occupancy, Misrepresentation, and Nondisclosure Affidavit and Agreement | 4572-4575 | | |
| 509 | Commitment Addendum | 4627 | | |
| 510 | Loan Approval Summary | 4625-4626 | | |
| 511 | WaMu Decision Summary | 4655-4657 | | |
| 512 | Appraisal | 4382-4403 | | |
| 513 | Joint Escrow Instructions | 4551-4558 | | |
| 514 | HUD-1 (second escrow) | 1195-1198 | | |
| 515 | Final Disbursement Statement | 4578 | | |
| 516 | Receipt of wiring for $339,119.32 from WaMu dated 3/5/08 | 961-963 | | |
| 517 | Partner Consent letter dated 3/3/08 | 1048 | | |
| 518 | Deed of Trust (from loan file) | 4699-4718 | | |
| 519 | Grant Deed | 4597 | | |
| 520 | Check from BARE to DHF for $16,540.86 dated 3/6/08, memo Trap Rock | 111 | | |
| 521 | Check from BARE to Joshua Clymer for $16,540.86 dated 3/6/08, memo Reynaga | 114 | | |
| 522 | Loan Modification Agreement dated in 2010 | 4820-4822 | | |
| 523 | Title Company Final Disbursement | 957 | | |
| **First Escrow** | | | | |
| 550 | Pre-Approval Letter | 1283 | | |
| 551 | Purchase Agreement (first escrow) | 1269-1277 | | |
| 552 | Broker Demand | 1308 | | |
| 553 | Fax from Leonard Williams to escrow officer dated 2/14/08 with attachments | 1382-1399 | | |
| 554 | HUD-1 (first escrow) | 1320-1321 | | |
| **600 Series – 11516 Linday Way (L. Clymer)** | | | | |
| 601 | Purchase Agreement | 14264-14271 | | |
| 602 | Loan Application | 14273-14277 | | |
| 603 | Verification of Employment | 14272 | | |
| 604 | Yellowpages.com printout for DHF | 14308 | | |
| 605 | Phone Records | 4888 | | |
| 606 | Affidavit of Occupancy | 14317-14318 | | |

| | | | | |
|---|---|---|---|---|
| 607 | Safe Credit Union bank statements | 13825-13828 | | |
| 608 | Credit Report | 14150-14158 | | |
| 609 | Appraisal | 14238-14259 | | |
| 610 | Appraisal Review | 14556-14562 | | |
| 611 | Addendum lowering purchase price after appraisal review | 14263 | | |
| 612 | Conventional Loan Approval underwriting document | 14292-14293 | | |
| 613 | HUD-1 (from loan file) | 14393-14395 | | |
| 614 | HUD-1 (from escrow file) | 13176-13178 | | |
| 615 | Deed of Trust (from loan file) | 14399-14415 | | |
| 616 | Grant Deed | 14201 | | |
| 617 | Fannie Mae repurchase request to Citi Mortgage | 14492-14494 | | |
| 618 | Escrow Ledger Listing | 13179 | | |
| 619 | Check from BARE to Joshua Clymer for $36,258 on 3/31/08, memo 11516 Linday | 116 | | |
| 620 | Check from BARE to Lacie Clymer for $9,500 on 3/31/08, memo 11516 Linday | 117 | | |
| 621 | Amended Preliminary Report | 14184-14200 | | |
| 622 | BARE US Bank statement for account x7944, 3/3/08 through 3/31/08 | 156-157 | | |
| **700 Series – 5548 Woodforest (Petri)** | | | | |
| 700 | Photo of house | GGG 75087 | | |
| 701 | Purchase Agreement (second escrow) | 720-734 | | |
| 702 | Loan application | 3987-90 | | |
| 703 | Gift letter, $60,000 | 4126 | | |
| 704 | Verification of employment, signed by Williams | 4128 | | |
| 705 | Earning statements from DHF | 4130 | | |
| 706 | Purported W2 from DHF, 2006 | 4131 | | |
| 707 | Purported W2 from DHF, 2007 | 4132 | | |
| 708 | Telephonic verification of employment, verified with Leonard Williams | 4133-34 | | |
| 709 | Credit report, 6/12/08 | 4108-4118 | | |
| 710 | Chase's closing instructions | 4243-48 | | |
| 711 | Joint Escrow Instructions | 4253-60 | | |
| 712 | HUD-1 (from loan file) | 4296-98 | | |
| 713 | HUD-1 (escrow file) | 838-40 | | |
| 714 | Deed of Trust (from loan file) | 4156-4175 | | |
| 715 | Grant Deed (from loan file) | 4204 | | |

| | | | | |
|---|---|---|---|---|
| 716 | Check from BARE to DHF for $5,000 dated 8/3/08 | 127 | | |
| 717 | Check from BARE to DHF for $11,599.07 dated 8/5/08 | 128 | | |
| 718 | Check from BARE to Joshua Clymer for $16,599.07, dated 8/7/08, memo 5548 Woodforest | 131 | | |
| 719 | Account Statement for BARE US Bank account x7944, August 2008 | 140-142 | | |
| 720 | Request for loan modification to Chase, 8/4/10 | 3771-75 | | |
| 721 | Letter to Chase, financial hardship | 3778 | | |
| 722 | Letter from Petri, financial hardship | 4221 | | |
| 723 | Request for loan modification, 4/16/10 | 3840-44 | | |
| 724 | Chase summary of fraud in response to REO repurchase | 3910-11 | | |
| 725 | Fannie Mae repurchase letter | 3912-14 | | |
| 726 | Outgoing Wire Request for $15,000, 8/1/08 | 780 | | |
| 727 | Outgoing Wire Request for $29,174.14, 8/5/08 | 786 | | |
| 728 | Chase Loan Memorandum- Approval | 4070-4071 | | |
| **First Escrow** | | | | |
| 750 | HUD-1 (first escrow) | 658-659 | | |
| 751 | Wire request to Unifund, $4,570 (escrow file) | 637 | | |
| 752 | Letter from Leonard Williams saying wants $4,570 | 660 | | |
| 753 | Demand from DHF for 1.5% | 844 | | |
| 754 | Grant deed (escrow file) | 852-855 | | |
| 755 | Real Estate Reporting Certification | 905-906 | | |
| 756 | Fax from Leonard Williams to Title company | 909-926 | | |
| **800 Series – Summary Charts** | | | | |
| 802 | Summary Chart - Ceanothus | | | |
| 803 | Summary Chart – Rockin M | | | |
| 804 | Summary Chart – Baker Ave. | | | |
| 805 | Summary Chart – Trap Rock | | | |
| 806 | Summary Chart – Linday Way | | | |
| 807 | Summary Chart - Woodforest | | | |

Dated: July 18, 2014                                     BENJAMIN B. WAGNER
                                                         United States Attorney


                                               By:   /s/ CHRISTOPHER HALES
                                                     CHRISTOPHER HALES
                                                     AUDREY B. HEMESATH
                                                     Assistant United States Attorneys