**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
　1477 Drew Avenue, Suite 106
　Davis, California 95618
　Telephone:　530.759.0700
　Facsimile:　　530.759.0800

**Attorney for Defendant**
LEONARD WILLIAMS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.:　CR-S 08-0376 WBS |
| 　　　　　Plaintiff, ) | **DEFENDANT'S EXHIBIT LIST** |
| 　　vs. ) | |
| LEONARD WILLIAMS, ) | Trial Date: July 8, 2014 |
| 　　　　　Defendant. ) | Time:　9:00 a.m. |
| ) | Ctrm: Hon. William B. Shubb |

　　　Defendant, LEONARD WILLIAMS, by and through undersigned counsel Joseph J. Wiseman, submits the following list of exhibits, which he may present.

| Exhibit # | | Identified | Admitted |
|---|---|---|---|
| A | Request for Tax Form - 00010609 | | Admitted |
| B | Request for Verification of Rent - 00015055 | | |
| C | Uniform underwriting and Transmittal Summary - 00015056   also identified as **Government Exhibit # 315** | | |
| D | CB Budget Planning - 00015071 | | |
| E | Letter 3rd Sky - 00014988 | | |
| F | CA Notice to Home Loan Applicant - 0015084 | | |
| G | Borrower Signature Authorization - 00014977 | | |

Defendant's Exhibit List　　　　　　　　　　　　　　　　　　　　　CR-S 08-0376-WBS

1

| Exhibit # | | Identified | Admitted |
|---|---|---|---|
| H | Borrower's Certification & Authorization - 00014983 | | |
| I | Request for Copy of Tax Return - 00014979 | | |
| J | Small Residential Income Property Appraisal Report - 00014826 also identified as **Government Exhibit 316** | | |
| K | Porter Ranch Credit Corporation - 00014869 also identified as **Government Exhibit 313** | | |
| L | Deed of Trust - 00014885 | | |
| M | Chase 1st Mortgage Credit Guidelines - 0004049 | | |
| N | Credit Score Disclosure - 0004119 | | |
| O | Merged Credit Report - 0004108 also identified as **Government Exhibit 709** | | |
| P | Request for Tax Return - 0004302 | | |
| Q | Shipping Checklist - 0004281 | | |
| R | Freddie Mac Letter - 0004067 | | |
| S | Chase letter 1/19/11 - 0004064 | | |
| T | Chase Letter 7/27/11 - 0004062 | | |
| U | RMIC letter 10/17/11 - 0004045 | | |
| V | RMIC letter 10/25/11 - 0004055 | | |
| W | Chase Letter 11/1/11 - 0004047 | | |
| X | RMIC letter 11/3/11 - 0004053 | | |
| Y | Recommendation Memo - 0004043 | | |

Defendant's Exhibit List                                                                 CR-S 08-0376-WBS

DATED: July 21, 2014          Respectfully submitted,

WISEMAN LAW GROUP, P.C.

By: ____/s/ Joseph J. Wiseman_____
    JOSEPH J. WISEMAN
    Attorney for Defendant
    LEONARD WILLIAMS