**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, JUDGE**

**CRIMINAL TRIAL MINUTES**

---

| UNITED STATES OF AMERICA | Time in Court: __6:00__ |
|---|---|
| vs | CASE #: CR-S-08-376-06 WBS |
|  | DATE: 7/22/2014 |
| **LEONARD WILLIAMS** | Courtroom Deputy: Karen Kirksey Smith |
|  | Court Reporter: Kelly O'Halloran |

| **Appearance(s) for Government:** | **Appearance(s) for Defendant(s):** |
|---|---|
| Christopher Hales | Counsel: Joseph Wiseman, Appointed |
| Audrey Hemesath | Jennifer Noble, Co-Counsel |
|  | Deft: Present/Out of Custody |

---

### JURY TRIAL (DAY 4):

| Time | Event |
|---|---|
| 9:00 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re trial witnesses. |
| 9:02 a.m. | Jury returns. Witness **Juan Reynaga** called and sworn to testify by Government. [Exhibits Identified/and/or Admitted: 501, 502, 505, 506, 507, 508, 518.] |
| 9:30 a.m. | Witness on cross-examination by Defendant. [Exhibits Identified/and/or Admitted: 502.] |
| 9:55 a.m. | Jury excused. Court confers with counsel and defendant re disruption of court proceedings. |
| 10:00 a.m. | Court recessed. |
| 10:05 a.m. | Trial resumes. Jury returns. Witness resumes on cross-examination by Defendant. Witness excused. |
| 10:09 .m. | Witness **Brett Hellstrom** called and sworn to testify by Government. [Exhibits Identified/and/or Admitted: 501, 502, 504, 505, 506.] |
| 10:28 a.m. | Jury excused. Court confers with counsel re trial scheduling. |
| 10:30 a.m. | Court recessed. |
| 10:50 a.m. | Trial resumes. Jury returns. Witness resumes on direct by Government. [Exhibits Identified/and/or Admitted: 508, 509, 510, 514a, 518, 702, 703, 704, 705, 706, 707, 708, 728, 710, 712, 714, 301, 303, 304, 305, 306, 310, 314, 315, 317, 318, 320, 323, 328.] |
| 11:45 a.m. | Court recessed. |

1

| Time | Event |
|---|---|
| 12:45 p.m. | Trial resumes.  Jury returns.  Witness on cross-examination by Defendant. [Exhibits Identified/and/or Admitted: 510, 702, 704, 708, R, S.] |
| 1:22 p.m. | Witness on re-direct by Government. |
| 1:24 p.m. | Witness on re-cross by Defendant.  Witness excused. |
| 1:26 p.m. | Witness **Anthony Petri** called and sworn to testify by Government.  [Exhibits Identified/and/or Admitted:  702, 701, 703, 705, 706, 707.] |
| 1:59 p.m. | Witness on cross-examination by Defendant.  [Exhibits Identified/and/or Admitted: 705.] |
| 2:10 p.m. | Court recessed. |
| 2:25 p.m. | Trial resumes.  Jury returns.  Witness resumes on cross-examination by Defendant. |
| 2:30 p.m. | Witness on re-direct by Government. |
| 2:32 p.m. | Witness on re-cross by Defendant.  Witness excused. |
| 2:33 p.m. | Witness **Stacy Delores Frierson** called and sworn to testify by Government.  [Exhibits Identified/and/or Admitted: 23, 7, 13, 116, 117, 227, 327, 328, 425, 426, 520, 521, 619, 719, 716, 717, 718, 726, 727.]  Witness excused. |
| 2:44 p.m. | Witness **Colleen Mary Louise Brown** called and sworn to testify by Government.  [Exhibits Identified/and/or Admitted: 24a, 227, 327, 426, 521, 619, 718.]  Witness excused. |
| 2:47 p.m. | Witness **Mark Zarate** called and sworn to testify by Government.  [Exhibits Identified/and/or Admitted:  31, 32, 37, 38, 29, 30, 39, 40.] |
| 3:07 p.m. | Witness on cross-examination by Defendant.  [Exhibits Identified/and/or Admitted: 31, 32.]  Witness excused. |
| 3:13 p.m. | Witness **Donna Allred** called and sworn to testify by Government.  [Exhibits Identified/and/or Admitted: 45, 51, 53, 59, 44, 44a, 50, 50a, 52, 52a, 58, 58a.] Witness excused. |
| 3:30 p.m. | Witness **Andrew James Harrison** called and sworn to testify by Government. [Exhibits Identified/and/or Admitted: 1, 4, 5, 61, 12, 553, 26, 107, 802-807, 717, 718, 719.] |
| 4:15 p.m. | Witness on cross-examination by Defendant.  Witness excused and shall return on 7/23/2014 at 9:00 a.m. |
| 4:30 p.m. | Jury excused and ordered to return on 7/23/2014 at 9:00 a.m. Court confers with counsel re redaction of summary charts. |
| 4:40 p.m. | Court Adjourned.  Case continued to **July 23, 2014 at 9:00 a.m.** |