**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, JUDGE**

**CRIMINAL TRIAL MINUTES**

| | |
|---|---|
| UNITED STATES OF AMERICA | Time in Court: __4:20__ |
| vs | CASE #: CR-S-08-376-06 WBS<br>DATE: 7/23/2014 |
| **LEONARD WILLIAMS** | Courtroom Deputy: Karen Kirksey Smith<br>Court Reporter: Kelly O'Halloran |

**Appearance(s) for Government:**

Christopher Hales
Audrey Hemesath

**Appearance(s) for Defendant(s):**

Counsel: Joseph Wiseman, Appointed
            Jennifer Noble, Co-Counsel

Deft: Present/In Custody

### JURY TRIAL (DAY 5):

| | |
|---|---|
| 9:00 a.m. | Trial resumes. Jury returns. Court orders jury excused due to court disruption by defendant. |
| 9:04 a.m. | Court confers with counsel re disruption by defendant and orders government counsel to confer. |
| 9:05 a.m. | Court recessed. |
| 9:25 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re court disruption by defendant. Government informs Court that it will object to any request for a mistrial, and requests that the defendant be removed from the courtroom during trial and participate via videoconference, if necessary. Defense counsel moves for a mistrial. Court takes matter under submission and orders counsel to submit any appropriate caselaw. |
| 9:32 a.m. | Defendant addresses the Court. |
| 9:41 a.m. | Court confers with defense counsel and defendant in camera outside presence of the government counsel. Court **ORDERS DEFENDANT REMANDED TO THE CUSTODY OF THE US MARSHAL**, unshackled during trial. |
| 9:43 a.m. | Government counsel returns. Court informs government that defendant is remanded to the custody of the US Marshal, unshackled. Court orders counsel to submit briefing as to defense counsel's request for a mistrial. |
| 9:49 a.m. | Jury returns. Court admonishes jurors. Defense counsel informs the Court that he has no further questions as to witness **Andrew James Harrison**. Government |

1

|  |  |
|---|---|
|  | has no further direct.  Witness excused. |
| 9:50 a.m. | Government rests. |
| 9:53 a.m. | Jury excused.  Court confers with counsel re witness testimony, exhibits, pending motions and jury instructions. |
| 10:05 a.m. | Court recessed. |
| 10:40 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re Defendant's Motion for Mistrial and Defendant's Rule 29 Motion, and counsel argue.  Court **DENIES** said motions. |
| 11:10 a.m. | Court recessed. |
| 11:15 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re jury instructions and verdict form. |
| 11:55 a.m. | Court recessed. |
| 1:30 p.m. | Trial resumes.  Jury returns.  Defense rests. |
| 1:31 p.m. | Government presents closing arguments. |
| 2:30 p.m. | Court recessed. |
| 2:45 p.m. | Trial resumes.  Jury returns.   Defendant presents closing arguments. |
| 3:34 p.m. | Government presents rebuttal closing arguments. |
| 4:05 p.m. | Jury excused and ordered to return on July 24, 2014 at 9:00 a.m.  Court confers with counsel re Defendant's request for reconsideration on pretrial release.  Court denies defendant's request. |
| 4:10 p.m. | Court Adjourned.  Case continued to **July 24, 2014 at 9:00 a.m.** |

**Other:**    Counsel and courtroom deputy review admitted exhibits to go to jury during deliberations.

cc:  U.S. Marshal – Sac.