**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, JUDGE**

**CRIMINAL TRIAL MINUTES**

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **Time in Court:** 55 minutes |
| vs | **CASE #:** CR-S-08-376-06 WBS |
| | **DATE:** 7/24/2014 |
| **LEONARD WILLIAMS** | Courtroom Deputy: Karen Kirksey Smith |
| | Court Reporter: Kelly O'Halloran |

**Appearance(s) for Government:**

Christopher Hales
Audrey Hemesath

**Appearance(s) for Defendant(s):**

Counsel: Joseph Wiseman, Appointed
        Jennifer Noble, Co-Counsel

Deft: Present/In Custody

---

### JURY TRIAL (DAY 6):

| | |
|---|---|
| 9:00 a.m. | Trial resumes. Jury returns. Court instructs jury. |
| 9:38 a.m. | Bailiff sworn. Jury retires. |
| 9:39 a.m. | Alternates are excused and ordered to remain on call. |
| 9:40 a.m. | Defendant addresses the Court and requests reconsideration of his pretrial release. Court **DENIES** defendant's request. |
| 9:45 a.m. | Court recessed. |
| 11:25 a.m. | Filed Jury Note #1. |
| 11:45 a.m. | Trial resumes. Jury returns. Verdict returned, filed and read as follows: Defendant **FOUND GUILTY AS TO COUNTS 1, 2 AND 3.** Jury polled at request of defendant. |
| 11:52 a.m. | Jury excused. Matter is referred to the US Probation Office, and **Sentencing is set for 10/27/2014 at 09:30 AM in Courtroom 5 (WBS) before Judge William B. Shubb.** Defendant ordered to return on said date and time. |
| 11:53 a.m. | Court **DENIES** defendant's renewed motion for reconsideration of release on bond as previously ordered. |
| 11:55 a.m. | Court Adjourned. |

**Other:** Counsel agree to the return of exhibits and sign the Receipt for Exhibits form (filed today). (Filed Jury Note #1, Exhibit Lists, Witness lists, Jury Instructions, Verdict Form.)

1