IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LEONARD WILLIAMS,<br><br>　　　　　　　　Defendants. | CASE NO.  CRS-08-0376-WBS<br><br>GOVERNMENT'S WITNESS LIST<br><br>(At Time of Trial) |

**1. Andrew James Harrison:  7-22-14; 7-23-14**

**2. Anthony Petri:  7-22-14**

**3. Anthony G. Symmes:  7-11-14**

**4. Arthur Watson :  7-9-14; 7-11-14**

**5. Brett Hellstrom:  7-22-14**

**6. Colleen Mary Louise Brown:  7-22-14**

**7. Donna Allred:  7-22-14**

8. Janice Vawter

**9. Jeffrey Jackson:  7-9-14**

**10. Jessica Marie Sawyer:  7-11-14**

11. Joshua Clymer

**12. Joshua August Frye:  7-11-14**

1. **Juan Reynaga:  7-22-14**
2. Judy Taylor
3. **Keli Updegraff:  7-11-14**
4. **Kevin Walsh:  7-9-14**
5. **Lacie Blue Clymer:  7-11-14**
6. Mark Roberts
7. **Mark Zarate:  7-22-14**
8. Matthew Catalano
9. Melissa Maclay
10. Nancy Crum
11. **Stacy Delores Frierson:  7-22-14**
12. **Terrance Raphael Murrell : 7-11-14**
13. Tom Pool
14. William Miller