IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. CR 08-376-06 WBS |
|---|---|
| Plaintiff, | DEFENDANT'S EXHIBIT LIST (At Time of Trial) |
| vs | |
| LEONARD WILLIAMS, | |
| Defendant. | |

| **EXHIBIT** | **DESCRIPTION** | **Identified** | **Admitted** |
|---|---|---|---|
| **A** | Request for Transcript of Tax Return - 00010609 | 7-9-14 | 7-9-14 |
| B | Request for Verification of Rent - 00015055 | | |
| C | Uniform underwriting and Transmittal Summary - 00015056    also identified as **Government Exhibit # 315** | | |
| D | CB Budget Planning - 00015071 | | |
| E | Letter 3rd Sky - 00014988 | | |
| F | CA Notice to Home Loan Applicant - 0015084 | | |
| G | Borrower Signature Authorization | | |

| | | | | |
|---|---|---|---|---|
| 1 | | - 00014977 | | |
| 2 | H | Borrower's Certification & Authorization - 00014983 | | |
| 3 | I | Request for Copy of Tax Return - 00014979 | | |
| 4 | | | | |
| 5 | J | Small Residential Income Property Appraisal Report - 00014826 also identified as Government Exhibit 316 | | |
| 6 | | | | |
| 7 | K | Porter Ranch Credit Corporation - 00014869 also identified as Government Exhibit 313 | | |
| 8 | | | | |
| 9 | L | Deed of Trust - 00014885 | | |
| 10 | M | Chase 1st Mortgage Credit Guidelines - 0004049 | | |
| 11 | N | Credit Score Disclosure - 0004119 | | |
| 12 | | | | |
| 13 | O | Merged Credit Report - 0004108 also identified as Government Exhibit 709 | | |
| 14 | P | Request for Tax Return - 0004302 | | |
| 15 | | | | |
| 16 | Q | Shipping Checklist - 0004281 | | |
| 17 | R | Freddie Mac Letter - 0004067 | 7-22-14 | 7-22-14 |
| 18 | S | Chase letter 1/19/11 - 0004064 | 7-22-14 | 7-22-14 |
| 19 | T | Chase Letter 7/27/11 - 0004062 | | |
| 20 | U | RMIC letter 10/17/11 - 0004045 | | |
| 21 | | | | |
| 22 | V | RMIC letter 10/25/11 - 0004055 | | |
| 23 | W | Chase Letter 11/1/11 - 0004047 | | |
| 24 | X | RMIC letter 11/3/11 - 0004053 | | |
| 25 | Y | Recommendation Memo - 0004043 | | |
| 26 | | | | |

27

28