| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S-08-376-06 WBS |
| Plaintiff, | |
| | Schedule for Disclosure of Pre-Sentence Report and for Filing of Objections to the Pre-Sentence Report |
| vs | |
| **LEONARD WILLIAMS**, | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule
unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | 07-24-14 |
| | (Date of Plea or Verdict) |
| **Judgment and Sentencing Date:** | |
| | **10-27-2014 at 9:30 a.m.** |
| | (At least **11 weeks** after plea) |
| Reply or Statement | 10-20-2014 |
| | (1 week before sentencing) |
| Motion for Correction of the Pre-Sentence Report -Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | 10-14-2014 |
| | (2 weeks before sentencing) |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | 10-06-2014 |
| | (3 weeks before sentencing) |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | 09-29-2014 |
| | (4 weeks before sentencing) |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | 09-15-2014 |
| | (6 weeks before sentencing) |

COPIES OF THIS SCHEDULE SENT VIA CM/ECF TO:

(x)	AUSA
(x)	Defense Counsel
(x)	USPO

Dated:    July 24, 2014                                             By: /s/ Karen Kirksey Smith
                                                                              Courtroom Deputy