# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### RECEIPT FOR EXHIBITS

**FILED**
JUL 24 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

CASE #: CR 08-376-06 -WBS

CASE TITLE: U.S.A. vs LEONARD WILLIAMS

EXHIBITS RETURNED: All exhibits identified and admitted during trial (upon return of a Verdict by the jury or issuance of Findings by the Court).

===============================================================

ACKNOWLEDGED BY GOVERNMENT: CHRISTOPHER HALES
(Print Name)

SIGNATURE: _____

DATE: 7/24/14

ACKNOWLEDGED BY DEFENDANT: Joseph J. Wiseman
(Print Name)

SIGNATURE: _____

DATE: 7/24/14

===============================================================

DEPUTY CLERK - Karen Kirksey Smith

DATE: _____

***PLEASE RETURN THIS RECEIPT TO THE OFFICE OF THE CLERK***

**NOTE:** If exhibits are subsequently required for an appeal, review or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.