

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE #: **2:08 CR 376 WBS** |
|---|---|
| Plaintiff, | |
| vs | **NOTE FROM THE JURY ( # 1 )** |
| **LEONARD WILLIAMS,** | |
| Defendant. | |

Date: July 24, 2014

Time: 11:25

THE JURY HAS REACHED A UNANIMOUS VERDICT ___X___

THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

Dated 7/24/14        Foreperson _Manley_