FILED
JUL 24 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD WILLIAMS,<br><br>　　　　Defendant. | CASE NO.  2:08-0376 WBS<br><br>**VERDICT FORM** |

WE, THE JURY, UNANIMOUSLY FIND THE DEFENDANT, LEONARD WILLIAMS, AS FOLLOWS:

__X__　　　　　_____　　Of Count One, Conspiracy to Commit
Guilty　　　Not Guilty　　Mail Fraud and Wire Fraud in
　　　　　　　　　　　　　violation of Title 18, United States
　　　　　　　　　　　　　Code, section 1349

__X__　　　　　_____　　Of Count Two, Money Laundering in
Guilty　　　Not Guilty　　violation of Title 18, United States
　　　　　　　　　　　　　Code, section 1957

__X__　　　　　_____　　Of Count Three, Money Laundering in
Guilty　　　Not Guilty　　violation of Title 18, United States
　　　　　　　　　　　　　Code, section 1957

7/24/14　　　　　　　　　　　　　　Jaimi Manley
DATED　　　　　　　　　　　　　　FOREPERSON