**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:  530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
LEONARD WILLIAMS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                      )<br>               Plaintiff,              )<br>                                                      )<br>       vs.                                        )<br>                                                      )<br>LEONARD WILLIAMS,              )<br>                                                      )<br>               Defendant.          )<br>_____) | Case No.:  CR-S 08-0376 WBS<br><br>**DEFENDANT'S NOTICE OF MOTION AND RENEWED MOTION FOR ACQUITTAL (RULE 29) AND NEW TRIAL (RULE 33)**<br><br>Date:  September 8, 2014<br>Time:   9:30 a.m.<br>Ctrm:   Hon. William B. Shubb |

TO: BENJAMIN B. WAGNER, UNITED STATES ATTORNEY, AND TO CHRISTOPHER HALES AND AUDREY HEMESATH, ASSISTANT UNITED STATES ATTORNEYS:

   PLEASE TAKE NOTICE THAT on September 8, 2014, at 9:30 a.m., Defendant LEONARD WILLIAMS ("Williams"), by and through undersigned counsel, hereby renews his motion for acquittal under Fed. R. Crim. Pro. 29, and moves for a new trial under Fed. R. Crim. Pro. 33. Williams makes this motion on several grounds. First, Williams makes the motion on general grounds that the government failed to provide sufficient evidence to support any of the counts. Second, Williams would move for the dismissal of all counts on the basis that the

government provided insufficient evidence of materiality in Count One, and therefore also could not show that the money involved in Counts Two and Three was criminally derived. Finally, Williams argues that on Count One the evidence presented was a variance from the Indictment, and instead of one conspiracy, two conspiracies were shown.

In bringing this motion, Williams relies upon this Notice of Motion, the Memorandum of Points and Authorities, and the record and files in this case.

Dated:  July 31, 2014                    Respectfully submitted,

By: /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant
LEONARD WILLIAMS