BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>LEONARD WILLIAMS,<br><br>            Defendant. | CASE NO.  2:08-CR-376 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR ACQUITTAL AND NEW TRIAL** |

On July 31, 2014, Defendant filed a renewed motion for acquittal and motion for a new trial. *See* ECF 558 and 558-1.  By local rule, the Government's response would be due Thursday, August 7, 2014.  L.R. 430.1(d).  The hearing on Defendant's motion is set for September 8, 2014, at 9:30 a.m. Because the hearing is more than a month away, and defendant's motion attacks sufficiency of the evidence on all three counts of conviction, the parties propose the following modified briefing schedule to allow additional time:

- Government's opposition due:     August 22, 2014
- Defendant's reply due:     September 1, 2014

The parties stipulate and agree to this modified briefing schedule, and jointly request that the Court so order it.  In proposing this schedule, the parties have also taken into account that

///

///

1

undersigned counsel for the Government was out of the office sick for the first part of this week, and is scheduled to be out of the office from August 11 through August 15.

                                      Respectfully submitted,

DATED:  August 6, 2014

                                      /s/ Christopher S. Hales
                                      CHRISTOPHER S. HALES
                                      AUDREY B. HEMESATH
                                      Assistant United States Attorneys

                                      /s/  Joseph Wiseman *
                                      JOSEPH WISEMAN
                                      Counsel for Defendant LEONARD WILLIAMS

                                      * Signed with permission granted via email

## O R D E R

IT IS SO FOUND AND ORDERED  this _____ day of August, 2014.

_____
HON. WILLIAM B. SHUBB
SENIOR UNITED STATES DISTRICT JUDGE