UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

## INTEROFFICE MEMORANDUM

**TO:** Karen Kirksey Smith, Courtroom Clerk
of the Honorable William B. Shubb

**FROM:** Ronnie Preap
United States Probation Officer

**DATE:** September 8, 2014

**SUBJECT:** **Leonard Williams**
**Docket Number: 2:08CR00376-6**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

**FILED**
Sep 26, 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

The above matter is scheduled for judgment and sentencing on 10/27/2014. All parties have agreed to a continuance of judgment and sentencing based on:

☒ The complexity of this case.

☒ Other -- The probation officer needs additional time to prepare the presentence report.

The following proposed sentencing schedule is offered:

|  |  | (time) |
|---|---|---|
| Judgment and Sentencing Date: | December 15, 2014 | 9:30 |
| Reply, or Statement of Non-Opposition: | December 8, 2014 |  |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 1, 2014 |  |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 24, 2014 |  |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 17, 2014 |  |
| The proposed Presentence Report shall be disclosed to counsel no later than: | November 3, 2014 |  |

**Reviewed by:** _Scott Storey_
Supervising United States Probation Officer

**CC:** Christopher Hales, Assistant United States Attorney
Joseph J. Wiseman, Defense Counsel