Exhibit A

FD-302a (Rev. 05-08-10)

329A-SC-42060-302

Continuation of FD-302 of  Proffer with Joshua Clymer  , On 05/02/2014 , Page 4 of 11

   CLYMER is not familiar with the address 2728 Norcross Drive and he does not believe this transaction was one of theirs.

   WILLIAMS and CLYMER left GAM in early 2007 after BISHOP divorced and decided to leave the business. They left the Watt Avenue office and briefly moved to an office in Natomas, California and they transferred their licenses to a company called UNIFUND. After failing to generate any business in Natomas, they moved back to Watt Avenue by mid-to-late 2007.

**Watson Deals**

   A man named Lance WIRITANEN introduced WILLIAMS to Garrett GILILLAND in 2007. GILILLAND later met with WILLIAMS and CLYMER in their office in Watt Avenue in Sacramento. During their meeting GILILLAND explained to them that he had a builder in Chico, California "in his pocket." GILILLAND offered them houses that CLYMER felt were very over priced. While WILLIAMS spoke to GILILLAND, CLYMER conducted his process to check the value of GILILLAND's Chico houses. He found that they were hyper-inflated, and already inflated comparables must have been used to meet those prices. CLYMER did not think that GILILLAND's houses were a good investment for their buyers and he told GILILLAND they were not interested. This ended their conversation.

   CLYMER found out later that GILILLAND talked with WILLIAMS on the telephone after their meeting and he convinced WILLIAMS to travel to Chico to look at the houses. WILLIAMS bought the properties and sold them to Arthur WATSON, WILLIAM's old buddy from the military. WILLIAMS told CLYMER this after the fact. CLYMER remembers that WILLIAMS called him and told him that he bought the properties by himself anyway. WILLIAMS explained that the transactions would be separate from their company business but according to their agreement, WILLIAMS owed CLYMER some money. WILLIAMS and CLYMER had an agreement that for each personal deal they closed they would pay their partner a flat rate of $10,000 per property. CLYMER guessed that the $8,697 check for the Ceanothus Avenue property was CLYMER's net gain and guessed that WILLIAMS pulled from the payment what CLYMER owed for rent or other expenses at the time. After the Ceanothus Avenue deal, WILLIAMS asked CLYMER if they could renegotiate their agreement of the flat $10,000 rate. They decided that a lesser amount was fair, which explains why CLYMER only received $4,354 from the 3294 Rockin M deal.

   WILLIAMS told CLYMER that DHF was used as the employer on WATSON's deals. CLYMER believes that this was done at WILLIAMS' direction. WILLIAMS didn't share this information with CLYMER until they were attempting to get funding on the FYRE deal. Even after sharing this with him, CLYMER didn't know that the loan applications claimed that their