BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER HALES
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         v.<br><br>LEONARD WILLIAMS,<br><br>                              Defendants. | CASE NO. CRS-08-0376-WBS<br><br>GOVERNMENT'S FORMAL OBJECTIONS TO PRESENTENCE REPORT<br><br>DATE: December 15, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. William B. Shubb |

   The United States hereby submits the following formal objection to the final presentence report regarding Defendant Leonard Williams:

   **Paragraph 29: Two levels should be added for Defendant's obstruction of justice under United States Sentencing Guideline § 3C1.1** Defendant attempted to impede and obstruct justice during trial by making two outbursts in front of the jury. In one of those outbursts, the defendant spoke derisively about his lawyer and loudly implored the jury, "don't participate in this railroad," while ignoring multiple orders from the Court to stop talking. The incident occurred just as evidence was closing and the jury was soon to receive the case. The government has ordered the pertinent transcripts from that trial day and will include the relevant excerpts with its sentencing memorandum. After the incident, the Court was forced to excuse the jury and entertain the predictable ensuing defense motion for a mistrial. During those discussions, the Court found that Defendant's conduct was specifically intended to cause a mistrial.

1  Addressing the jury and Court in a manner designed to cause a mistrial is a literal "attempt[] to
2 obstruct[] or impede[] the administration of justice with respect to the … prosecution of the instant
3 offense of conviction," because if successful, it would have stopped the trial proceedings altogether. *See*
4 USSG § 3C1.1.  Defendant's conduct falls under the plain language of § 3C1.1, and the two-level
5 obstruction enhancement should be imposed.

6 Dated:  December 1, 2014                                BENJAMIN B. WAGNER
                                                         United States Attorney

8                                                  By:   /s/ CHRISTOPHER HALES
                                                         CHRISTOPHER HALES
9                                                        AUDREY B. HEMESATH
                                                         Assistant United States Attorneys