# EXHIBIT B
Loss Estimate Table

# EXHIBIT B
Loss Estimate Table

**Leonard Williams Loss Estimate**
2:08-CR-376 WBS

| Address | Loan | Resold | Loss |
|---|---|---|---|
| 864 Gidda Loop, Yuba City   (A. Watson) | $365,000 | $205,000 | $160,000 |
| 3332 X St, Sacramento  (C. Washington) | $380,000 † | $146,000 | $234,000 † |
| 6539 Lang Ave, Sacramento (C. Theus) | $390,000 | $68,000 | $322,000 |
| 2914 La Solidad Way, Sacramento  (C. Theus) | $400,000 | $80,000 | $320,000 |
| 2201 Drusy Ave, Sacramento (D. & J. Clymer) | $567,000 | $410,000 | $157,000 |
| 2640 Ceanothus Ave, Chico (A. Watson) | $375,000 | $225,000 | $185,624 * |
| 3294 Rockin M Dr, Chico (A. Watson) | $418,000 | $270,000 † | $186,390 * |
| 4824 Baker Avenue, Sacramento (J. Frye) | $315,000 | $105,000 | $210,000 |
| 2976 Trap Rock Way, Sac (J. Reynaga) | $336,000 | N/A | N/A |
| 11516 Linday Way, Gold River (L. Clymer) | $382,400 | $240,000 | $142,400 |
| 5548 Woodforest Drive, Sacramento (A. Petri) | $240,000 | N/A | N/A |
| | | **Total:** | **$1,917,414 †** |

\* Based on lender calculation.

† Numbers updated from PSR table.