1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER HALES
   AUDREY B. HEMESATH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            CASE NO.  CRS-08-0376-WBS

12                        Plaintiff,     GOVERNMENT'S SENTENCING EXHIBIT LIST

13            v.                         DATE: December 15, 2014
                                         TIME: 9:30 a.m.
14  LEONARD WILLIAMS,                    COURT: Hon. William B. Shubb

15                        Defendants.

16

17       The United States intends to present some or all of the following exhibits in the sentencing

18  hearing for Leonard Williams, during the testimony of IRS-CI Special Agent Andrew Harrison:

19

| EX. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|-----|-------------|-------------|------------|----------|
| 901 | HUD-1 for 864 Gidda Loop | 11600-11603 | | |
| 902 | Choicepoint Clear for 864 Gidda Loop | Produced via email | | |
| 903 | HUD-1 for 3332 X Street (DHF purchase 10/16/06) | 2183-2186 | | |
| 904 | HUD-1 for 3332 X Street (Washington purchase 10/16/06) | 2213-2216 | | |
| 905 | Outward Payment Report, 3332 X Street | GGG 74631 | | |
| 906 | DHF Bank Account statements, U.S. Bank | 14595-14599 | | |
| 907 | Outward Payment Report, 3332 X Street | GGG 74642 | | |

GOVERNMENT'S SENTENCING EXHIBIT LIST                    1

| | | | | |
|---|---|---|---|---|
| 908 | Ivy Jackson / Soft Notes Bank Account statements 9/19/06 – 11/16/06 | 7308-7315 | | |
| 909 | $25,000 check to Christopher Washington dated 10/25/06 | 7335-7336 | | |
| 910 | HUD-1 for 3332 X Street (Washington purchase 10/16/06) | 2213-2217 | | |
| 911 | J. Clymer 302 interview notes, May 12, 2014 | 14601-14611 | | |
| 912 | DHF Bank Account statements 9/20/06 – 10/31/06 | 14595-14599 | | |
| 913 | Check to Josh Clymer for $11,200 dated 10/17/06 and deposit receipt | GGG 74647-8 and 13940 | | |
| 914 | Check to Josh Clymer for $2,802 dated 11/6/06 | 13945 | | |
| 915 | Choicepoint Clear for 3332 X Street | 16606-16611 | | |
| 916 | Chrislie Theus 302 from 11/5/14 | 16604-16605 | | |
| 917 | HUD-1 for Florinda Way (Theus purchase 12/6/06) | 2466-2468 | | |
| 918 | HUD-1 for Lang Ave. (Theus purchase 12/27/06) | 2047-2050 | | |
| 919 | HUD-1 for La Solidad (Theus purchase 1/9/07) | 418-420 | | |
| 920 | Loan Application for Lang | 6190-6194 | | |
| 921 | Loan Application for La Solidad | 3434-3437 | | |
| 922 | Check to Josh Clymer for $9,017 dated 12/29/06 | 13956 | | |
| 923 | Check to Josh Clymer for $649 dated 1/9/07 | 13958 | | |
| 924 | Check to Josh Clymer for $14,395 dated 1/13/07 and  check to Josh Clymer for $2,762 dated 1/22/07 | 13964, 13968 | | |
| 925 | Choicepoint Clear for 6539 Lang Ave. | 14105-14116 | | |
| 926 | Choicepoint Clear for 2914 La Solidad | 14057-14067 | | |
| 927 | HUD-1 for 2201 Drusy (Clymer purchase 4/30/07) | 2103-2106 | | |
| 928 | Closing Statement for 2201 Drusy | 2107 | | |
| 929 | Four DHF checks totaling $49,516 to Josh Clymer with memo "Drusy" | 13974-13979 | | |
| 930 | Choicepoint Clear for 2201 Drusy | 14013-14036 | | |
| 931 | Grant Deed – 2640 Ceanothus 1/16/09 | 16224-16225 | | |
| 932 | Loss calculation from CIT for 2640 Ceanothus Watson loan | Produced via email | | |

GOVERNMENT'S SENTENCING EXHIBIT LIST

2

| 933 | Choicepoint Clear for 2640 Ceanothus | 14037-14046 | | |
| 934 | Loss calculation from JP Morgan Chase for Rockin M | 16527-16531 | | |
| 935 | Trustee's Deed Upon Sale for 3294 Rockin M dated 8/19/08 | 16228-16230 | | |
| 936 | Grant Deed - 3294 Rockin M - 1/7/09 | 16231-16233 | | |
| 937 | Choicepoint Clear for 3294 Rockin M | 14072-14077 | | |
| 938 | Grant Deed - 4824Baker Ave - dated 1/7/09 | 16180-16182 | | |
| 939 | Choicepoint Clear for 4824 Baker Ave | 14078-14094 | | |
| 940 | Grant Deed - 11516 Linday Way – dated 11/25/09 | 16195-16197 | | |
| 941 | Choicepoint Clear for 11516 Linday Way | 14001-14012 | | |

Dated:  December 11, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney


                                     By:   /s/ CHRISTOPHER HALES
                                           CHRISTOPHER HALES
                                           AUDREY B. HEMESATH
                                           Assistant United States Attorneys