**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, JUDGE**

**CRIMINAL MINUTES** - EVIDENTIARY HEARING RE SENTENCING

| UNITED STATES OF AMERICA | Time in Court: |
|---|---|
| VS. | CASE #: CR-S-08-376-06 WBS |
| **LEONARD WILLIAMS** | DATE: 1/26/2015 |
| | Courtroom Deputy: Karen Kirksey Smith |
| | Court Reporter: Kimberly Bennett |

| Appearance(s) for Government: | Appearance(s) for Defendant(s): |
|---|---|
| Christopher Hales, Audrey Hemesath<br>Assistant U.S. Attorneys | Leonard Williams (Pres/In Custody)<br>Counsel: Joseph Wiseman, Jennifer Noble, Apptd. |

Proceedings:   **Evidentiary Hearing re Judgment and Sentencing**

| Time | Event |
|---|---|
| 9:35 a.m. | Hearing commences. Court confers with counsel re witnesses to be called. Pursuant to stipulation government counsel moves to admit 901-910, 912-915, 917-941. Defendant has no objection. Court admits said exhibits. Government informs the Court that a request will be made to set a further hearing on the restitution. |
| 9:37 a.m. | Witness **Andrew Harrison** called and sworn to testify by Government. [Exhibits Identified and/or Admitted: 904, 930.] |
| 9:49 a.m. | Witness on cross-examination by Defendant. [Exhibits Identified and/or Admitted: 900.] Witness excused. |
| 9:54 a.m. | Witness **Iray Frederick, Jr.** called and sworn to testify by Government. |
| 10:04 a.m. | Witness on cross-examination by Defendant. Witness excused. |
| 10:07 a.m. | Counsel argue the loss amount. |
| 10:13 a.m. | Court states FINDINGS on the record and finds the loss amount to be $1,917,414.00. |
| 10:14 a.m. | Matter Adjourned. **Court sentences defendant in accordance to the separate Judgment and Commitment minutes dated today**. |

**Other:** Counsel agree to the return of exhibits and sign the Receipt for Exhibits form (filed today). [Filed Exhibit and Witness Lists.]