IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CRS-08-0376-WBS |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST (At Time of Evidentiary Hearing) |
| v. | |
| LEONARD WILLIAMS, | |
| Defendants. | |

| EX. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 900 | Chart – Leonard Williams Loss Estimate | | 1-26-15 | 1-26-15 |
| 901 | HUD-1 for 864 Gidda Loop | 11600-11603 | 1-26-15 | 1-26-15 |
| 902 | Choicepoint Clear for 864 Gidda Loop | Produced via email | 1-26-15 | 1-26-15 |
| 903 | HUD-1 for 3332 X Street (DHF purchase 10/16/06) | 2183-2186 | 1-26-15 | 1-26-15 |
| 904 | HUD-1 for 3332 X Street (Washington purchase 10/16/06) | 2213-2216 | 1-26-15 | 1-26-15 |
| 905 | Outward Payment Report, 3332 X Street | GGG 74631 | 1-26-15 | 1-26-15 |
| 906 | DHF Bank Account statements, U.S. Bank | 14595-14599 | 1-26-15 | 1-26-15 |
| 907 | Outward Payment Report, 3332 X Street | GGG 74642 | 1-26-15 | 1-26-15 |

| | | | | |
|---|---|---|---|---|
| **908** | Ivy Jackson / Soft Notes Bank Account statements 9/19/06 – 11/16/06 | 7308-7315 | 1-26-15 | 1-26-15 |
| **909** | $25,000 check to Christopher Washington dated 10/25/06 | 7335-7336 | 1-26-15 | 1-26-15 |
| **910** | HUD-1 for 3332 X Street (Washington purchase 10/16/06) | 2213-2217 | 1-26-15 | 1-26-15 |
| 911 | J. Clymer 302 interview notes, May 12, 2014 | 14601-14611 | | |
| **912** | DHF Bank Account statements 9/20/06 – 10/31/06 | 14595-14599 | 1-26-15 | 1-26-15 |
| **913** | Check to Josh Clymer for $11,200 dated 10/17/06 and deposit receipt | GGG 74647-8 and 13940 | 1-26-15 | 1-26-15 |
| **914** | Check to Josh Clymer for $2,802 dated 11/6/06 | 13945 | 1-26-15 | 1-26-15 |
| **915** | Choicepoint Clear for 3332 X Street | 16606-16611 | 1-26-15 | 1-26-15 |
| 916 | Chrislie Theus 302 from 11/5/14 | 16604-16605 | | |
| **917** | HUD-1 for Florinda Way (Theus purchase 12/6/06) | 2466-2468 | 1-26-15 | 1-26-15 |
| **918** | HUD-1 for Lang Ave. (Theus purchase 12/27/06) | 2047-2050 | 1-26-15 | 1-26-15 |
| **919** | HUD-1 for La Solidad (Theus purchase 1/9/07) | 418-420 | 1-26-15 | 1-26-15 |
| **920** | Loan Application for Lang | 6190-6194 | 1-26-15 | 1-26-15 |
| **921** | Loan Application for La Solidad | 3434-3437 | 1-26-15 | 1-26-15 |
| **922** | Check to Josh Clymer for $9,017 dated 12/29/06 | 13956 | 1-26-15 | 1-26-15 |
| **923** | Check to Josh Clymer for $649 dated 1/9/07 | 13958 | 1-26-15 | 1-26-15 |
| **924** | Check to Josh Clymer for $14,395 dated 1/13/07 and check to Josh Clymer for $2,762 dated 1/22/07 | 13964, 13968 | 1-26-15 | 1-26-15 |
| **925** | Choicepoint Clear for 6539 Lang Ave. | 14105-14116 | 1-26-15 | 1-26-15 |
| **926** | Choicepoint Clear for 2914 La Solidad | 14057-14067 | 1-26-15 | 1-26-15 |
| **927** | HUD-1 for 2201 Drusy (Clymer purchase 4/30/07) | 2103-2106 | 1-26-15 | 1-26-15 |
| **928** | Closing Statement for 2201 Drusy | 2107 | 1-26-15 | 1-26-15 |

| | | | | |
|---|---|---|---|---|
| **929** | Four DHF checks totaling $49,516 to Josh Clymer with memo "Drusy" | 13974-13979 | 1-26-15 | 1-26-15 |
| **930** | Choicepoint Clear for 2201 Drusy | 14013-14036 | 1-26-15 | 1-26-15 |
| **931** | Grant Deed – 2640 Ceanothus 1/16/09 | 16224-16225 | 1-26-15 | 1-26-15 |
| **932** | Loss calculation from CIT for 2640 Ceanothus Watson loan | Produced via email | 1-26-15 | 1-26-15 |
| **933** | Choicepoint Clear for 2640 Ceanothus | 14037-14046 | 1-26-15 | 1-26-15 |
| **934** | Loss calculation from JP Morgan Chase for Rockin M | 16527-16531 | 1-26-15 | 1-26-15 |
| **935** | Trustee's Deed Upon Sale for 3294 Rockin M dated 8/19/08 | 16228-16230 | 1-26-15 | 1-26-15 |
| **936** | Grant Deed - 3294 Rockin M - 1/7/09 | 16231-16233 | 1-26-15 | 1-26-15 |
| **937** | Choicepoint Clear for 3294 Rockin M | 14072-14077 | 1-26-15 | 1-26-15 |
| **938** | Grant Deed - 4824 Baker Ave - dated 1/7/09 | 16180-16182 | 1-26-15 | 1-26-15 |
| **939** | Choicepoint Clear for 4824 Baker Ave | 14078-14094 | 1-26-15 | 1-26-15 |
| **940** | Grant Deed - 11516 Linday Way – dated 11/25/09 | 16195-16197 | 1-26-15 | 1-26-15 |
| **941** | Choicepoint Clear for 11516 Linday Way | 14001-14012 | 1-26-15 | 1-26-15 |