# United States District Court
# for the
# Eastern District of California

| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONARD WILLIAMS,<br><br>Defendant. | Case #: CR 08-376-06 WBS<br><br>Witness List<br><br>Courtroom Deputy: Karen Kirksey Smith<br><br>Court Reporter:  Kimberly Bennett |
|---|---|

| PRESIDING JUDGE:<br><br>WILLIAM B . SHUBB | GOVERNMENT ATTORNEY:<br><br>Christopher Hales<br>Audrey Hemesath | DEFENDANT'S ATTORNEY(S):<br><br>Joseph Wiseman/<br>Jennifer Noble, Appointed |
|---|---|---|
| JURY TRIAL DATE(S): January 26, 2015 ||| 

| Govt | Deft | Date ID | Date Adm/ Wits Called | Exh No. | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X |  |  | 1-26-15 |  | **Witness Andrew Harrison c/s/t** |
| X |  |  | 1-26-15 |  | **Witness Iray Frederick, Jr. c/s/t** |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |