**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONARD WILLIAMS | SENTENCING MINUTES<br>Time in Court: **1:16**<br><br>CASE #: CR-S-08-376-06<br>DATE: 1/26/2015<br>Deputy Clerk: Karen Kirksey Smith<br>Court Reporter: Kimberly Bennett |
| **For the Government:**<br>Christopher Hales, Asst. U.S. Attorney<br>Audrey Hemesath, Asst. U.S. Attorney | **For the Defendant:**<br>Joseph Wiseman, Appointed<br>Jennifer Noble, Appointed<br>**Defendant:** [X] Present  [X] In Custody |

[X]  **Judgment and Sentencing - Date of Plea or Finding of Guilty:   7/24/2014** to Counts 1, 2 and 3 of the Third Superseding Indictment.

[X]  **Defendant addresses the Court.**

[X]  **Imprisonment:**  87 months as to each of Counts 1, 2 and 3, to be served concurrently to each other for a total term of 87 months.

[X]  **Special Assessment**: $300 due immediately     [X] **Fine:** Waived

[X]  **Term of supervised release**: 36 months as to each of Counts 1, 2 and 3, to be served concurrently to each other for a total term of 36 months.

[X]  **Conditions of supervised release**:   Refer to Judgment and Commitment order.

[X]  **Special Conditions**:  Refer to Judgment and Commitment order.

[X]  Pursuant to 18 USC 3664(d)(5), the determination of restitution is deferred until: **Status Conference set for 3/23/2015 at 9:30 A.M.**  Defendant need not be present.  Defense counsel to file a waiver of defendant's presence.

[X]  **Appeal Rights: [X] Given**     [ ] Waived

[X]  **Recommendation**:  The Court recommends that the defendant be incarcerated at the facility in Terminal Island, California, but only insofar as this recommendation accords with security classification and space availability.

[X]  The Second Superseding Indictment is dismissed at request of government counsel**.**

[X]  **Other:**  Court **DENIES** defendant's request to self-surrender.