Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Leonard Williams

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>LEONARD WILLIAMS,<br><br>    Defendant | ) Case No. 08-cr-00376-06 WBS<br>)<br>) SUBSTITUTION OF COUNSEL FOR<br>) APPEAL; ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

It is hereby stipulated that attorney Timothy E. Warriner shall be substituted in as appointed CJA counsel for Mr. Leonard Williams in place and instead of Mr. Joseph J. Wiseman. The purpose of this substitution is for Mr. Warriner to serve as appellate counsel. Mr. Wiseman will continue to represent Mr. Williams in District Court proceedings concerning restitution.

DATED: January 28, 2015            /s/ Joseph J. Wiseman, Attorney for Defendant

DATED: January 28, 2015            /s/ Timothy E. Warriner, Attorney for Defendant

I hereby consent to the above substitution of counsel.

DATED: January 28, 2015            /s/ Leonard Williams, Defendant

IT IS SO ORDERED

Dated: January 29, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE