Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Leonard Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-cr-00376-WBS |
| ) | |
| Plaintiff, ) | NOTICE OF APPEAL |
| ) | |
| v. ) | |
| ) | |
| LEONARD WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

  Defendant, Leonard Williams, hereby appeals to the United States Court of Appeals for the Ninth Circuit the judgment of conviction entered and the sentence imposed in the above-captioned case.

DATED: February 4, 2015    /s/ Timothy E. Warriner,
                 Attorney for Defendant,
                 Leonard Williams