UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

<u>USA,</u>
      Plaintiff

  v.                                **CASE NO. 2:08−CR−00376−WBS−GGH**

<u>**LEONARD WILLIAMS ,**</u>
      Defendant

    You are hereby notified that a Notice of Appeal was filed on **February 04, 2015** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

February 4, 2015

                                  **MARIANNE MATHERLY**
                                  **CLERK OF COURT**

                        **by:** /s/ M. Marciel
                               Deputy Clerk