UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:  CLERK, U.S. COURT OF APPEALS

FROM:  CLERK, U.S. DISTRICT COURT

SUBJECT:  NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:08–CR–00376–WBS–GGH** |
| USDC Judge: | **SENIOR JUDGE WILLIAM B. SHUBB** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **USA vs. LEONARD WILLIAMS** |
| Type: | **CRIMINAL** |
| Complaint Filed: | **6/17/2010** |
| Appealed Order/Judgment Filed: | **1/29/2015** |
| Court Reporter Information: | **Kimberly Bennett; Cathie Bodene; Kelly O'Halloran; Kathy Swinhart; Jill McLeod** |

FEE INFORMATION

**Fee Status: CJA or IFP granted on 1/29/2015**

Information prepared by: /s/  **M. Marciel , Deputy Clerk**