January 27, 2015

ATTN
Court Clerk -
Federal Court House, 501 I St; #4-200
Sac, CA 95814
Subject: Notice of Appeal
Case # CR5-08-0376-WBS

Dear Court Clerk,

I was sentenced yesterday, January 26, 2015 on the above mentioned criminal case.

I want to appeal the judgement. This is a notice of appeal.

Thank you for your attention
Leonard Williams

Leonard Williams
X-573074
Sacramento County main jail
651 I Street
Sacramento, CA. 95814

**FILED**
FEB - 5 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK