*US v. Williams*, 15-10050
Attachment to Transcript Designation and Ordering Form

| Hearing Date | Court Reporter | Proceedings |
| --- | --- | --- |
| 2/11/13 | Bennett | Status conference & motion hearing |
| 7/8/14 | O'Halloran | Jury trial |
| 7/9/14 | O'Halloran | Jury trial |
| 7/11/14 | O'Halloran | Jury trial |
| 7/21/14 | O'Halloran | Status of counsel proceedings |
| 7/22/14 | O'Halloran | Jury trial |
| 7/23/14 | O'Halloran | Jury trial |
| 7/24/14 | O'Halloran | Jury trial |
| 9/8/14 | Swinhart | Motion hearing |
| 12/15/14 | Bodene | Status of J&S |
| 1/26/15 | Bennett | Evidentiary hearing |
| 1/26/15 | Bennett | J&S |