1 | BENJAMIN B. WAGNER
United States Attorney
2 | AUDREY B. HEMESATH
AUDREY B. HEMESATH
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 |
6 | Attorneys for Plaintiff
United States of America
7 |
8 |               IN THE UNITED STATES DISTRICT COURT
9 |                  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CRS-08-0376-WBS |
| Plaintiff, | REQUEST TO VACATE STAUS CONFERENCE AND ENTER ORDER OF RESTITUTION |
| v. | DATE: March 23, 2015 |
| LEONARD WILLIAMS, JOSHUA CLYMER | TIME: 9:30 a.m. COURT: Hon. William B. Shubb |
| Defendants. | |

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate that status conference of March 23, 2015, be taken calendar and that the Court find that no restitution will be ordered in this case.

   In accordance with the procedures of 18 U.S.C. § 3664, the government made multiple requests in order to obtain documentation and an accurate accounting that fairly establishes restitution from the victims or their successors in interest. Recognizing that this type of information can be difficult to obtain in a mortgage fraud case, since loans mortgage loans during the time period in question were often packaged and resold and many original lending institutions have failed and have been replaced by successors in interest, the Court has continued this matter for that purpose. However, the requested information has not been provided. The parties agree that a reasonable time has passed to allow compliance with the government's requests and that additional time is unlikely assist in obtaining the requisite documentation.

1

Accordingly, the government agrees that it is unable to establish the amount of restitution owed by the defendants in this case.

For the foregoing reasons, the parties request that this matter be submitted and that the Court find that no restitution will be ordered in this case.

IT IS SO STIPULATED.

DATED: March 19, 2015.

/s/ Audrey B. Hemesath
CHRISTOPHER D. HALES
AUDREY B. HEMESATH
Assistant United States Attorneys

DATED: March 19, 2015.

/s/ Joseph Wiseman
JOSEPH WISEMAN
Counsel for Defendant Leonard Williams

DATED: March 19, 2015.

/s/ Christopher Cosca
CHRISTOPHER COSCA
Counsel for Defendant Joshua Clymer

**O R D E R**

IT IS SO ORDERED.

Dated: March 19, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2