IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---oOo---

BEFORE THE HONORABLE WILLIAM B. SHUBB, JUDGE

---oOo---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          No. CR. S-08-376

LEONARD WILLIAMS, JOSHUA CLYMER,

    Defendants.

_____/

---oOo---

<u>REPORTER'S TRANSCRIPT</u>

HEARING

MONDAY, FEBRUARY 11, 2013

---oOo---

Reported by:      KIMBERLY M. BENNETT, CSR #8953

RPR, CRR, RMR

APPEARANCES

For the Plaintiff:

    United States Attorney
    501 I Street
    Suite 10-100
    Sacramento, California  95814
    BY:  Christopher Stanton Hales
        Assistant U.S. Attorney


For the Defendant Williams:

    Law Offices of Joseph J. Wiseman
    1477 Drew Avenue
    Suite 106
    Davis, California  95616
    BY:  Joseph J. Wiseman
        Attorney at Law


For the Defendant Clymer:

    William J. Portanova, Attorney at Law
    400 Capitol Mall, Suite 1100
    Sacramento, California  95814
    BY:  William J. Portanova
        Attorney at Law

```
 1                  SACRAMENTO, CALIFORNIA

 2             MONDAY, FEBRUARY 11, 2013, 9:46 A.M.

 3                         ---oOo---

 4          THE CLERK:  Calling criminal matter 08-376; United

 5   States versus Leonard Williams and Joshua Clymer.

 6          MR. WISEMAN:  Good morning, Your Honor.

 7          MR. HALES:  Good morning, Your Honor.  Christopher

 8   Hales for the United States.

 9          MR. WISEMAN:  Good morning, Your Honor.  Joseph

10   Wiseman on behalf of Mr. Williams, who is present in court,

11   out of custody.

12          MR. PORTANOVA:  Good morning, Your Honor.  William

13   Portanova, appearing on behalf of Joshua Clymer.  There is a

14   waiver of appearance on file.

15          THE COURT:  This matter is on for status conference.

16   There is also Mr. Wiseman's motion to withdraw as counsel.

17          You state that there is a conflict, and you also state

18   there is a breakdown in communication.  Do you want to

19   elaborate on that?

20          MR. WISEMAN:  Your Honor, if -- my request would be if

21   we could -- as the Court is indicating, we can take this up,

22   but I would prefer if the Court would clear the courtroom.

23          THE COURT:  Well, then, if you want to do that, we'll

24   put it over to the end of the calendar.

25          MR. WISEMAN:  No problem.
```

1            THE COURT:  Is that all right with you two?

2            MR. HALES:  Yes, Your Honor.

3            MR. PORTANOVA:  Yes, Your Honor.

4            THE COURT:  Put it over to the end of the calendar.

5                              --o0o--

1                    SACRAMENTO, CALIFORNIA

2              MONDAY, FEBRUARY 11, 2013, 10:05 A.M.

3                           ---oOo---

4          THE CLERK:  Recalling criminal matter 08-376; United

5    States versus Leonard Williams and Joshua Clymer.

6          THE COURT:  All right.  The record will reflect these

7    proceedings are being held in camera.

8          MR. PORTANOVA:  Should I be here, Your Honor?

9          MR. HALES:  I apologize.  I was only here to state my

10   appearance.  I suppose we should step out now.

11         THE COURT:  Everybody except the attorneys on this

12   case.  So, the government -- Mr. Portanova, I'll take yours

13   up next.

14         MR. PORTANOVA:  I'm with him.  So, I don't have a

15   motion to withdraw, I just didn't know whether you wanted --

16         THE COURT:  You're just a lawyer that will be

17   appointed if I grant this motion?

18         MR. PORTANOVA:  No.  I've got the co-defendant.

19         THE COURT:  You go.  You be out in the hall.

20         MR. HALES:  The government as well, Your Honor?

21         THE COURT:  All right.  Yes.

22         (In camera proceedings held; reported, not

23   transcribed.)

24         THE COURT:  All right.  The audience --

25         MR. PORTANOVA:  Should we advise them to come back in?

1          THE COURT: We have another matter. I don't think
2     they want to see this one.
3          The motion was denied for new counsel. So, where do
4     we go next?
5          MR. WISEMAN: Your Honor, my understanding is the
6     government would like to set a trial date on this -- in this
7     case, rather. Defense counsel and Mr. Hales have conferred,
8     and I think the government has requested an early September
9     trial date, if that's amenable with the Court's schedule.
10         THE COURT: How long do you think the trial will last?
11         MR. HALES: I would estimate, the government's case,
12    seven to nine days, Your Honor.
13         THE COURT: All right.
14         MR. WISEMAN: Your Honor, as I indicated to
15    government's counsel, I have no problem setting it in early
16    September, but we have our office vacation beginning on the
17    16th, so I would hope that the case could be resolved --
18    tried by then and completed. That would be two weeks.
19         THE COURT: What do you think?
20         MR. HALES: It depends on the length of the defense
21    case. I think, from the government's perspective --
22         THE COURT: You told me how long it's going to take
23    the government's case. Mr. Wiseman, the ball is in your
24    court. You know how long it's going to take for the
25    government's case, do you think if you --

1             MR. WISEMAN:  Yes.
2             THE COURT:  We'll set it after Labor Day, I guess,
3    whatever day that falls on.
4             MR. PORTANOVA:  Do you want to do late September?
5             MR. WISEMAN:  Sure.
6             THE COURT:  You want late September or early
7    September?
8             MR. PORTANOVA:  Well, I just realized that that
9    three-day weekend predates -- that's not --
10            THE CLERK:  Labor Day is the 2nd of September.
11            MR. HALES:  If we started on the 3rd of September, we
12   might not finish by the 16th.
13            MR. WISEMAN:  Your Honor, if the Court wishes, if
14   counsel can -- I can even do the first week of October.
15            MR. HALES:  I have a trial scheduled on October 16th
16   before Your Honor, and so late September is starting --
17            THE COURT:  Give me the date.  Confer with each other
18   and give me the date you want the Court to set this for
19   trial.
20            (Discussion held off the record.)
21            MR. PORTANOVA:  The original date, Your Honor, I think
22   is the easiest one for us right now.  September 3rd.
23            THE COURT:  Have to be the 4th, I think.
24            THE CLERK:  You have a trial already set on the 4th.
25            MR. WISEMAN:  That would be fine.

1           THE COURT:  I have a trial set on the 4th, but I can't
2    give you a date that doesn't have another trial on it.  You
3    might tell counsel what the other trial is.
4           THE CLERK:  It's a civil case.
5           THE COURT:  All right.  It's a civil case.  So, we'll
6    see when we get there.
7           We'll set a trial confirmation hearing so that you
8    have a better idea before September.
9           Pick a date.
10          MR. WISEMAN:  How about the 19th?
11          THE COURT:  I'm not looking at a calendar, so I don't
12   have a calendar that goes that far.
13          THE CLERK:  I finally got your calendar up, if it will
14   work.
15          MR. PORTANOVA:  I would suggest mid-August, Your
16   Honor, which would be approximately August 12th.
17          MR. WISEMAN:  That's fine.
18          MR. PORTANOVA:  That will give us plenty of time to
19   change the sentencing date -- the trial date in case we need
20   to.
21          THE COURT:  Is that --
22          THE CLERK:  August 12th is an available date.
23          THE COURT:  August 12th?
24          MR. WISEMAN:  Very well.
25          THE COURT:  August 12th at 9:30 a.m. for further

1    proceedings, trial confirmation hearing at that time.
2             MR. WISEMAN:  Very well.  Thank you, Your Honor.
3             MR. HALES:  Thank you, Your Honor.
4             And as to excludable time, Your Honor, Mr. Portanova
5    came into the case in November, I believe the parties,
6    including defense counsel, will need the time between now and
7    the scheduled trial date to review the extensive discovery
8    and prepare for trial, and for that reason I believe an
9    exclusion of time is appropriate under the Speedy Trial Act,
10   and the government agrees that excluding such time outweighs
11   the interest of the public and the defendant in a speedy
12   trial.
13            MR. PORTANOVA:  That's correct, Your Honor, we agree.
14            THE COURT:  Do you agree, Mr. Wiseman?
15            MR. WISEMAN:  I would concur with that.
16            THE COURT:  You've discussed it with Mr. Williams?
17   Does he agree also?
18            DEFENDANT WILLIAMS:  I do.
19            THE COURT:  He says he does.  That's the order.  The
20   Court finds excludable time under Local Code T4 from today's
21   date to September the 3rd.
22            THE CLERK:  4th.
23            THE COURT:  4th.
24            MR. HALES:  Thank you, Your Honor.
25            MR. WISEMAN:  Thank you, Your Honor.

1   MR. PORTANOVA:  Thank you, Your Honor.
2   (Proceedings adjourned, 10:22 a.m.)
3                    ---oOo---
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

KIMBERLY M. BENNETT, OFFICIAL COURT REPORTER, USDC -- (916) 442-8420

```
1                    REPORTER'S CERTIFICATE

2

3                         ---oOo---

4    STATE OF CALIFORNIA    )
     COUNTY OF SACRAMENTO   )
5

6       I, KIMBERLY M. BENNETT, certify that I was the Official

7    Court Reporter, and that I reported verbatim in shorthand

8    writing the foregoing proceedings; that I thereafter caused

9    my shorthand writing to be reduced to typewriting, and the

10   foregoing pages constitute a complete, true, and correct

11   record of said proceedings:

12        COURT:   U.S. District Court
                   Eastern District of California
13
          JUDGE:   Honorable WILLIAM B. SHUBB, Judge
14
          CASE:    UNITED STATES OF AMERICA vs. LEONARD
15                 WILLIAMS, JOSHUA CLYMER

16        DATE:    FEBRUARY 11, 2013

17      IN WITNESS WHEREOF, I have subscribed this certificate at
     Sacramento, California.
18
                           /s/ Kimberly M. Bennett
19                         KIMBERLY M. BENNETT
                           CSR No. 8953, RPR, CRR, RMR
20

21

22

23

24

25
```