Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Leonard Williams

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-cr-00376-WBS-GGH |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) FOR TRANSCRIPT OF IN CAMERA |
| vs. | ) PROCEEDINGS |
| | ) |
| LEONARD WILLIAMS, | ) |
| | ) |
| Defendant | ) |

On February 11, 2013, the court heard defendant Williams' motion to relieve counsel.

The hearing was conducted in camera.

On July 21, 2014, the court heard another request by defendant Williams' to relieve his

counsel. This hearing was also conducted in camera.

Defense counsel requests that the court order that the above in camera proceedings be

transcribed and provided to defense counsel, who is investigating possible appellate issues. In the

event defense counsel references, in appellant's opening brief, any part of either the February 11,

2013 or July 21, 2014 in camera proceedings, the parties agree and stipulate that without the

need for additional court order the court reporter can then provide the transcript to the Assistant

United States Attorney.

DATED: May 14, 2015                              /s/ Timothy E. Warriner, Attorney for
                                                Defendant, Leonard Williams

1

1  DATED: May 14, 2015                         /s/ Christopher S. Hales, Assistant U.S.
                                               Attorney
2

3

4

   IT IS SO ORDERED
5

6
   DATED: _____, 2015          _____
7                                  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26