Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Leonard Williams

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONARD WILLIAMS,<br><br>Defendant | No. 2:08-cr-00376-06 WBS GGH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR TRANSCRIPT OF IN CAMERA PROCEEDINGS |

On February 11, 2013, the court heard defendant Williams' motion to relieve counsel. The hearing was conducted in camera.

On July 21, 2014, the court heard another request by defendant Williams' to relieve his counsel. This hearing was also conducted in camera.

Defense counsel requests that the court order that the above in camera proceedings be transcribed and provided to defense counsel, who is investigating possible appellate issues. In the event defense counsel references, in appellant's opening brief, any part of either the February 11, 2013 or July 21, 2014 in camera proceedings, the parties agree and stipulate that without the need for additional court order the court reporter can then provide the transcript to the Assistant United States Attorney.

DATED: May 14, 2015                    /s/ Timothy E. Warriner, Attorney for
                                        Defendant, Leonard Williams

1

DATED: May 14, 2015                    /s/ Christopher S. Hales, Assistant U.S. Attorney

ORDER

Since the issues addressed at the in camera discussions will be the subject of the appeal, the United States Attorney should have access to the transcript even if the contents of it are not expressly referenced in appellant's opening brief. Accordingly, IT IS HEREBY ORDERED that the above in camera proceedings be transcribed and provided to both defense counsel and the United States Attorney.

Dated: May 28, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE