Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Leonard Williams

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONARD WILLIAMS,<br><br>Defendant | No. 2:08-cr-00376-06 WBS-GGH<br><br>STIPULATION AND ORDER FOR TRANSCRIPT OF IN CAMERA PROCEEDINGS |

On February 23, 2014, the court held an in camera hearing concerning status of counsel.

Defense counsel requests that the court order that the above in camera proceeding be transcribed. Since the issues addressed at the in camera discussion will be the subject of the appeal, both counsel for Mr. Williams and the United States Attorney shall have access to the transcript.

DATED: May 29, 2015  /s/ Timothy E. Warriner, Attorney for Defendant, Leonard Williams

DATED: May 29, 2015  /s/ Christopher S. Hales, Assistant U.S. Attorney

IT IS SO ORDERED

Dated: May 29, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1