Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Leonard Williams

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONARD WILLIAMS,<br><br>Defendant | No. 2:08-cr-00376-WBS-GGH<br><br>STIPULATION AND [PROPOSED] ORDER FOR TRANSCRIPT OF IN CAMERA PROCEEDINGS |

On July 23, 2014, during the jury trial, the court held an in camera hearing.

Defense counsel requests that the court order that the above in camera proceeding be transcribed. Since the issues addressed at the in camera discussion will be the subject of the appeal, both counsel for Mr. Williams and the United States Attorney shall have access to the transcript.

DATED: November 4, 2015        /s/ Timothy E. Warriner, Attorney for
                                Defendant, Leonard Williams

DATED: November 4, 2015        /s/ Christopher S. Hales, Assistant U.S.
                                Attorney


IT IS SO ORDERED


DATED: _____, 2015          _____
                                UNITED STATES DISTRICT JUDGE

1