Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Leonard Williams

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LEONARD WILLIAMS,<br><br>　　　　Defendant | No. 2:08-cr-00376-WBS-GGH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR TRANSCRIPT OF IN CAMERA PROCEEDINGS |

　　On July 23, 2014, during the jury trial, the court held an in camera hearing.

　　Defense counsel requests that the court order that the above in camera proceeding be transcribed. Since the issues addressed at the in camera discussion will be the subject of the appeal, both counsel for Mr. Williams and the United States Attorney shall have access to the transcript.

DATED: November 4, 2015　　　　　　　/s/ Timothy E. Warriner, Attorney for
　　　　　　　　　　　　　　　　　　　　Defendant, Leonard Williams

DATED: November 4, 2015　　　　　　　/s/ Christopher S. Hales, Assistant U.S.
　　　　　　　　　　　　　　　　　　　　Attorney


IT IS SO ORDERED

Dated: November 5, 2015　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1