CAED 435
(Rev. 03/15)

United States District Court Eastern District of California

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| | |
|---|---|
| 1. YOUR NAME Timothy E. Warriner | 2. EMAIL tew@warrinerlaw.com |

| | | | |
|---|---|---|---|
| 3. PHONE NUMBER (916) 443-7141 | | 4. DATE 11/9/15 | |

| | | | |
|---|---|---|---|
| 5. MAILING ADDRESS 428 J St., Suite 350 | 6. CITY Sacramento | 7. STATE CA | 8. ZIP CODE 95814 |

| | |
|---|---|
| 9. CASE NUMBER 08-cr-00376 | 10. JUDGE EJG (now WBS) |

DATES OF PROCEEDINGS
11. FROM 9/2/11    12. TO 9/2/11

13. CASE NAME United States v. Leonard Williams

LOCATION OF PROCEEDINGS
14. CITY SAcramento    15. STATE CA

**16. ORDER FOR**

☑ APPEAL No. 15-10050   ☑ CRIMINAL   ☑ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL   ☐ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | TCH / status of counsel (Doc 269) | 9/2/11 | O'Halloran |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| ☐ | | | | | |
| ☐ | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☑ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19 & 20) By signing below, I certify I will pay all charges (deposit plus additional). | ESTIMATE TOTAL |
|---|---|

| | |
|---|---|
| 19. SIGNATURE /s/ Timothy E. Warriner | PROCESSED BY |
| 20. DATE 11/9/2015 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |