| CAED 435 (Rev. 1/14) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | | DUE DATE: |

| 1. NAME<br>Christopher S. Hales | 2. EMAIL<br>Christopher.Hales@usdoj.gov | 3. PHONE NUMBER<br>916-554-2700 | 4. DATE<br>01/13/2016 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS<br>501 I Street, Suite 10-100 | | 6. CITY<br>Sacramento | 7. STATE<br>CA | 8. ZIP CODE<br>95814 |
| 9. CASE NUMBER<br>2:08-CR-00376 | 10. JUDGE<br>WBS | DATES OF PROCEEDINGS | | |
| | | 11. FROM 09/02/11 | 12. TO 07/21/14 | |
| 13. CASE NAME<br>US v. Williams, et al. | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Sacramento | 15. STATE CA | |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [✓] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTION(S) | DATE(S) | REPORTER | PORTION(S) | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] VOIR DIRE | | | [ ] TESTIMONY (Specific Witness) | | |
| [ ] ENTIRE TRIAL | | | | | |
| [ ] SENTENCING | | | | | |
| [✓] MOTION HEARING | 09/02/11 | Kelly O'Halloran | [✓] OTHER (Specify) | | |
| [ ] STATUS HEARING | | | In Camera Hearing | 07/21/14 | Kelly O'Halloran |
| [ ] CHANGE OF PLEA | | | | | |
| [ ] PRE-TRIAL PROCEEDING | | | | | |

**18. ORDER**

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [✓] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE<br>/s/ Christopher S. Hales | PROCESSED BY |
|---|---|
| 20. DATE<br>01/13/16 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |