

LEONARD WILLIAMS
FCC LOMPOC
SATELLITE CAMP
3705 WEST FARM RD.
LOMPOC, CA. 93436



**FILED**

MAR 2 4 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

PRO SE FOR DEFENDANT,
LEONARD WILLIAMS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | ) CASE NO. 08-CR-00376-WBS  GGH |
| | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) NOTICE OF APPEAL |
| PLAINTIFF: | ) TO THE UNITED STATES COURT OF |
| | ) APPEALS FOR THE NINTH CIRCUIT, |
| | ) OF THE DISTRICT COURT'S ORDER |
| V. | ) DENYING DEFENDANT'S MOTION FOR, |
| | ) NOTICE OF MOTION AND MOTION FOR |
| | ) RELEASE PENDING APPEAL DISPOSITION |
| LEONARD WILLIAMS, | ) DOC. NO.624, ENTERED ON 3/7/2016 |
| DEFENDANT: | ) AT 10:04 PST, AS DOC. NO. 627 |
| | ) |

COMES NOW, the defendant, LEONARD WILLIAMS, proceeding PRO SE,
and files this his NOTICE OF APPEAL of DISTRICT COURT ORDER DOC. NO. 627.

RESPECTFULLY SUBMITTED,

*Leonard Williams*

LEONARD WILLIAMS
REG. NO. 19268-097
FCC LOMPOC
SATELLITE CAMP
3705 WEST FARM RD.
LOMPOC, CA. 93436

-CERTIFICATE OF SERVICE-

I DO HEREBY CERTIFY, under the penalty of perjury, under the laws of the United States of America and Title 28 U.S.C. §1746, that a true and correct ORIGINAL of the foregoing document:

NOTICE OF APPEAL, TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, OF THE DISTRICT COURT'S ORDER DENYING DEFENDANT'S MOTION FOR, NOTICE OF MOTION AND MOTION FOR RELEASE PENDING APPEAL DISPOSITION DOC. NO. 624, ENTERED ON 3/7/2016 AT 10:04 PST, AS DOC. NO. 627

has been filed today, this 20th day of __MARCH__ , 2016   by placing it in an envelope, with First Class United States Postage Prepaid and Affixed, and delivering it to the prison officials at FPC Lompoc, where I am presently incarcerated, for further delivery to the United States Post Office, for further delivery to the:

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FEDERAL COURT HOUSE, 501 I ST: #4-200
SACRAMENTO, CALIFORNIA 95814

As I am an incarcerated, Pro Se Litigant, the Pro Se Prison Mailbox Rule holds that this document is timely filed today. See: **Houston v. Lack, 487 U.S. 266 (1988).**

Additionally, on this same date, and via the same method described above, a true and correct COPY of said ORIGINAL has been served upon the following parties:

CHRISTOPHER STANTON HALES, GOVT
UNITED STATES ATTORNEY'S OFFICE
501 I STREET
SUITE 10-100
SACRAMENTO, CA. 95814
916-554-2791
EMAIL: christopher.hales@usdoj.gov

AUDREY BENISON HEMESATH
UNITED STATES ATTORNEY'S OFFICE
501 I STREET
SUITE 10-100
SACRAMENTO, CA. 95814
916-554-2729
EMAIL: audrey.hemesath@usdoj.gov

LEONARD WILLIAMS
PRO SE for defendant
LEONARD WILLIAMS