UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

<u>USA,</u>
   Plaintiff

  v.              **CASE NO. 2:08−CR−00376−WBS−GGH**

<u>**LEONARD WILLIAMS ,**</u>
   Defendant

  You are hereby notified that a Notice of Appeal was filed on **March 24, 2016** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

March 25, 2016

        **MARIANNE MATHERLY**
        **CLERK OF COURT**

     **by:** /s/ M. Marciel
        Deputy Clerk