UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO: CLERK, U.S. COURT OF APPEALS

FROM: CLERK, U.S. DISTRICT COURT

SUBJECT: NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:08−CR−00376−WBS−GGH** |
| USDC Judge: | **SENIOR JUDGE WILLIAM B. SHUBB** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **USA vs. LEONARD WILLIAMS** |
| Type: | **CRIMINAL** |
| Complaint Filed: | **6/17/2010** |
| Appealed Order/Judgment Filed: | **3/7/2016** |
| Court Reporter Information: | **K. Swinhart; K. O'Halloran; K. Bennett; C. Bodene** |

FEE INFORMATION

**Fee Status: Not Paid − Billed**

Information prepared by: /s/ **M. Marciel , Deputy Clerk**