UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**BILL FOR FEES DUE**

**To:** Leonard Williams

**RE:** USA vs. LEONARD WILLIAMS

   **USDC:** 2:08−CR−00376−WBS−GGH

A Notice of Appeal has been filed in the above−referenced case without the appropriate fee paid.   You are hereby notified that the filing fee of $505.00 is due immediately.

MARIANNE MATHERLY
CLERK OF COURT

By: /s/ **M. Marciel**
Deputy Clerk