CAED 435 (Rev. 03/15)

**United States District Court, Eastern District of California**

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

PLEASE Read Instruction Page (attached):

| # | Field | Value |
|---|---|---|
| 1 | YOUR NAME | Leonard Williams 19268097 |
| 2 | EMAIL | iluvtodancetoo@yahoo.com |
| 3 | PHONE NUMBER | 9168474945 |
| 4 | DATE | 04/02/2016 |
| 5 | MAILING ADDRESS | Lompoc FPC, 3702 W Farm Road |
| 6 | CITY | Lompoc |
| 7 | STATE | CA |
| 8 | ZIP CODE | 93436 |
| 9 | CASE NUMBER | ~~09-CR-376~~ 08cr0376 |
| 10 | JUDGE | Shubb |
| 11 | FROM | March 7, 2016 |
| 12 | TO | |
| 13 | CASE NAME | US v Leonard E Williams |
| 14 | CITY | Sacramento |
| 15 | STATE | CA |

16. ORDER FOR
- [ ] APPEAL No. _____
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Motion Hearing | 3/7/16 | Kathy Swinhart |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☑ | ☑ | NO. OF COPIES 1 | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE *Leonard Williams* (signed)
20. DATE 4-8-2016

PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| TRANSCRIPT ORDERED | | | LESS DEPOSIT | |
| TRANSCRIPT RECEIVED | | | TOTAL REFUNDED | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL DUE | |
| PARTY RECEIVED TRANSCRIPT | | | | |