# TRANSCRIPT ORDER

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| Timothy E. Warriner | tew@warrinerlaw.com | (916) 443-7141 | 4/18/16 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| 428 J St., Suite 350 | Sacramento | CA | 95814 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 08-cr-00376 | WBS | 11. FROM 3/7/16 | 12. TO 3/7/16 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| United States v. Williams | 14. CITY Sacramento | 15. STATE CA |

**16. ORDER FOR**
- [✓] APPEAL No. 15-10050
- [ ] NON-APPEAL
- [✓] CRIMINAL
- [ ] CIVIL
- [✓] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [✓] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | bail motion | 3/7/16 | Swinhart |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| [ ] | | | | | |
| [ ] | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [✓] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE | PROCESSED BY |
|---|---|
| /s/ Timothy E. Warriner | |

| 20. DATE | PHONE NUMBER |
|---|---|
| 4/18/16 | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | |