BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-376-06 WBS |
|---|---|
| Plaintiff, | REQUEST AND [~~PROPOSED~~] ORDER REGARDING RELEASE TO GOVERNMENT OF WRITTEN DEFENSE COMMUNICATIONS PREVIOUSLY FILED UNDER SEAL |
| v. | |
| LEONARD WILLIAMS, | |
| Defendant. | |

**REQUEST**

Plaintiff United States of America, by and through its undersigned counsel of record, hereby requests that the Court issue an order directing the Clerk of the Court for the Eastern District of California to release copies of the written communications filed under seal at ECF 548 in this matter to the government for purposes of the appeal in this matter, based upon the following:

1. This case is currently on appeal to the Ninth Circuit Court of Appeals following defendant's conviction at trial in this Court. *See United States v. Williams*, 9th Cir. Case No. 15-10050. Defendant has filed his opening brief, and the government is currently preparing its answering brief, which is due May 11, 2016.

2. During trial defendant requested that his trial counsel be replaced due an alleged breakdown between them. On July 21, 2014, a closed proceeding was held in which defendant argued to

REQUEST AND PROPOSED ORDER RE
SEALED DEFENSE DOCUMENTS

1

the Court regarding this alleged breakdown. ECF 547. At that time, defendant provided the Court with various communications between himself and his trial counsel to support his argument that a breakdown had occurred. Those written communications were placed under seal by order of the Court. *See* ECF 548.

3. In his appeal, defendant has argued that he was deprived of his Sixth Amendment right to counsel when his request for substitute appointed counsel was denied, and as a part of that claim he has challenged the outcome of the aforementioned July 21, 2014 proceeding. *See United States v. Williams*, 9th Cir. Case No. 15-10050, Dkt. 14 at 19-34.

4. With his excerpts of record before the Ninth Circuit Court of Appeals, Defendant included a copy of the transcript from the July 21, 2014, and by this Court's order, the government also has access to that previously sealed transcript. *See* Transcript of July 21, 2014 trial proceedings, as included in defendant's appellate excerpts of record, *United States v. Williams*, 9th Cir. Case No. 15-10050, Dkt. 15 at 37-71.

5. Defendant did not include the written communication filed under seal at ECF 548 in his excerpts of record to the Ninth Circuit, and the government does not currently have access to those written communications. Following the closed hearing on July 21, 2014, this Court made clear that in denying defendant's motion for appointment of substitute counsel, the Court had "considered all the written materials that [defendant] presented" when ruling on defendant's motion for substitute counsel, and that the Court would grant permission for the government "to have the written materials" if the defendant raised this issue on appeal, as he has now done. *See* Transcript of July 21, 2014 trial proceedings, as included in defendant's appellate excerpts of record, *United States v. Williams*, 9th Cir. Case No. 15-10050, Dkt. 15 at 70:10-24.

///
///
///
///
///

6. The government therefore requests that the Court order the Clerk of the Court to release to the undersigned government counsel copies of all documents filed under seal at ECF 548 in this case, so that the government may have a full and fair opportunity to respond to defendant's claims on appeal.

7. The government contacted defendant's assigned counsel of record on Thursday, April 14, to inquire whether defendant would stipulate to this request. Though the government and defense counsel have subsequently been in contact, defense counsel has not stated the defense's position with respect to this request.

Dated: April 20, 2016

BENJAMIN B. WAGNER
United States Attorney

By: /s/ CHRISTOPHER S. HALES
CHRISTOPHER S. HALES
AUDREY B. HEMESATH
Assistant United States Attorneys

**O R D E R**

Based on the circumstances set forth above:

IT IS HEREBY ORDERED that the Clerk of the Court shall release to government counsel of record in this case copies of all documents filed under seal at ECF 548.

**DATED:** APRIL 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE