**FILED**

**JUN 09 2016**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 15-10050 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00376-WBS-GGH-6 |
| v. | Eastern District of California, Sacramento |
| LEONARD WILLIAMS, | |
| Defendant - Appellant. | ORDER |

Before: REINHARDT, MURGUIA, and OWENS, Circuit Judges.

Appellant's motion for bail pending appeal is granted. Appellant has shown, by clear and convincing evidence, that appellant is not likely to flee or to pose a danger to the safety of any other person or the community if released. Appellant has also shown that the appeal raises a "substantial question" of law or fact that is "fairly debatable," and that "if that substantial question is determined favorably to defendant on appeal, that decision is likely to result in reversal or an order for a new trial of all counts on which imprisonment has been imposed." *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985); *see also* 18 U.S.C. § 3143(b).

The matter is remanded to the district court for the limited purpose of establishing appropriate conditions of release.

ELF/MOATT

Appellee's May 2, 2016 and May 11, 2016 motions to file documents under seal are granted. *See* 9th Cir. Cir. R. 27-13(e). The Clerk shall maintain under seal the attachments to the motions to seal.

Principal briefing is completed. The optional reply brief remains due June 24, 2016.


OWENS, Circuit Judge, dissenting.

I dissent.