PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER HALES
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>LEONARD WILLIAMS,<br><br>                              Defendants. | CASE NO.  2:08-CR-0376-06 WBS<br><br>UNITED STATES'S MOTION FOR REMAND FOLLOWING ISSUANCE OF NINTH CIRCUIT MANDATE AFFIRMING CONVICTION AND SENTENCE<br><br>DATE:<br>TIME:<br>COURT: Hon. William B. Shubb |

**United States's Motion for Remand Following Issuance of Ninth Circuit Mandate Affirming Conviction and Sentence**

The United States requests that this Court issue an order requiring defendant Leonard Williams to return to custody before 11:00 a.m. on Friday, February 10, 2017.  Defendant's conviction and sentence have been affirmed on appeal to the Ninth Circuit Court of Appeals, and yesterday the Ninth Circuit's mandate issued following denial of rehearing *en banc*.  *See* ECF 639, 640; Ninth Circuit Case No. 15-10050 at Dkt. 60, 61.  Defendant is currently out of custody after having been granted bail pending appeal by the Ninth Circuit.  ECF 637.  Upon granting bail pending appeal, the Ninth Circuit remanded to this Court to fashion appropriate conditions for release (ECF 637), and on June 9, 2016, this Court accordingly ordered defendant released upon the conditions previously imposed by the Magistrate Judge on June 21, 2010.  See ECF 638, 75, and 82.

In January 2015, defendant was sentenced by this Court to a total term of 87 months

imprisonment.  ECF 582.  He has not yet completed serving that term.  Because the defendant's

conviction and sentence have been affirmed, there is no longer any basis for bail pending appeal and

defendant should commence serving the remainder of his sentence.  *See* 18 U.S.C. § 3143.  The

government therefore requests that the Court order defendant Leonard Williams to surrender for service

of the remainder of his sentence at the institution designated by the Bureau of Prisons before 11:00 a.m.

on Friday, February 10, 2017, or if no such institution has been designated, to the United States Marshal

for the Eastern District of California.

Respectfully submitted,

Dated:  February 2, 2017

PHILLIP A. TALBERT
United States Attorney

By:  /s/ CHRISTOPHER HALES
CHRISTOPHER HALES
AUDREY B. HEMESATH
Assistant United States Attorneys