PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER HALES
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEONARD WILLIAMS, <br><br> Defendants. | CASE NO. 2:08-CR-0376-06 WBS <br><br> [PROPOSED] ORDER <br><br> COURT: Hon. William B. Shubb |

The Court has reviewed the United States's motion for an order requiring defendant Leonard Williams to return to custody before 11:00 a.m. on Friday, February 10, 2017, to serve the remainder of his 87-month sentence. For the reasons stated in the government's motion, and in light of the fact that the Ninth Circuit Court of Appeals has issued its order and mandate affirming defendant's conviction and sentence, the Court finds that there is no longer any basis for bail pending appeal. *See* 18 U.S.C. § 3143. It is therefore HEREBY ORDERED AS FOLLOWS:

Before 11:00 a.m. on Friday, February 10, 2017, defendant Leonard Williams shall surrender for service of the remainder of his sentence at the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal for the Eastern District of California.

IT IS SO ORDERED.

THE HONORABLE WILLIAM B. SHUBB
UNITED STATES SENIOR DISTRICT JUDGE