UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-00376 WBS AC |
| Respondent, | |
| v. | ORDER |
| LEONARD E. WILLIAMS, | |
| Movant. | |

Movant is a federal prisoner incarcerated in the United States Penitentiary in Lompc, California. Movant proceeds without counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. See ECF No. 645.

Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days after the effective date of this order. See Rule 4, Rules Governing Section 2255 Proceedings. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. See Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

If respondent files a motion to dismiss rather than an answer, movant's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service

1

of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

The Clerk of the Court is directed to serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

SO ORDERED.

DATED: April 26, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE