McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-000376-WBS-AC |
|---|---|
| Plaintiff, | MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S §2255 MOTION |
| v. | |
| LEONARD WILLIAMS, | |
| Defendants. | COURT: Hon. Allison Claire |

The United States hereby moves for a 30-day extension of time until June 27, 2018 within which to file its response to defendant's motion under 28 U.S.C. §2255. Defendant filed his §2255 motion on April 19, 2018. ECF 645. On April 27, 2018, this Court ordered the government to file an answer, motion, or other response within 30 days, which would currently make the government's response due on or before May 28, 2018. ECF 648. This is the government's first request for an extension.

Undersigned government counsel is assigned to draft the government's response, but is currently in trial in U.S. v. Saber Shehadeh, 2:16-cr-00038 MCE. The ongoing trial is scheduled to be completed by June 6, 2018. Undersigned counsel completed a prior trial in the same case last month (April 2018) as well. As a result, undersigned counsel needs additional time until June 27, 2019 to complete the government's response in this matter.

The following should also be noted regarding the time required to draft the government's response: The government's supplemental excerpts of record on direct appeal totaled 1,915 pages, and

MOTION FOR EXTENSION OF TIME
2:08-CR-376 WBS-AC (§2255 MATTER)

1

the trial transcript in this case totaled in excess of 1,000 pages.  Defendant's arguments on direct appeal addressed many of the same issues regarding his trial counsel that are now set forth again in his §2255 motion, including the manner in which cross-examinations were conducted.  As a result, preparation of the government's response involves review of a substantial amount of material.

    For these reasons, the government respectfully requests that the Court grant this request for a 30-day extension of time until June 27, 2018 within which to file its response to defendant's motion under 28 U.S.C. §2255.

Dated:  May 18, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ CHRISTOPHER S. HALES
CHRISTOPHER S. HALES
Assistant United States Attorney

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on May 18, 2018, she served a copy of the **PROPOSED ORDER EXTENSION OF TIME** and **MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S § 2255 MOTION** by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee:

LEONARD E. WILLIAMS
REG. No. 19268-097
USP – LOMPOC (CAMP)
3705 WEST FARM ROAD
LOMPOC, CA 93436

        McGREGOR W. SCOTT
        United States Attorney

        /s/ M. JOHNSON
        LEGAL ASSISTANT