MCGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:08-CR-000376-WBS-AC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING EXTENSION OF TIME |
| v. | |
| LEONARD WILLIAMS, | |
| Defendant. | |

Having reviewed the government's request for an extension of time in this case, the litigation schedule in this matter shall be modified as follows: the government's answer to the movant's motion under 28 U.S.C. § 2255 shall be due June 27, 2018; movant's traverse if any shall be due July 18, 2018; and the deadline to move for evidentiary hearing shall be July 25, 2018.

Dated: _____           _____
                                         The Honorable Allison Claire
                                         UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING EXTENSION OF TIME