McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:08-CR-000376 WBS AC P |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING EXTENSION OF TIME |
| v. | |
| LEONARD WILLIAMS, | |
| Defendant. | |

Having reviewed the government's request for an extension of time in this case, ECF No. 649, and good cause having been shown, the request is GRANTED, and the litigation schedule in this matter shall be modified as follows: the government's answer to the movant's motion under 28 U.S.C. § 2255 shall be due June 27, 2018; movant's traverse if any shall be due July 18, 2018; and the deadline to move for evidentiary hearing shall be July 25, 2018.

IT IS SO ORDERED.

DATED: May 21, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING EXTENSION OF TIME