MCGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD WILLIAMS,<br><br>Defendant. | CASE NO. 2:08-CR-00376-WBS-AC<br><br>GOVERNMENT'S NOTICE OF LODGING APPELLATE EXCERPTS OF RECORD (ER and SER) WITH COURT |

**NOTICE OF LODGING DOCUMENTS WITH COURT**

The United States hereby provides notice to the Court and the defendant that it is lodging with the Court copies of defendant's Excerpts of Record ("ER") and the government's Supplemental Excerpts of Record ("SER") from the direct appeal in this case, Ninth Circuit Case No. 15-10050. The SER and ER are being provided to the Court on one DVD disc in PDF format, for the Court's convenience in reviewing the government's response to defendant's motion pursuant to 28 U.S.C. §2255, which is filed contemporaneously herewith. The ER totals 109 pages and the SER totals 1,915 pages. A copy of the disc lodged with the Court will be separately served on defendant by mail.

///

///

///

///

Respectfully submitted this 27th day of June, 2018.

Dated: June 27, 2018

MCGREGOR W. SCOTT
United States Attorney

By: /s/ CHRISTOPHER S. HALES
CHRISTOPHER S. HALES
Assistant United States Attorney