1  MCGREGOR W. SCOTT
   United States Attorney
2  CHRISTOPHER S. HALES
   AUDREY B. HEMESATH
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                       EASTERN DISTRICT OF CALIFORNIA
11

12
   UNITED STATES OF AMERICA,                CASE NO. 2:08-CR-00376-WBS-AC
13
                  Plaintiff,
14
          v.
15
   LEONARD WILLIAMS,
16
                  Defendant.
17

18

19
                      **CERTIFICATE OF SERVICE BY MAIL**
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28
   ///

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on June 27, 2018, a copy of the following:

**UNITED STATES'S OPPOSITION TO DEFENDANT'S SECTION 2255 MOTION**

**GOVERNMENT'S NOTICE OF LODGING APPELLATE EXCERPTS OF RECORD (ER and SER) WITH COURT**

was served by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

**LEONARD E. WILLIAMS**
**REG. No. 19268-097**
**USP – LOMPOC (CAMP)**
**3705 WEST FARM ROAD**
**LOMPOC, CA 93436**

McGREGOR W. SCOTT
United States Attorney

By: /s/ CHRISTOPHER S. HALES
CHRISTOPHER S. HALES
Assistant United States Attorney